UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHELE LEADER, et al.
Plaintiffs

v.

WAL-MART STORES, INC.,
Defendant

Civil Action No. 04 30005 MAP

## JOINT STATEMENT CONCERNING PRETRIAL SCHEDULE

The plaintiffs and defendant state and propose the following:

**I.  Joint Discovery Plan**

1. That Initial Disclosures, as required by Rule 26(a), be exchanged no later than May 11, 2004;

2. That discovery not be phased and that all discovery be completed within twelve months of the scheduling conference;

3. That expert disclosures be made within sixty days of the close of discovery.

**II.  Proposed Schedule for Filing of Motions**

1. That all motions to be filed within 90 days after the close of discovery with responses due within 30 days after service of the motion on the parties.

**III.  ADR Certifications**

Attached hereto as Exhibit A are certifications of consultation between counsel and client concerning litigation costs and settlement alternatives.

222969-1

The plaintiffs further request an extension of time to provide a written settlement proposal to the Defendants. In support of this request, plaintiff's counsel states that the Notice of Scheduling Conference dated March 23, 2004 was never sent to plaintiff's counsel, Atty. John J. McCarthy, until April 5, 2004. Since that date, Atty. McCarthy has met with plaintiffs Michele and Lance Leader in an effort to comply with the various requirements of Local Rule 16.1. However, Ms. Leader has not finished treating for the various injuries she sustained in relation to the accident at issue in this case. Therefore, it is very difficult, at this time, to provide a realistic settlement proposal.

Plaintiff's counsel states further that he believes that the accident at issue in this case may have been recorded by a video surveillance camera. Plaintiff's counsel never received a response to his letter of March 27, 2003 to the defendant asking that the videotape be preserved and any report on the incident be provided to the plaintiff. Therefore, suit was filed out of concern that evidence in this matter was at risk..

| The Plaintiffs | The Defendant |
|---|---|
| By _____ | By _____ |
| John J. McCarthy, Esq. | Richard E. Quinby, Esq. |
| BBO # 328280 | BBO # 545641 |
| Thomas E. Day, Esq. | Chauncey D. Steele IV, Esq. |
| BBB # 655409 | BBO # 647207 |
| Doherty, Wallace, Pillsbury | Craig & Macauley, P.C. |
| and Murphy, P.C. | Federal Reserve Plaza |
| One Monarch Place | 600 Atlantic Avenue |
| 1414 Main Street | Boston, MA 02210 |
| Springfield, MA 01144 | (617) 367-9500 |
| (413) 733-3111 | (617) 742-1788 (fax) |
| (413) 734-3910 (fax) | |

## CERTIFICATE OF SERVICE

I, John J. McCarthy, do hereby certify that I have caused a copy of the foregoing **JOINT STATEMENT CONCERNING PRETRIAL SCHEDULE** to be served upon all counsel of record by mailing same first class mail, postage pre-paid, to:

Richard E. Quinby, Esq.
Chauncey D. Steele, Esq.
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Dated: April 20, 2004

/s/ J. McCarthy
John J. McCarthy

3   222969-1

# **EXHIBIT A**

4   222969-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE LEADER, et al.<br>          Plaintiffs<br><br>v.<br><br>WAL-MART STORES, INC.,<br>          Defendant | Civil Action No. 04 30005 MAP |

### CERTIFICATION OF CONSULTATION

    Michele Leader, the plaintiff in this action, and John J. McCarthy, her attorney, certify that they have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                                                            The Plaintiff

_____                     _____
Michele Leader                               John J. McCarthy, Esq.
172 Holyoke Road                          Doherty, Wallace, Pillsbury
Westfield, MA 01085                               &amp; Murphy, P.C.
                                                                      One Monarch Place, Suite 1900
                                                                      Springfield, MA 01144-1900
                                                                      Tel: (413) 733-3111
                                                                      Fax: (413) 734-3910
                                                                      BBO # 328280

222977-1                                       1