UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER, <br><br> Plaintiffs <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | Civil Action No. 04-30055-MAP |

### DEFENDANT'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Deirdre J. Lewis, authorized representative of Wal-Mart Stores, Inc., and undersigned counsel for said Defendant certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 20, 2004

_____
Deirdre J. Lewis

Dated: April 20, 2004

_____
Richard E. Quinby BBO#545641
Chauncey D. Steele IV BBO#647207
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500