TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN, ss.**

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO. 04-186

MICHELE LEADER, LANCE LEADER
KURTIS LEADER, ppa, LANCE LEADER          , PLAINTIFF(S)

V.                                          **SUMMONS**

WAL-MART STORES, INC.                     , DEFENDANT(S)

To the above named defendant:

You are hereby summoned and required to serve upon Thomas E. Day, Esquire 1414 Main St., Ste 1900, Springfield, MA ~~01144-1900~~, plaintiff's attorney, whose address is an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esq., at Springfield the ___23rd___ day of __February__ in the year of our Lord two thousand ~~three~~ four.

_____
Clerk / Magistrate

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No.1



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 6, 2004
I hereby certify and return that on 2/27/2004 at 4:00:00 PM I served a true
and attested copy of the Summons, Complaint and Cover Sheet in this action
in the following manner: To wit, by delivering in hand to
B.Montanez,Process Clerk, agent, person in charge at the time of service
for Wal-Mart Stores, Inc., at c/o Corporation Service Company, 84 State
Street, Boston, MA 02109. Basic Service Fee (IH) ($30.00), Travel
($25.10), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges
$61.10
Deputy Sheriff    John Cotter

_____
Deputy Sheriff

Dated:_____, 2003

### N.B. TO PROCESS SERVER:
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS
BOX <u>ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.</u>

(                              )
(                       , 2003 )
(                              )

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖ ‖‖‖ ‖‖‖‖ ‖‖ ‖‖‖ ‖‖‖ ‖‖‖ ‖‖ ‖‖‖<br>7160 3901 9844 4398 9867 | A. Received by (Please Print Clearly)   B. Date of Delivery<br>Marcia Spoonemore<br>C. Signature,<br>X Marcia Spoonemore      ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br><br>Wal-Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR  72716 | Reference Information<br><br>Leader v. Wal-Mart<br><br>Thomas E. Day, Esq. |

PS Form 3811, July 2001      Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

DOHERTY WALLACE PILLSBURY & MURPHY PC
ONE MONARCH PLACE  SUITE 1900
SPRINGFIELD MA  01144-1900