UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELE LEADER, et al.,           )
                Plaintiffs    )
                                )
   v.                            )    Civil Action No. 04-30055-MAP
                                )
                                )
WAL-MART STORES, INC.,            )
                Defendant     )

SCHEDULING ORDER
April 27, 2004

NEIMAN, U.S.M.J.

    The following schedule was established at the initial scheduling conference held this day:

    1.    The parties shall complete their automatic disclosure by May 11, 2004.

    2.    All non-expert discovery, including non-expert depositions, shall be completed by February 28, 2005.

    3.    Counsel shall appear for a case management conference on March 3, 2005, at 10:00 a.m. in Courtroom Three.

    IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge