UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHELE LEADER, et al.
          Plaintiffs

v.

WAL-MART STORES, INC.,
          Defendant

Civil Action No. 04 30005 MAP

## CERTIFICATION OF CONSULTATION

Michele Leader, the plaintiff in this action, and John J. McCarthy, her attorney, certify that they have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_/s/ Michele Leader_
Michele Leader
172 Holyoke Road
Westfield, MA 01085

The Plaintiff
_/s/ John J. McCarthy_
John J. McCarthy, Esq.
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910
BBO # 328280

222977-1

1