UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
CLERK'S OFFICE

MAY 18  A 11: 2

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHELE LEADER et al., )
   Plaintiff )
)
v. ) CIVIL ACTION NO. 04-30055-MAP
)
WAL-MART, INC., )
   Defendant )
)

**AFFIDAVIT OF COMPLIANCE PURSUANT TO M.G.L.A. c. 233, §79G**

    I, John J. McCarthy, Esquire of Doherty, Wallace, Pillsbury & Murphy, P.C. attorney for the **Plaintiff, Michele Leader** in the above entitled action, hereby certify that, pursuant to Massachusetts General Laws, Chapter 233, section 79G, I have given written notice by certified mail, return receipt requested, to all counsel of record in the above entitled action, of the intention to offer into evidence at trial the certified medical records, reports and/or bills regarding the **Plaintiff, Michele Leader,** on behalf of the **Plaintiff, Michele Leader** as follows:

1. American Medical Response of Massachusetts, Inc.
2. Armand A. Aliotta, M.D.
3. John R. Corsetti, M.D./N.E. Orthopedic Surgeons, Inc.
4. Hampshire Orthopedics and Sports Medicine, Inc.
5. Family Medicine Associates
6. Don L. Goldenberg, M.D.
7. The Maple Surgery Center
8. Jeanne McCarthy, P.A.C./B.M.A. Gastroenterology Div.
9. Noble Hospital
10. Physical Therapy Partners
11. David J. Pierangelo, M.D.
12. Lorainne M. Wolpert, M.D.

   The return receipt is attached hereto, delivered unsigned by the United States Postal Service.

224911-1               1

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY this 17th day of May, 2004.

John J. McCarthy, Esquire
Doherty, Wallace, Pillsbury
  and Murphy, P.C.
One Monarch Place - 19th Floor
1414 Main Street
Springfield, MA  01144
Ph:  (413) 733-3111
Fax:  (413) 734-3910
BBO #328280

## CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, counsel of record, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage pre-paid to counsel of record:

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Dated: May 17, 2004

John J. McCarthy, Esquire

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910
WWW.DWPM.COM
E MAIL DWPM@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. MCCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY
KAREN K. CHADWELL*†
JOHN E. BONINI*

ROBERT E. MURPHY
SAMUEL A. MARSELLA
MATTHEW J. RYAN, JR
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)

* REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

May 5, 2004

### VIA CERTIFIED MAIL/RETURN RECEIPT #7160 3901 9844 4399 5981

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Re: **Leader et al v. Wal-Mart, Inc.**
   Civil Action No. 04-30055-MAP

Dear Atty. Steele:

In accordance with the M.G.L.A. c. 233, Sec. 79G, notice is hereby given of intention to offer into trial the certified medical records and reports on Michele Leader from:

1. American Medical Response of Massachusetts, Inc.
2. Armand A. Aliotta, M.D.
3. John R. Corsetti, M.D./N.E. Orthopedic Surgeons, Inc.
4. Hampshire Orthopedics and Sports Medicine, Inc.
5. Family Medicine Associates
6. Don L. Goldenberg, M.D.
7. The Maple Surgery Center
8. Jeanne McCarthy, P.A.C./B.M.A. Gastroenterology Div.
9. Noble Hospital
10. Physical Therapy Partners
11. David J. Pierangelo, M.D.
12. Lorainne M. Wolpert, M.D.

224907-1



Certified Article Number
7160 3901 9844 4399 5981
SENDERS RECORD

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

April 30, 2003
Page 2

    I enclose a copy of same as evidence on behalf of the Plaintiff, Michele Leader. These documents are intended to comply with the Automatic Disclosure Requirements of the Federal and Local Rules and the Scheduling Order of April 27, 2004.

    Please call if there are any questions.

                                      Very truly yours,

                                      John J. McCarthy

JJM/smm
Enclosure

224907-1

2. Article Number

7160 3901 9844 4399 5981

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)
1. Article Addressed to:

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

PS Form 3811, July 2001             Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes
☐ No

RECEIVED
MAY 17 2004

Reference Information

J.J.M. Leader v WalMart, Inc.

John J. McCarthy

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

DOHERTY WALLACE PILLSBURY & MURPHY PC
ONE MONARCH PLACE  SUITE 1900
SPRINGFIELD MA  01144-1900