UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MICHELE LEADER et al.,<br>  Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-30055-MAP |
| WAL-MART, INC.,<br>  Defendant | )<br>)<br>)<br>) |

**AFFIDAVIT OF COMPLIANCE PURSUANT TO M.G.L.A. c. 233, §79G**

I, John J. McCarthy, Esquire of Doherty, Wallace, Pillsbury & Murphy, P.C. attorney for the **Plaintiff, Michele Leader** in the above entitled action, hereby certify that, pursuant to Massachusetts General Laws, Chapter 233, section 79G, I have given written notice by certified mail, return receipt requested, to all counsel of record in the above entitled action, of the intention to offer into evidence at trial the certified medical records, reports and/or bills regarding the **Plaintiff, Michele Leader,** on behalf of the **Plaintiff, Michele Leader** as follows:

| | |
|---|---|
| 1. American Medical Response of Massachusetts, Inc,. | $530.00 |
| 2. Dr. Armand A. Aliotta | $510.00 |
| 3. Dr. Corsetti/N.E.Orthopedic Surgeons | $3,964.40 |
| 4. Hampshire Orthopedics and Sports Medicine, Inc. | $154.00 |
| 5. Family Medicine Associates | $848.00 |
| 6. Dr. Don L. Goldenberg | $425.00 |
| 7. The MRI Center | $1295.00 |
| 8. Noble Hospital | $12,538.07 |
| 9. Physical Therapy Partners | $142.00 |
| 10. Dr. David J. Pierangelo | $476.00 |
| 11. Dr. Lorainne M. Wolpert | $475.00 |

The return receipt is attached hereto.

*SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY* this 17th day of May, 2004.

John J. McCarthy, Esquire
Doherty, Wallace, Pillsbury
 and Murphy, P.C.
One Monarch Place - 19th Floor
1414 Main Street
Springfield, MA  01144
Ph:  (413) 733-3111
Fax:  (413) 734-3910
BBO #328280


### CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, counsel of record, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage pre-paid to counsel of record:

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Dated: May 17, 2004

John J. McCarthy, Esquire

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. MCCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
JOHN E. BONINI*
MICHAEL J. BONANNO

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL DWPM@DWPM.COM

SAMUEL A. MARSELLA
MATTHEW J. RYAN, JR
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)

* REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

**Certified Article Number**
7160 3901 9844 4399 5936
**SENDERS RECORD**

May 6, 2004

## VIA CERTIFIED MAIL/RETURN RECEIPT #7160 3901 9844 4399 5936

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Re:   **Leader et al v. Wal-Mart, Inc.**
      **Civil Action No. 04-30055-MAP**

Dear Atty. Steele:

In accordance with the M.G.L.A. c. 233, Sec. 79G, notice is hereby given of intention to offer into trial the itemized billing on Michele Leader from:

1. American Medical Response of Massachusetts, Inc,.    $530.00
2. Dr. Armand A. Aliotta                                 $510.00
3. Dr. Corsetti/N.E.Orthopedic Surgeons                  $3,964.40
4. Hampshire Orthopedics and Sports Medicine, Inc.       $154.00
5. Family Medicine Associates                            $848.00
6. Dr. Don L. Goldenberg                                 $425.00
7. The MRI Center                                        $1295.00
8. Noble Hospital                                        $12,538.07
9. Physical Therapy Partners                             $142.00
10. Dr. David J. Pierangelo                              $476.00
11. Dr. Lorainne M. Wolpert                              $475.00

225115-1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

May 6, 2004
Page 2

    I enclose a copy of same as evidence on behalf of the Plaintiff, Michele Leader. These documents are intended to comply with the Automatic Disclosure Requirements of the Federal and Local Rules and the Scheduling Order of April 27, 2004.

    Please call if there are any questions.

                                      Very truly yours,

                                      John J. McCarthy

JJM/smm
Enclosure

225115-1



| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9844 4399 5936 | A. Received by (Please Print Clearly): Wilson  B. Date of Delivery |
| | C. Signature X Terry Wilson  ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br>Chauncey D. Steele IV, Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210 | Reference Information<br>RECEIVED MAY 17 2004<br>J.J.M.  Michele Leader<br>John J. McCarthy |

PS Form 3811, July 2001        Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE  GREETINGS FROM...

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**DOHERTY WALLACE PILLSBURY & MURPHY PC**
**ONE MONARCH PLACE  SUITE 1900**
**SPRINGFIELD MA  01144-1900**