UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER PPA LANCE LEADER,<br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-30055-MAP<br>)<br>)<br>)<br>) |

## PLAINTIFF'S ASSENTED-TO MOTION TO AMEND COMPLAINT

NOW COME the Plaintiffs in the above-captioned action and respectfully moves this Court to allow them to amend their Complaint in the following manner:

To add Wall-Mart Stores East, LP as a Defendant.

In support of this Motion, Plaintiffs state that the Defendant in this action, Wal-Mart Stores, Inc., has informed them that the legal entity, Wal-Mart Stores East, LP, is the entity that will be responsible for paying any recovery by the Plaintiffs in this action. The Defendant has specifically requested that the Plaintiff add Wal-Mart Stores East, LP as a Defendant to this action. A copy of the Plaintiff's Second Amended Complaint is attached hereto.

235666-1

THEREFORE, Plaintiffs move, with the Defendant's assent, to add Wal-Mart Stores East, LP as a Defendant in the above-captioned matter.

Dated: August 6, 2004

The Plaintiffs,
**MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER**
By their attorneys,

_____
Thomas E. Day, Esquire
BBO# 655409
Doherty, Wallace, Pillsbury, and Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144
Telephone: 413-733-3111
Facsimile: 413-734-3910
**ASSENTED-TO:**

**WAL-MART STORES, INC.**

By its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

_____
Chauncey D. Steele IV, Esquire
BBO #647207
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 367-9500
Facsimile: (617) 742-1788

235666-1

2