FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION AUG 17 P 1: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER, <br><br> Plaintiffs <br><br> v. <br><br> WAL-MART STORES, INC. and WAL-MART STORES EAST, LP, <br><br> Defendant. | Civil Action No. 04-30055-MAP |

**ANSWER AND JURY DEMAND
OF DEFENDANT WAL-MART STORES, INC.
AND WAL-MART STORES EAST, LP**

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP ("Wal-Mart" or "Defendants") hereby answer the allegations in the Second Amended Complaint filed by Plaintiffs Michele Leader, Lance Leader, Kurtis Leader PPA Lance Leader ("Plaintiffs") as follows:

1.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiffs' Complaint.

2.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiffs' Complaint.

3.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiffs' Complaint.

4.   Defendants admit the allegations contained in paragraph 4 of Plaintiffs' Complaint.

5.   Defendants admit the allegations contained in paragraph 5 of Plaintiffs' Complaint.

6.   Defendants deny the allegations contained in paragraph 6 of Plaintiffs' Complaint.

7.   Defendants deny the allegations contained in paragraph 7 of Plaintiffs' Complaint.

8.   Defendants deny the allegations contained in paragraph 8 of Plaintiffs' Complaint.

9.   Defendants deny the allegations contained in paragraph 9 of Plaintiffs' Complaint.

10.  Defendants deny the allegations contained in paragraph 10 of Plaintiffs' Complaint.

11.  Defendants deny the allegations contained in paragraph 11 of Plaintiffs' Complaint.

12.  Defendants deny the allegations contained in paragraph 12 of Plaintiffs' Complaint.

13.  Defendants deny the allegations contained in paragraph 13 of Plaintiffs' Complaint.

## COUNT I

13.   Defendants incorporate their answers set forth in paragraphs 1 through 12 as if set forth fully herein.

14.   Defendants deny the allegations contained in paragraph 14 of Plaintiffs' Complaint.

## COUNT II

15.   Defendants incorporate their answers set forth in paragraphs 1 through 14 as if set forth fully herein.

16.   Defendants deny the allegations contained in paragraph 16 of Plaintiffs' Complaint.

17.   Defendants deny the allegations contained in paragraph 17 of Plaintiffs' Complaint.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim against Defendants upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

If Wal-Mart was negligent, which Wal-Mart denies, Plaintiffs are barred in whole or in part from recovery herein because any damage they may have suffered was directly and proximately caused by their own negligence.

## THIRD AFFIRMATIVE DEFENSE

If Plaintiffs have any cause of action against Wal-Mart, which Wal-Mart denies, Plaintiffs have waived the same by Plaintiffs' own conduct.

## FOURTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

If Plaintiffs suffered any damage or injury herein, said damage or injury resulted from a risk which Plaintiffs voluntarily, knowingly, and willingly assumed.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs were negligent.  Such negligence equaled or exceeded any negligence of Wal-Mart.  Therefore, Plaintiffs may not recover.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the Statute of Limitations.

## EIGHTH AFFIRMATIVE DEFENSE

If Plaintiffs suffered any injury or damage, such injury or damage was caused by the negligence or fault of some other person or entity for whose conduct Wal-Mart is not legally liable.

## NINTH AFFIRMATIVE DEFENSE

Some or all of the damages alleged by Plaintiffs are not recoverable.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because they failed to mitigate their damages.

4

**WHEREFORE**, Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP demand that Plaintiffs' Complaint against them be dismissed with prejudice, that judgment be entered for them on all claims against them, and that costs and attorneys' fees be granted to them.

### DEMAND FOR JURY TRIAL

Defendant Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP hereby demand a trial by jury.

Dated:  August 16, 2004        WAL-MART STORES, INC. and WAL-MART STORES EAST, LP

By their attorneys,

CRAIG AND MACAULEY
 PROFESSIONAL CORPORATION

Richard E. Quinby (BBO #545641)
Chauncey D. Steele IV
(BBO #647207)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 16, 2004.

Chauncey D. Steele IV

5