UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELE LEADER, LANCE LEADER, | ) | |
| KURTIS LEADER, PPA LANCE | ) | |
| LEADER, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-30055-MAP |
| | ) | |
| | ) | |
| WAL-MART STORES, INC. and | ) | |
| WAL-MART STORES EAST, LP., | ) | |
| Defendants | ) | |

SCHEDULING ORDER
March 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference on

March 3, 2005:

1.      Plaintiffs shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by April 22, 2005.

2.      Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by May 20, 2005.

3.      All expert depositions shall be completed by July 29, 2005.

4.      Trial shall commence on October 17, 2005, at 9:00 a.m.  Counsel shall

appear for a final pretrial conference on October 6, 2005, at 2:00 p.m. in

Courtroom Three.  Pre-trial memoranda shall be prepared in accordance

with the provisions of Local Rule 16.5(D) and the Procedural Order

entered this date.

IT IS SO ORDERED.

DATED:  March 4, 2005

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge