# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: JMCCARTHY@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
JOHN E. BONINI*
MICHAEL J. BONANNO*

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

March 7, 2005

**VIA FIRST CLASS MAIL**

The Honorable Kenneth P. Neiman
U.S. Magistrate Judge for the District of Mass.
Fed. Bldg. & Courthouse
1550 Main St.
Springfield, MA 01103

Re: Michele Leader et al v. Wal-Mart Stores, Inc. et al
United States District Court Civil Action No. 04-CV-30055-MAP

Dear Judge Neiman:

I am writing to apologize for my unavailability on March 3, 2005 for the Case Management Conference.

As I believe was explained to you by my associate Attorney Day, we received notice from the Court that the case Management Conference was scheduled for March 7, 2005 and we did not become aware that you anticipated that the Conference to have been on March 3, 2005 until approximately 10:20 a.m. on March 3, 2005.

I wish to assure your Honor that I and this Firm treat scheduled Court appearances very seriously and that it was only through inadvertence and an apparent mix up in scheduling notices that caused me to be absent at the Case Management Conference.

Thank you for your courtesy and understanding.

259875-1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

March 7, 2005
Page 2

Please call me if there are any questions.

Very truly yours,

John J. McCarthy

JJM/smm
cc:   Chauncey D. Steele, IV, Esquire
      Thomas E. Day, Esquire

259875-1