UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER. et als,        )
Plaintiffs                     )
                               )
vs.                            )    CIVIL ACTION NO. 04-30055- KPN
                               )
WAL-MART STORES, INC.          )
et als,                        )
Defendants                     )
                               )

## PLAINITFF MICHELE LEADER'S CERTIFICATION PURSUANT TO L.R. 7.1(A)(2) AND L.R. 37.1 (A)

Now comes the Plaintiff Michele Leader through counsel, pursuant to L.R. 7.1(A)(2) and L.R. 37.1(A) and certifies as follows:

1. Counsel for the Plaintiff and Defendant spoke at length by telephone on March 25, 2005 regarding the nature, scope and conditions with respect to the Defendant's request for an examination of the Plaintiff by Dr. Kirk Johnson.

2. As is reflected in the written documentation attached to the Plaintiff's opposition to the Defendant's motion, there were several written communications between counsel regarding said examination and the nature, scope and conditions attendant with the examination.

3. Counsel for the Plaintiff agreed that the Plaintiff would attend an examination, but would not disrobe and that Wal-Mart would have to provide transportation to and from the examination.

4. Counsel for Wal-Mart never discussed or referenced the attendance at the examination by Plaintiff's counsel and Plaintiff's counsel was not aware that it was an issue until the Defendant's motion was received.

5. Counsel for Wal-Mart never discussed or referenced and "interview" or any other type of examination of the Plaintiff by a vocational expert in any writing and/or conversation between counsel until the references contained in the Defendant's motion.

265430-1

1

                                                        THE PLANITIFF,
                                                        Michele Leader

Date: 4/20/05       By: /s/ John J. McCarthy
                                      John J. McCarthy, Esquire
                                      Doherty, Wallace, Pillsbury, and
                                      Murphy, P.C.
                                      One Monarch Place
                                      1414 Main Street, 19th Floor
                                      Springfield, MA 01144
                                      Telephone: 413-733-3111
                                      Facsimile: 413-734-3910
                                      BBO# 328280

## CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, Counsel of Record, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, first class mail, to:

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Date: 4/20/05                                   /s/ John J. McCarthy
                                              John J. McCarthy, Esq.