UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHELE LEADER, et als<br>  Plaintiffs, | )<br>)<br>) |
| vs. | )    CIVIL ACTION NO. 04-30055 KPN |
| WAL-MART STORES, INC., et als<br>  Defendants. | )<br>)<br>) |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Now comes the Plaintiff pursuant to L.R. 7.1 (D) and requests oral argument on the Defendant's Motion to Conduct a Physical Examination and Interview With Plaintiff Michele Leader.

THE PLANITIFF,
Michele Leader

Date: 6/20/05

By /s/ John J. McCarthy
John J. McCarthy, Esquire
Doherty, Wallace, Pillsbury, and
Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144
Telephone: 413-733-3111
Facsimile: 413-734-3910
BBO# 328280

265435-1

1

## CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, Counsel of Record, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, first class mail, to:

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Date: 4/20/05

John J. McCarthy, Esq.

265435-1

2