**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

---

As for your request that Wal-Mart make transportation arrangements for your client, there is no provision in the rules for such a request, and it is not in line with current IME custom and practice. Nevertheless, Wal-Mart stands ready to reimburse your client's reasonable costs up to the prevailing IRS rate of $.405 per mile.

Further, your suggestion that a representative from your office will be present at the IME is unacceptable to Dr. Johnson and not supported by Massachusetts law.

In any event, I am happy to withdraw my motion if:

1) your client immediately agrees to appear on one of the aforementioned dates;
2) your client withdraws her demand to have Wal-Mart supply transportation to and from the exam;
3) your client withdraws her demand to have counsel present during the exam; and
4) your client agrees to be interviewed by Amy Vercillo immediately following the exam as requested in my motion.

Sincerely yours,

Chauncey D. Steele IV

CDS/nlb

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
JOHN E. BONINI*
MICHAEL J. BONANNO*

MATTHEW J. RYAN, JR
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

April 22, 2005

**VIA TELECOPIER (617) 742-1788**

Chauncey D. Steele, IV, Esq.
Craig and McCauley
Federal Reserve Plaza
600 Atlantic Ave.
Boston, Ma. 02210

Re:   Michele Leader v. Wal-Mart Stores, Inc., et als

Dear Mr. Steele:

Mrs. Leader is available on May 20, 2005 or May 27, 2005. Please advise of the date that Dr. Johnson is to see her.

Please advise of transportation arrangements and please be advised that a representative of this office will be present during the meeting with Dr. Johnson.

Very truly yours,

John J. McCarthy

JJM/u

cc:   Michele Leader

265790-1

Job Code No. _____

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111
TELECOPIER (413) 734-3910
EMAIL



## TELECOPIER COVER SHEET

DATE:   April 28, 2005

CLIENT NO.:

Please deliver the following page(s) to:

TO:   Chauncey D. Steele IV, Esquire          FAX:   1-617-742-1788

FROM:   John J. McCarthy, Esquire

RE:   Leader v. Wal-Mart

Total number of pages (including this cover sheet):

*If there are any problems receiving this transmission, please call  or our Fax Operator at (413) 733-3111 x363.*

**MESSAGE**

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111
TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: JMCCARTHY@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. MCCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
MICHAEL J. BONANNO*

MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

April 28, 2005

**FACSIMILE # 1-617-742-1788**
Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Re: *Michele Leader, Lance Leader, Kurtis Leader, ppa Lance Leader v. Wal-Mart, Inc.*
Civil Action No.: 04-300055-MAP
DWPM File No.: 5390023-0

Dear Mr. Steele:

Pursuant to Judge Neiman's Order of April 27, 2005, my client is prepared to appear for the meeting with Dr. Johnson as ordered.

However, I note in your in your last correspondence that Dr. Johnson was no longer available on that date and per my response to you, Ms. Leader is prepared to appear for a meeting with Dr. Johnson on either May 20th or May 27th, 2005. Please advise as soon as possible as to the date on which you wish to have the meeting as well as the time. In addition please provide driving directions to the doctors office.

266498-1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

April 28, 2005
Page 2

Thank you for your attention.

Very truly yours,

John J. McCarthy

JJM/smm

Enclosure

cc:   Michele Leader

266498-1

Job Code No. _____

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111
TELECOPIER (413) 734-3910
EMAIL

## TELECOPIER COVER SHEET

DATE:   May 2, 2005

CLIENT NO.: _____

Please deliver the following page(s) to:

TO:   Chauncey D. Steele, IV, Esq.

FAX:   1-617-742-1788

FROM:   John J. McCarthy, Esq.

RE:   Leader v. Wal-Mart

Total number of pages (including this cover sheet): _____

*If there are any problems receiving this transmission, please call or our Fax Operator at (413) 733-3111 x363.*

## MESSAGE

### CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT DISCLOSING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED, AND THAT THE DOCUMENT SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE TELEPHONE US IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS AT NO COST TO YOU. THANK YOU FOR YOUR COOPERATION.

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: JMCCARTHY@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. MCCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
MICHAEL J. BONANNO*

MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

April 28, 2005

**FACSIMILE # 1-617-742-1788**
Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Re:   *Michele Leader, Lance Leader, Kurtis Leader, ppa Lance Leader v. Wal-Mart, Inc.*
      *Civil Action No.: 04-300055-MAP*
      *DWPM File No.: 5390023-0*

Dear Mr. Steele:

Pursuant to Judge Neiman's Order of April 27, 2005, my client is prepared to appear for the meeting with Dr. Johnson as ordered.

However, I note in your in your last correspondence that Dr. Johnson was no longer available on that date and per my response to you, Ms. Leader is prepared to appear for a meeting with Dr. Johnson on either May 20th or May 27th, 2005. Please advise as soon as possible as to the date on which you wish to have the meeting as well as the time. In addition please provide driving directions to the doctors office.

266498-1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

April 28, 2005
Page 2

Thank you for your attention.

Very truly yours,

John J. McCarthy

JJM/smm

Enclosure

cc: Michele Leader

\*\*\*\*\*\*\*MAY 2, 2005…..SECOND REQUEST\*\*\*\*\*\*\*

266498-1