UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER, LANCE )
LEADER, KURTIS LEADER PPA )
LANCE LEADER, )
  Plaintiffs, )
)  CIVIL ACTION NO. 04-30055-MAP
)
vs. )
)
WAL-MART STORES, INC., )
  Defendant. )

## AFFIDAVIT OF COMPLIANCE WITH SCHEDULING ORDER

I, Thomas E. Day, Esquire, depose and say as follows:

1. I am the attorney of record for the Plaintiffs.

2. By letter dated April 21, 2005, I designated Dr. Lorraine Wolpert-Berman as a trial expert and disclosed the relevant information regarding Dr. Berman to Attorney Chauncey V. Steele, attorney for the Defendant. I provided this disclosure to Attorney Steele via facsimile, first-class mail and certified mail.

3. By certified mail letter dated October 22, 2004, Attorney John McCarthy, of my office, provided Attorney Steele with a copy of the narrative report of Dr. John Corsetti. By letter dated April 21, 2005, I provided Attorney Steele with other relevant information regarding Dr. Corsetti and designated Dr. Corsetti as an expert. I provided this information to Attorney Steele via facsimile, first-class mail and certified mail.

4. By letter dated April 21, 2005, I designated Dr. John Kasper as a trial expert for the Plaintiff and provided Attorney Steele with the relevant information regarding Dr. Kasper. I provided this information to Attorney Steele via facsimile, first-class mail and certified mail.

5. In addition to the above, this office has provided Attorney Steele with information regarding the following medical providers for the Plaintiff. The information provided includes all currently available medical records and bills.

    1. Dr. Armand Aliotta
    2. Alliance Imaging
    3. American Medical Response
    4. American Sleep Diagnostics
    5. Arthritis Treatment Center
        -Dr. Robert Gray
    6. Baystate Medical Associates
        -Jean McCarthy, PAC
        -Dr. David Desilets
    7. Baystate Medical Center

8. Baystate MRI & Imaging
9. Family Medicine Associates
    -Dr. George Reynolds
    -Dr. Paul Bothner
    -Dr. Bashir Bashiruddin
    -Maria Langkowski, RN
10. Footit Surgical Supply
11. Dr. Don Goldenberg
12. Hampden County Physicians Associates
    -Dr. David Pierangelo
13. Hampshire Orthopedics
    -Dr. Henry Drinker
14. Dr. Christopher Keroack
15. Maple Surgery Center
16. Mercy Hospital
17. The MRI Center
18. New England Orthopedic Surgeons
    -Dr. John Corsetti
19. New England Surgical Group
    -Dr. John Kasper
20. Noble Hospital
21. Physical Therapy Partners
22. Rheumatology Associates, P.C.
23. Dr. Julio A. Martinez-Silvestrini
24. Springfield Anesthesia Service
25. Vascular Services of Western New England
    -Dr. Lorraine Wolpert-Berman
26. Webb Family Chiropractic

Dated: May 17, 2005

The Plaintiffs,
MICHELE LEADER, LANCE LEADER,
KURTIS LEADER PPA LANCE LEADER,
By their attorney,

John J. McCarthy, Esquire
BBO# 328280
Thomas E. Day, Esquire
Doherty, Wallace, Pillsbury, and
Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

266662-1266662.1

## CERTIFICATE OF SERVICE

I, Thomas E. Day, counsel of record, do hereby certify that I served a copy of the foregoing document on the parties to the case by mailing a copy of the same, postage prepaid to:

**Chauncey D. Steele IV, Esq.**
**Craig and Macauley**
**Federal Reserve Plaza**
**600 Atlantic Avenue**
**Boston, MA 02210**

Dated: May 17, 2005

_____
Thomas E. Day