# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
MICHAEL J. BONANNO*

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM

MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY***
COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA
*** ALSO ADMITTED IN SOUTH CAROLINA

August 5, 2005

Bethany Healy, Courtroom Clerk
United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Re: *Michele Leader, Lance Leader, Kurtis Leader, ppa Lance Leader v. Wal-Mart, Inc.*
*Hampden County Superior Court Civil Action No.: 04-186*
*United States District Court Civil Action No.: 04-30055-MAP*
*DWPM File No.: 5390023-0*

Dear Bethany:

Following up on my phone message to you of August 1, it is my understanding that counsel for the Defendant in the above-captioned matter is not available to try this case on the currently scheduled trial date of October 18, 2005. I expect that Judge Neiman will be receiving a motion to reschedule the trial date soon. The Plaintiff does not intend to object to that motion, but we would appreciate this case being rescheduled for trial either before October 18 or as soon after that as the Court's schedule will allow.

Thank you for your cooperation in this matter.

Very truly yours,

Thomas E. Day

TED/cas

cc: Chauncey D. Steele, IV, Esquire
Richard E. Quimby, Esquire
John J. McCarthy, Esquire

278214.1