

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER, <br><br> Plaintiffs <br><br> v. <br><br> WAL-MART STORES, INC. and WAL-MART STORES EAST, LP, <br><br> Defendant. | Civil Action No. 04-30055-KPN |

MOTION TO CONTINUE TRIAL

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 40.3(A), Wal-Mart Stores East, LP ("Wal-Mart") requests that the trial in the above-referenced matter, which is currently scheduled to commence on October 17, 2005, be continued until November 14, 2005, or as soon as practicable thereafter.

Wal-Mart offers the following reasons in support of its motion:

1. Trial counsel for Wal-Mart has developed a scheduling conflict on the current trial date of October 17, 2005. Specifically, trial counsel has recently learned that said date falls during Parents Weekend for his daughter's freshman year at college, which is located outside of the Commonwealth.

2. Counsel for Wal-Mart understands that, at present, the Court would be able to conduct the trial during the week of November 14, 2005 and/or the week of November 28, 2005.

3. None of the parties will be prejudiced by the allowance of this motion.

WHEREFORE, Wal-Mart Stores, Inc. respectfully requests that the trial in the above-referenced matter, which is currently scheduled to commence on October 17, 2005, be continued until November 14, 2005, or as soon as practicable thereafter.

Respectfully submitted,

Dated: August 9, 2005

Richard E. Quinby (BBO# 545641)
Chauncey D. Steele IV (BBO# 647207)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred with Plaintiff's counsel and have attempted in good faith to resolve this issue.

Chauncey D. Steele IV

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 9, 2005.

Chauncey D. Steele IV

2