BY THE COURT:

DATED: August 12, 2005

/s/
Bethaney A. Healy, Deputy Clerk