**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

MICHELE LEADER, et als                    )
  Plaintiffs,                              )
                                          )
vs.                                       )    CIVIL ACTION NO. 04-30055 KPN
                                          )
WAL-MART STORES, INC., et als             )
  Defendants.                            )


**PLAINTIFFS PROPOSED SPECIAL VERDICT QUESTIONS**


1.    Was the Defendant Wal-Mart, Inc. negligent in the manner in which it placed foul weather mats in or near the entrance way of its store on February 1, 2002?

Yes_____

No_____

(If you have answered "Yes" to Question 1, proceed to Question 2.)

2.    Did the Defendant Wal-Mart, Inc.'s negligence cause or contribute to the injuries and damages suffered by the Plaintiff Michele Leader, the loss of consortium suffered by the Plaintiff Lance Leader and the loss of parental services suffered by the Plaintiff Kurtis Leader?

Yes_____

No_____

(If you have answered "Yes" to Question 2, proceed to answer Questions 3, 4, and 5.)

3.    What amount of money, in dollars, is fair and reasonable to compensate the Plaintiff Michele Leader for her physical, emotional, mental and financial injuries, damages and losses?  Please state your response in words and numbers.

_____ dollars. ($_____).

4.   What amount of money would fairly and reasonably compensate the Plaintiff Lance Leader for his loss of consortium due to the injuries to his wife?  Please state your response in words and numbers.

_____dollars. ($_____).

5.   What amount of money, in dollars, would fairly and reasonably compensate the Plaintiff Kurtis Leader for his loss of parental services due to the injuries to his mother? Please state your response in words and numbers.

_____dollars. ($_____).

THE PLAINTIFF'S
MICHELE LEADER ET AL

Date: 10/10/05          By
                        John J. McCarthy, Esquire
                        Doherty, Wallace, Pillsbury, and
                        Murphy, P.C.
                        One Monarch Place
                        1414 Main Street, 19th Floor
                        Springfield, MA 01144
                        Telephone: 413-733-3111
                        Facsimile: 413-734-3910
                        BBO# 328280

-2-

## CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, Counsel of Record, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, first class mail, to:

Richard E. Quinby, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Date:    10 | 20 | 05

John J. McCarthy, Esq.

282620.1