

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                              )
MICHELE LEADER, LANCE         )
LEADER, KURTIS LEADER,        )
PPA LANCE LEADER,             )    Civil Action No. 04-30055-KPN
                              )
        Plaintiffs            )
                              )
v.                            )
                              )
WAL-MART STORES, INC.         )
and WAL-MART STORES EAST,     )
LP,                           )
                              )
        Defendant.            )
_____   )

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Procedural Order in the above-referenced matter, Wal-Mart Stores East, LP ("Defendant") hereby submits the following proposed voir dire questions for consideration by the Court:

1.    Have you or any of your relatives ever been a party, either as plaintiff or a defendant, in any civil law suit?

2.    Do you have any favorable or unfavorable feelings or opinions regarding Wal-Mart or the Plaintiffs that would affect your ability to be impartial in this case?

3.    Have you or any of your family members ever worked for Wal-Mart?

4.    Are you or any member of your family related to any party or their attorney?

5.    Have you formed any opinion about the case or the parties involved?

6.    One of the plaintiffs in this case suffers from handicap, which is unrelated to the allegations in the case.  Do you have any beliefs, personal experience or feelings regarding persons suffering from handicaps that might affect your ability to be impartial in this case?

Dated: October 21, 2005          Respectfully submitted,

WAL-MART STORES EAST, LP

By its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

Richard E. Quinby BBO#545641
Chauncey D. Steele IV BBO#647207
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts  02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 21, 2005.

Chauncey D. Steele IV