UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER, <br><br> Plaintiffs <br><br> v. <br><br> WAL-MART STORES, INC. and WAL-MART STORES EAST, LP, <br><br> Defendant. | Civil Action No. 04-30055-KPN |

## DEFENDANT'S PROPOSED SPECIAL VERDICT QUESTIONS

Pursuant to the Court's Procedural Order in the above-referenced matter, Wal-Mart Stores East, LP ("Defendant") hereby submits the following proposed special verdict questions for consideration by the Court:

QUESTION NO. 1

Was Defendant Wal-Mart Stores East, LP negligent in the manner in which it placed foul weather mats inside its store on February 1, 2002?

Yes _____        No _____

(If your answer to Question No. 1 is "No", then stop, sign the verdict form and return your verdict. If your answer to Question No. 1 is "yes", proceed to Question No. 2.)

<u>QUESTION NO. 2</u>

Did the negligence of Wal-Mart Stores East, LP as described in Question No. 1 proximately cause injury or damage to the Plaintiff Michelle Leader, Lance Leader, or Kurtis Leader?

Yes _____        No _____

(If your answer to Question No. 2 is "No", then stop sign the verdict form and return your verdict.  If your answer to Question No. 2 is "yes", proceed to Question No. 3.)

## QUESTION NO. 3

Was Michelle Leader negligent while walking in or into the Westfield Wal-Mart on February 1, 2002?

Yes _____    No _____

(If your answer to Question No. 3 is "No", then proceed to Question No. 6. If your answer to Question No. 3 is "yes", proceed to Question No. 4.)

4

QUESTION NO. 4
===

Did the negligence of Michelle Leader proximately cause her to suffer injury or damage?

Yes _____    No _____

(If your answer to Question No. 4 is "No", then proceed to Question No. 6. If your answer to Question No. 4 is "Yes", proceed to Question No. 5.)

<u>QUESTION NO. 5</u>

Only answer Question No. 5 if you have answered "Yes" to Question Nos. 1 through 4. Assuming that the total amount of negligence is 100%, what percentage of negligence do you attribute to:

a.  Wal-Mart Stores East LP     _____%

b.  Michelle Leader             _____%

    TOTAL                       100%

(If your answer to Question No. 5 was that the negligence of Michelle Leader was greater than 50%, sign the verdict form and return your verdict. Answer Question No. 6 *only* if you have found that the negligence of Michelle Leader was equal to or less than 50%.)

QUESTION NO. 6

What amount of money is fair and reasonable to compensate the Plaintiff Michele Leader for her injuries? Please state your response in words and numbers.

_____dollars ($_____).

## QUESTION NO. 7

What amount of money would fairly and reasonably compensate the Plaintiff Lance Leader for his loss of consortium? Please state your response in words and numbers.

_____ dollars ($_____).

<u>QUESTION NO. 8</u>

What amount of money would fairly and reasonably compensate the Plaintiff Kurtis Leader for his loss of parental services? Please state your response in words and numbers.

_____dollars ($_____).

Dated: October 21, 2005

Respectfully submitted,

WAL-MART STORES EAST, LP

By its attorneys,

CRAIG AND MACAULEY
 PROFESSIONAL CORPORATION

_____
Richard E. Quinby BBO#545641
Chauncey D. Steele IV BBO#647207
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts  02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 21, 2005.

_____
Chauncey D. Steele IV