Page 46

1  A. No. I mean, they -- I don't recall him
2     giving me anything. He gave me a note to
3     be out of work.
4  Q. For how long?
5  A. Two weeks.
6  Q. Did he tell you to follow up with anybody
7     after you saw him?
8  A. I don't recall that.
9  Q. Did you miss work for two weeks?
10 A. Yes.
11 Q. Did you have a vacation planned?
12 A. The vacation was after the two weeks. It
13    was school vacation week. Is that what
14    you mean?
15 Q. Well, I'm curious. First of all, did you
16    miss work for two weeks after the
17    accident?
18 A. Yes.
19 Q. Did you get paid for those two weeks?
20 A. Yeah, sick time.
21 Q. After you saw Dr. Drinker the Monday after
22    the accident, did you see any other
23    physicians during those two weeks or
24    receive any other medical treatment?

Page 47

1  A. Not that I recall.
2  Q. Subsequent to those two weeks, did you go
3     on vacation?
4  A. Yes.
5  Q. Were did you go on vacation?
6  A. We were taking a cruise with my husband
7     and his parents and my son. It was kind
8     of like our honeymoon because we were
9     married that past August. We went to
10    different islands.
11 Q. Caribbean islands?
12 A. Yes.
13 Q. Was your knee feeling better at that
14    point?
15 A. No.
16 Q. It wasn't?
17 A. No.
18 Q. Were you able to walk on your own?
19 A. Well, I had a -- I'm not sure if I had a
20    cane or crutches. I don't remember which.
21    They had a wheelchair that I used for the
22    airport, and I wanted to rent something,
23    you know, in Florida to put on the boat.
24       They said that the aisles were too

Page 48

1     narrow to be able to have something and
2     they were right. I mean, it was
3     unbelievably narrow on the ship.
4  Q. When you say "something," you wanted to
5     rent a wheelchair?
6  A. I was thinking of something motorized,
7     yeah.
8  Q. At some point, did you give a statement to
9     Wal-Mart over the telephone?
10 A. Yes, I did.
11 Q. When was that?
12 A. I'm not sure if it was that evening or if
13    it was the next day. It was somewhere
14    within a couple of days, I would say.
15 Q. Do you remember who you talked to?
16 A. Pam comes to mind, but I'm not sure if
17    that's right.
18 Q. Is that the only contact you had with
19    Wal-Mart about your accident since that
20    happened?
21 A. Yes.
22 Q. Have you been back to the Westfield
23    Wal-Mart since your accident there?
24 A. No, I have not.

Page 49

1  Q. How long did the cruise last?
2  A. It was seven days.
3  Q. When you returned from the cruise, did you
4     go back to work?
5  A. Yes, I did.
6  Q. Did you miss any other work as a result of
7     the accident in Wal-Mart?
8  A. I missed since the surgery.
9  Q. Okay. Right. You said earlier that you
10    haven't returned to work since the surgery
11    in October of '02.
12 A. That's correct.
13 Q. The question should have been more
14    specific.
15       Did you miss any other work up until
16    that point as a result of the accident?
17 A. No, I don't believe so. I think -- unless
18    I missed some time for the doctor's
19    appointment or something. But it wasn't,
20    like, a consistent day out or something
21    like that.
22 Q. Up until the knee surgery, from the time
23    you saw Dr. Drinker up until the knee
24    surgery, did you receive any other medical

13 (Pages 46 to 49)

Page 50

```
 1   treatment in between?
 2   A. Yes, I saw -- I don't remember if I saw
 3      Dr. Drinker again but I may have or it may
 4      have been the first time I saw him. I got
 5      the impression that he wasn't going to do
 6      anything for me. I'm not sure if that
 7      came from the original appointment or the
 8      second appointment but somewhere it came
 9      from.
10          So I had gone and saw my PCP and
11      said that this is bothering me and my job,
12      being a teacher, is standing all the time.
13      I was sitting. It was very difficult to
14      do my job. So they had -- I went to go
15      see Dr. Corsetti, who is another
16      orthopedic doctor who was recommended to
17      me.
18   Q. By whom?
19   A. My husband's sister.
20   Q. You saw Dr. Corsetti?
21   A. Yes.
22   Q. What did he tell you after he examined
23      you?
24   A. I believe he told me that I had
```

Page 51

```
 1      chrondonmalasic (phonetic). I don't know
 2      what that was but it had something to do
 3      with the scraping, I guess, of the joint
 4      or something like that. I don't know
 5      exactly. He went through his course of
 6      treatment. He said that first we'll try
 7      physical therapy and then we'll try an
 8      injection and then, if necessary, it would
 9      be surgery.
10   Q. So he was the surgeon who operated on your
11      knee?
12   A. Yes, he was.
13   Q. That was mid October of 2002?
14   A. Yes.
15   Q. That was your right knee?
16   A. Yes. At that time, he was planning on
17      doing both of them.
18   Q. Did he?
19   A. No.
20   Q. Why not?
21   A. Because of what happened after. I
22      developed the DVT.
23   Q. Can you elaborate on that?
24   A. Why I was afraid to have surgery? I
```

Page 52

```
 1      developed a DVT after I had the surgery.
 2   Q. What do you mean by DVT?
 3   A. Blood clot.
 4   Q. Where was that?
 5   A. Where was the blood clot? I'm not exactly
 6      sure but it was somewhere within my right
 7      leg. I know that my calf was the thing
 8      that was really hurting and it's kind of
 9      -- they discovered it on an ultrasound.
10   Q. Okay. It was causing pain in your right
11      calf?
12   A. Yes. I was recuperating from the surgery,
13      and I was taking medicine for the pain of
14      the surgery. I started having pain in my
15      calf. It was radiating from my knee in my
16      calf, and I was having difficulty
17      standing, walking, anything. I called
18      the doctor and that's when they sent me to
19      get an ultrasound.
20   Q. What were you prescribed for the DVT?
21   A. I had to have heparin shots in my stomach
22      every 12 hours, and I had to have
23      Coumadin.
24   Q. Which is what?
```

Page 53

```
 1   A. Coumadin. It's an anticoagulant,
 2      something like that.
 3   Q. The shots that you had, how many days did
 4      you have to have them for?
 5   A. They started on Monday, and I was released
 6      from the hospital on Saturday.
 7   Q. So when you were released from the
 8      hospital, what did they tell you? What
 9      did the doctor tell you?
10   A. Well, I was told to take the Coumadin, and
11      I was told to rest my leg, make sure I
12      wasn't doing anything that could cause
13      problems, pretty much keep it elevated up
14      high. That's pretty much it, follow up
15      with them.
16          I had to go that following Monday, I
17      think it was, to go get my blood clot
18      checked. They had checked it every week
19      for the Coumadin and they would keep
20      raising the dosage each time, pretty much.
21   Q. Eventually, did the blood clot go away?
22   A. Yes.
23   Q. When was that?
24   A. I don't know.
```

(Pages 50 to 53)

Page 46

1  A. No. I mean, they -- I don't recall him
2     giving me anything. He gave me a note to
3     be out of work.
4  Q. For how long?
5  A. Two weeks.
6  Q. Did he tell you to follow up with anybody
7     after you saw him?
8  A. I don't recall that.
9  Q. Did you miss work for two weeks?
10 A. Yes.
11 Q. Did you have a vacation planned?
12 A. The vacation was after the two weeks. It
13    was school vacation week. Is that what
14    you mean?
15 Q. Well, I'm curious. First of all, did you
16    miss work for two weeks after the
17    accident?
18 A. Yes.
19 Q. Did you get paid for those two weeks?
20 A. Yeah, sick time.
21 Q. After you saw Dr. Drinker the Monday after
22    the accident, did you see any other
23    physicians during those two weeks or
24    receive any other medical treatment?

Page 47

1  A. Not that I recall.
2  Q. Subsequent to those two weeks, did you go
3     on vacation?
4  A. Yes.
5  Q. Were did you go on vacation?
6  A. We were taking a cruise with my husband
7     and his parents and my son. It was kind
8     of like our honeymoon because we were
9     married that past August. We went to
10    different islands.
11 Q. Caribbean islands?
12 A. Yes.
13 Q. Was your knee feeling better at that
14    point?
15 A. No.
16 Q. It wasn't?
17 A. No.
18 Q. Were you able to walk on your own?
19 A. Well, I had a -- I'm not sure if I had a
20    cane or crutches. I don't remember which.
21    They had a wheelchair that I used for the
22    airport, and I wanted to rent something,
23    you know, in Florida to put on the boat.
24       They said that the aisles were too

Page 48

1     narrow to be able to have something and
2     they were right. I mean, it was
3     unbelievably narrow on the ship.
4  Q. When you say "something," you wanted to
5     rent a wheelchair?
6  A. I was thinking of something motorized,
7     yeah.
8  Q. At some point, did you give a statement to
9     Wal-Mart over the telephone?
10 A. Yes, I did.
11 Q. When was that?
12 A. I'm not sure if it was that evening or if
13    it was the next day. It was somewhere
14    within a couple of days, I would say.
15 Q. Do you remember who you talked to?
16 A. Pam comes to mind, but I'm not sure if
17    that's right.
18 Q. Is that the only contact you had with
19    Wal-Mart about your accident since that
20    happened?
21 A. Yes.
22 Q. Have you been back to the Westfield
23    Wal-Mart since your accident there?
24 A. No, I have not.

Page 49

1  Q. How long did the cruise last?
2  A. It was seven days.
3  Q. When you returned from the cruise, did you
4     go back to work?
5  A. Yes, I did.
6  Q. Did you miss any other work as a result of
7     the accident in Wal-Mart?
8  A. I missed since the surgery.
9  Q. Okay. Right. You said earlier that you
10    haven't returned to work since the surgery
11    in October of '02.
12 A. That's correct.
13 Q. The question should have been more
14    specific.
15       Did you miss any other work up until
16    that point as a result of the accident?
17 A. No, I don't believe so. I think -- unless
18    I missed some time for the doctor's
19    appointment or something. But it wasn't,
20    like, a consistent day out or something
21    like that.
22 Q. Up until the knee surgery, from the time
23    you saw Dr. Drinker up until the knee
24    surgery, did you receive any other medical

13 (Page

Page 50

1  treatment in between?
2  A. Yes, I saw -- I don't remember if I saw
3     Dr. Drinker again but I may have or it may
4     have been the first time I saw him. I got
5     the impression that he wasn't going to do
6     anything for me. I'm not sure if that
7     came from the original appointment or the
8     second appointment but somewhere it came
9     from.
10        So I had gone and saw my PCP and
11    said that this is bothering me and my job,
12    being a teacher, is standing all the time.
13    I was sitting. It was very difficult to
14    do my job. So they had -- I went to go
15    see Dr. Corsetti, who is another
16    orthopedic doctor who was recommended to
17    me.
18  Q. By whom?
19  A. My husband's sister.
20  Q. You saw Dr. Corsetti?
21  A. Yes.
22  Q. What did he tell you after he examined
23    you?
24  A. I believe he told me that I had

Page 51

1     chrondonmalasic (phonetic). I don't know
2     what that was but it had something to do
3     with the scraping, I guess, of the joint
4     or something like that. I don't know
5     exactly. He went through his course of
6     treatment. He said that first we'll try
7     physical therapy and then we'll try an
8     injection and then, if necessary, it would
9     be surgery.
10  Q. So he was the surgeon who operated on your
11    knee?
12  A. Yes, he was.
13  Q. That was mid October of 2002?
14  A. Yes.
15  Q. That was your right knee?
16  A. Yes. At that time, he was planning on
17    doing both of them.
18  Q. Did he?
19  A. No.
20  Q. Why not?
21  A. Because of what happened after. I
22    developed the DVT.
23  Q. Can you elaborate on that?
24  A. Why I was afraid to have surgery? I

Page 52

1     developed a DVT after I had the surgery.
2  Q. What do you mean by DVT?
3  A. Blood clot.
4  Q. Where was that?
5  A. Where was the blood clot? I'm not exactly
6     sure but it was somewhere within my right
7     leg. I know that my calf was the thing
8     that was really hurting and it's kind of
9     -- they discovered it on an ultrasound.
10 Q. Okay. It was causing pain in your right
11    calf?
12 A. Yes. I was recuperating from the surgery,
13    and I was taking medicine for the pain of
14    the surgery. I started having pain in my
15    calf. It was radiating from my knee in my
16    calf, and I was having difficulty
17    standing, walking, anything. I called
18    the doctor and that's when they sent me to
19    get an ultrasound.
20 Q. What were you prescribed for the DVT?
21 A. I had to have heparin shots in my stomach
22    every 12 hours, and I had to have
23    Coumadin.
24 Q. Which is what?

Page 53

1  A. Coumadin. It's an anticoagulant,
2     something like that.
3  Q. The shots that you had, how many days did
4     you have to have them for?
5  A. They started on Monday, and I was released
6     from the hospital on Saturday.
7  Q. So when you were released from the
8     hospital, what did they tell you? What
9     did the doctor tell you?
10 A. Well, I was told to take the Coumadin, and
11    I was told to rest my leg, make sure I
12    wasn't doing anything that could cause
13    problems, pretty much keep it elevated up
14    high. That's pretty much it, follow up
15    with them.
16       I had to go that following Monday, I
17    think it was, to go get my blood clot
18    checked. They had checked it every week
19    for the Coumadin and they would keep
20    raising the dosage each time, pretty much.
21 Q. Eventually, did the blood clot go away?
22 A. Yes.
23 Q. When was that?
24 A. I don't know.

' to 53)

Page 54

1  Q. Was it months later, weeks later?
2  A. I really don't know when exactly it was
3     gone. I mean, I had to take the Coumadin
4     for months. I think it was maybe February
5     I stopped, January, February, something
6     like that.
7  Q. You don't recall specifically when the
8     doctor told that you the blood clot was
9     gone?
10 A. No.
11 Q. Did you ever have surgery on the other
12    knee?
13 A. No, I haven't.
14 Q. Are you planning to have surgery on the
15    other knee?
16 A. I don't know.
17 Q. You say you haven't returned to work since
18    you left for the surgery. Why is that?
19 A. Well, it was probably somewhere at the end
20    of December that I started having -- well,
21    yeah. I think it was then. I started
22    having headaches and I was having
23    migraines a lot. I was having trouble
24    sleeping and I was just -- I felt like a

Page 55

1     truck or train ran me over at night. I
2     woke up and just -- my skin hurt. My hair
3     hurt. It hurt to brush my hair. It hurt
4     to take a shower. It was, like, all over
5     pain.
6         I had to wear a stocking because of
7     the blood clot, and even with that, I was
8     still having a lot of swelling and pain
9     with that.
10        I had to use my left knee after I
11    had the surgery because of my right knee
12    being operated on more, like, to go up
13    stairs or things like that. I found that
14    my left knee was very, very sore, to the
15    point it was really difficult to walk.
16 Q. So did you see a physician or a receive
17    medical treatment because of the symptoms?
18 A. Yes.
19 Q. Where was that?
20 A. First it was Family Medicine.
21 Q. What did they tell you?
22 A. They did an MRI to rule out MS, lots of
23    blood work to rule out Lupus and all of
24    those others things of diseases and

Page 56

1     things, to try to find out what was going
2     on with me.
3  Q. What did they ultimately tell you?
4  A. He ultimately told me that I was -- he
5     thought it was fibromyalgia.
6  Q. Who is he?
7  A. Dr. Reynolds. He wanted me to go see
8     Dr. Gray, who was a rheumatologist, to see
9     what he thought.
10 Q. Did you see Dr. Gray?
11 A. Yes, I did.
12 Q. What did he tell you?
13 A. He told me I had fibromyalgia and
14    arthritis in my knees. I mean, that was
15    the first visit or whatever, I think.
16 Q. When was that? When did Dr. Gray tell you
17    those things?
18 A. I'm not sure if it was February or March,
19    my first appointment, somewhere around
20    there.
21 Q. Of 2003?
22 A. Of 2003, yes.
23 Q. Were you prescribed anything by Dr. Gray
24    for the fibromyalgia and the arthritis?

Page 57

1  A. Well, from Dr. Corsetti, I was taking
2     Celebrex for the knee, my knees. He,
3     Dr. Gray, gave me many different meds but
4     the first one was amitriptyline.
5         For some reason, my blood pressure
6     was going very high, so he was concerned
7     about Celebrex.
8  Q. Did you have any follow-up appointments
9     with Dr. Gray?
10 A. Yes. He also sent me to physical therapy
11    to learn stretching and things like that.
12 Q. Are you still doing physical therapy?
13 A. No. The insurance won't cover it.
14 Q. When was the last physical therapy
15    appointment that you had?
16 A. I don't know.
17 Q. Was it this year sometime?
18 A. I don't remember exactly when it was. The
19    last time was at Noble Hospital Sports &
20    Rehab. I do know that.
21 Q. You don't remember if it was this year or
22    last year?
23 A. No.
24 Q. It's been a while since you went to PT?

15 (Pages 54 to 57)

Page 58

```
 1  A. Yes, it has been.
 2  Q. When was the last time that you saw any
 3     medical provider for any of the injuries
 4     we discussed today?
 5  A. Well, I see my PCP every month. So it was
 6     June, I'm not sure, June 9th or 10th,
 7     around there.
 8  Q. That was just a regular checkup?
 9  A. It's a -- well, let me think what that was
10     for. She follows me up every month
11     because I take narcotics as far as the
12     Duragesic patches I wear every day. I'm
13     trying to think what the other thing was.
14     Well, I know. I remember now. My liver
15     enzymes were high.
16  Q. Other than the Duragesic patch, are you
17     taking any pain medication today?
18  A. Today, no.
19  Q. Are you using the Duragesic patch today?
20  A. Yes.
21  Q. How is your right knee feeling today?
22  A. It's sore.
23  Q. Can you walk okay?
24  A. I don't think so.
```

Page 59

```
 1  Q. Can you walk on your own power?
 2  A. With my cane.
 3  Q. With your cane?
 4  A. Yes.
 5  Q. Does your knee feel better or worse than
 6     it did before the surgery?
 7  A. Which knee?
 8  Q. Your right knee. That's the only one you
 9     had surgery on, right?
10  A. Yeah, but my left knee is the one that
11     hurts more now than the right.
12  Q. We'll talk about your left knee in a
13     second.
14         Does your right knee feel better or
15     worse today than it did before the
16     surgery?
17  A. I can't tell you that. I don't know.
18  Q. Did you notice any improvement in your
19     right knee after the surgery?
20  A. Right away I did. It was until I got the
21     DVT. A couple of days after the surgery,
22     I was thinking everything was great.
23  Q. Would you say your right knee feels worse
24     than it did today than it did immediately
```

Page 60

```
 1     after the accident or the same or better?
 2  A. I would say after the accident it hurt
 3     worse.
 4  Q. So it feels better than it did after the
 5     accident?
 6  A. Yeah, after I hit it, yeah.
 7  Q. Had you ever injured your right knee prior
 8     to the accident at Wal-Mart that brings us
 9     here today?
10  A. No.
11  Q. What about since, have you re-injured the
12     knee in any way?
13  A. I've -- well, I've fallen because of it.
14     It, like, buckles, you know, since after I
15     had the surgery at some point.
16  Q. So you've fallen?
17  A. Yeah.
18  Q. Where? In your home?
19  A. Yeah.
20  Q. You've fallen on the knee?
21  A. Well, not really on the knee, no. It's
22     just kind of like -- it's, like, kind of
23     twisted or went out kind of thing and, you
24     know, it hurt for several days. I didn't
```

Page 61

```
 1     land on it.
 2  Q. Okay. What about your left knee, are you
 3     still experiencing pain in your left knee?
 4  A. Yes.
 5  Q. Is it better than it was immediately after
 6     the accident at Wal-Mart?
 7  A. I don't know.
 8  Q. Does it feel worse?
 9  A. Some days, yeah.
10  Q. Had you had any problems with your left
11     knee before the accident at Wal-Mart?
12  A. Yes.
13  Q. What problems?
14  A. The year before, I had fallen in my
15     driveway on ice on my left knee.
16  Q. Did you seek any medical treatment as a
17     result of that fall?
18  A. Not initially.
19  Q. What about later on?
20  A. Later on, when it was still bothering me,
21     yeah, I did.
22  Q. Who did you seek treatment with for that?
23  A. First my primary and then it was
24     Dr. Drinker.
```

16 (Pages 58 to 61)

Page 62

1  Q. And what were you diagnosed with by
2     Dr. Drinker?
3  A. I don't know. I don't know if he ever
4     said. I fell on it, but I don't know if
5     he ever said what it was. I know there
6     was an x-ray done that showed something.
7     That's all I know.
8  Q. You don't recall what he diagnosed you
9     with?
10 A. No.
11 Q. Do you remember what he prescribed you
12    when you saw him?
13 A. Pretty much he told me to wait a year, you
14    know, that it would take -- it takes a
15    year when you have a fall for something to
16    heal. Pretty much, like, November, it
17    started healing. I wasn't bothered by it
18    anymore. I think it was November, maybe
19    December, somewhere around there.
20 Q. So your left knee was feeling like normal
21    when you fell at Wal-Mart?
22 A. Pretty much.
23 Q. How is your right calf feeling?
24 A. Now?

Page 63

1  Q. Today.
2  A. It's sore when I stand for a long time or
3     if I don't keep it elevated. I mean, I
4     always feel it, but some days are worse
5     than others.
6  Q. Okay. What about the fibromyalgia, are
7     you still feeling pain all over from that?
8  A. Yes.
9  Q. Every day?
10 A. Every day.
11 Q. Where is the pain today?
12 A. Pretty much my hand, my arms, and my upper
13    neck, my lower butt to back area, I guess.
14    My knees hurt when I got up this morning.
15    There isn't really a part that doesn't
16    hurt except for my toes, pretty much.
17 Q. Is there anything that you cannot do today
18    that you could do before you tripped at
19    Wal-Mart?
20 A. Yeah.
21 Q. Why don't you tell me?
22 A. How many things I can't do today? There
23    are so many things I can't do today. I
24    mean, I can't go to work. I can't sleep

Page 64

1     through the night. I can't wake up
2     pain-free. I can't take care of my son
3     the way I want to. I can't be a good wife
4     to my husband. I mean, the list goes on
5     forever and ever and ever.
6  Q. When you say you can't go to work, why
7     can't you go to work?
8  A. I wake up and I'm exhausted. As soon as I
9     get up, I hurt. I'm in pain. I couldn't
10    possibly, you know, I couldn't possibly do
11    my job to the best of my ability as being
12    a special education teacher with the way I
13    feel.
14 Q. When you say you can't take care of your
15    son, what do you mean by that?
16 A. My son has special needs, and I have
17    always made sure that he got to school and
18    was going to finish school and had the
19    right treatment that he needed. He
20    dropped out because I wasn't able to take
21    care of him.
22 Q. When you say "take care of him," what
23    exactly do you mean?
24 A. Get him up and take him to school and --

Page 65

1     it was him taking care of me, kind of
2     thing. You know, he would bring me things
3     when I couldn't get out of bed and he
4     didn't want to, like, leave me alone. You
5     know, and Lance had a hard time trying to
6     get to his job to be able to take our son
7     to school. Things like that are very
8     difficult. I wasn't able to help him with
9     his homework.
10 Q. Just so I'm clear, you said earlier that
11    you received some short-term disability
12    benefits from the teachers' union?
13 A. Well, it was a company from the teachers'
14    union, yeah.
15 Q. When was that? When did you receive those
16    benefits?
17 A. It was April 2003 to January 2004.
18 Q. You haven't received anything since then?
19 A. No.
20 Q. Do you recall what you were receiving per
21    month?
22 A. $2,000.
23 Q. Per month?
24 A. Per month.

Page 66

1  Q. Has your doctor ever told you -- did your
2     doctors ever tell you what the cause of
3     your fibromyalgia is?
4  A. No, because there is many causes. They
5     don't have a clue what causes it.
6  Q. You said that when you left your last job
7     that you had, you were making
8     approximately $40,000 a year; is that
9     right?
10 A. Yeah.
11 Q. Salary?
12 A. Yes.
13 Q. Do you get the same pay all year round?
14    Do you get the same paycheck all year
15    round as a teacher, or do you not get paid
16    during the summer?
17 A. You could do it either way.
18 Q. You can choose how to do it?
19 A. Yes.
20 Q. How did you do it while you were there?
21 A. I've done it both ways just to see what
22    the difference is. You can take a lump
23    sum, it's called, during the summer. You
24    get it at the end of June or whatever.

Page 67

1     You can take it all at once or you can get
2     paid.
3  Q. Just a regular paycheck?
4  A. Straight through, yeah.
5  Q. You say in your responses to Wal-Mart's
6     interrogatories that you were forced to
7     undergo gastric bypass surgery to
8     alleviate weight gain. When was that?
9  A. March of 2004.
10 Q. How much did you weigh before the surgery?
11 A. Before the surgery? I think it was around
12    290.
13 Q. How much do you weigh now?
14 A. 220.
15 Q. How much did you weigh in February of
16    2002, approximately?
17 A. I would say probably 230.
18 Q. How tall are you?
19 A. Five-four.
20        MR. STEELE: That's all that I
21    have for you at this time. Thank you for
22    coming here today.
23        MR. MCCARTHY: I have just a
24    couple of questions. I'll be short.

Page 68

1         EXAMINATION CONDUCTED
2         BY MR. MCCARTHY:
3  Q. At the entrance way to the Wal-Mart, did
4     you see any cones or barriers around the
5     matts that you described as having tripped
6     you?
7  A. No.
8  Q. Did you see any tape or evidence or other
9     device or substance adhering the mats to
10    the floor?
11 A. No.
12 Q. Did you see a video screen there?
13 A. Yes.
14 Q. Had you been in that store before?
15 A. Yes.
16 Q. Tell us what you would see when you walked
17    in the door? Was there a video screen
18    where you would see yourself walking in?
19 A. Yeah. Normally, you see yourself walking
20    in.
21 Q. Did you have a chance to see whether the
22    video was operating that day?
23 A. No, I didn't.
24 Q. There wasn't any discussion with anybody

Page 69

1     at the store about videotapes; was there?
2  A. No.
3  Q. Other than the one you were going to buy?
4  A. Right. Yes.
5  Q. On this diagram, where is the service
6     desk?
7        MR. STEELE: Counsel is referring
8     to Exhibit 1.
9  A. It was right there.
10 Q. You put CS?
11 A. Yes.
12 Q. Was there any discussion with the people
13    at Wal-Mart, either the people that helped
14    you that day or the person that called you
15    on the phone, about your medical bills?
16 A. Yes.
17 Q. Tell us what that was?
18 A. They said they would pay for the medical
19    bills and to send them.
20 Q. Who said that to you?
21 A. The woman that called me.
22 Q. On the telephone?
23 A. Yes.
24 Q. And that's what's been described as a

Page 70

1  statement you gave?
2  A. Yes.
3  Q. Did you ever get a copy of a transcript of
4     that conversation?
5  A. No, I didn't.
6  Q. You were never asked to sign anything
7     saying it was an accurate transcript?
8  A. No.
9  Q. Did you submit some medical bills to them?
10 A. Yes, I did.
11 Q. Did they pay any of the medical bills?
12 A. No.
13 Q. Did they tell you why?
14 A. No.
15 Q. You indicated that during the period of
16    time after you saw Dr. Drinker and you
17    were out of work that you had to use a
18    cane or crutches. You couldn't remember
19    which?
20 A. Right.
21 Q. You continued working through that school
22    year. Did you work the summer of '02?
23 A. No.
24 Q. You started work again in September of

Page 71

1  '02?
2  A. August, end of August we start.
3  Q. Were you using a cane or assisting device
4     throughout this whole period of time?
5  A. Off and on, yes.
6  Q. When you went to school in the classroom,
7     did you have an assisting device with you?
8  A. Yes.
9  Q. A cane?
10 A. Yes.
11 Q. And did you use it with any great
12    frequency, or was it just there as a
13    safety valve?
14 A. No, I used it whether I had to leave the
15    room. It's a big school. It was a long
16    hall to the front office.
17 Q. So you didn't need it to walk around in
18    front of the classroom?
19 A. No. I had a chair that I kept up front.
20 Q. A wheelchair?
21 A. No, a regular rolling chair, office chair
22    type.
23 Q. And if you went out in the hallway and you
24    were going out to your car, you used your

Page 72

1  cane?
2  A. Yes.
3  Q. You continued to use the cane?
4  A. Yes.
5  Q. Is this lovely flowered cane the same one
6     that you had then?
7  A. No.
8  Q. You upgraded?
9  A. Yes.
10    MR. MCCARTHY: That's all I have.
11 Thank you.
12    MR. STEELE: All set.
13    (Whereupon, the deposition was
14    concluded at 12:30 p.m.).

Page 73

COMMONWEALTH OF MASSACHUSETTS
Worcester, ss.

I, LINDA HORNE, Registered Professional Reporter and Notary Public within and for the Commonwealth of Massachusetts, do hereby certify:
That MICHELE LEADER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true and accurate record, to the best of my knowledge, skills and ability, of the testimony given by such witness.
I further certify that I am not related to any of the parties in this matter by blood or marriage and that I am in no way interested in the outcome of this matter.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this day of        , 2004.

LINDA HORNE, RPR
Notary Public
114593

My Commission expires:
November 10, 2006

Page 74

```
 1        DEPONENT'S ERRATA SHEET
 2        AND SIGNATURE INSTRUCTIONS
 3
 4        The original of the Errata Sheet has
 5   been delivered to John J. McCarthy, Esq.
 6        When the Errata Sheet has been
 7   completed by the deponent and signed, a
 8   copy thereof should be delivered to each
 9   party of record and ORIGINAL delivered to
10   Chauncey D. Steele, Esq., to whom the
11   original deposition transcript was
12   delivered.
13
14        INSTRUCTIONS TO DEPONENT
15        After reading this volume of your
     deposition, indicate any corrections or
16   changes to your testimony and the reasons
     therefor on the errata sheet supplied to
17   you and sign it.  DO NOT make marks or
     notations on the transcript volume itself.
18
19
20
21   REPLACE THIS PAGE OF THE TRANSCRIPT WITH
22   THE COMPLETED AND SIGNED ERRATA SHEET WHEN
23   RECEIVED.
24
```

Page 75

ATTACH TO DEPOSITION OF: MICHELE LEADER
CASE: LEADER VS. WAL-MART

ERRATA SHEET

INSTRUCTIONS: After reading the transcript of your deposition, note any change or correction to your testimony and the reason therefor on this sheet. DO NOT make any marks or notations on the transcript volume itself. Sign and date this errata sheet (before a Notary Public, if required). Refer to Page 74 of the transcript for Errata Sheet distribution instructions.

PAGE LINE
　CHANGE:
　REASON: _____
　CHANGE:
　REASON: _____
　CHANGE:
　REASON:
　CHANGE:
　REASON:
　CHANGE:
　REASON: _____
　CHANGE:
　REASON:
　CHANGE:
　REASON:
　CHANGE:
　REASON:
　CHANGE:
　REASON: _____
　CHANGE:
　REASON:

I have read the foregoing transcript of my deposition and except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

　　MICHELE LEADER
G & M/HOEY COURT REPORTERS, LTD.
　　(617) 338-0030



3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

)
MICHELE LEADER, LANCE )
LEADER, KURTIS LEADER, )
PPA LANCE LEADER, )
) Civil Action No. 04-30055-KPN
Plaintiffs )
)
v. )
)
WAL-MART STORES, INC. )
and WAL-MART STORES EAST, )
LP, )
)
Defendant. )
)

### AFFIDAVIT OF SCOTT SWANE

I, Scott Swane, state under the penalties of perjury:

1. I am the current Store Manager of the Westfield Wal-Mart Store located at 141 Springfield Road, Westfield, Massachusetts.

2. I understand that Michelle Leader's alleged accident occurred at the Westfield Wal-Mart Store on February 1, 2002 at which time I was working under Don Byram as an Assistant Manager.

3. At that time, there was a video camera set up facing the front entrance to the store that recorded customers as they walked through the front door.

4. I understand that Michelle Leader alleges that she fell several steps inside the store, which is an area that would not have been in view of the video camera.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 21 DAY OF OCTOBER, 2005.

Scott Swane

DON BYRAM
July 15, 2004

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3                     WESTERN DIVISION
 4
 5   * * * * * * * * * * * * * * *
 6   MICHELE LEADER, LANCE LEADER, *
 7   KURTIS LEADER ppa LANCE LEADER*
 8                 Plaintiffs     *
 9   vs.                          *  No. 04-30055-MAP
10                                *
11   WAL-MART STORES, INC.,       *
12                 Defendant      *
13   * * * * * * * * * * * * * * *
14
15
16           DEPOSITION OF:  DON BYRAM
17   DOHERTY, WALLACE, PILLSBURY and MURPHY, P.C.
18           1414 Main Street, Monarch Place
19              Springfield, Massachusetts
20                   July 15, 2004
21
22
23              Tacy A. Malandrinos
24                 Court Reporter
```

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

DON BYRAM
July 15, 2004

Page 2

1  APPEARANCES:
2  Representing the Plaintiffs:
3  DOHERTY, WALLACE, PILLSBURY & MURPHY, P.C.
4  1414 Main Street
5  Monarch Place, 19th Floor
6  Springfield, MA 01144
7  BY: JOHN J. McCARTHY, ESQ.
8      THOMAS E. DAY, ESQ.
9  (413) 733-3111
10 fax (413) 734-3910
11
12 Representing the Defendant:
13 CRAIG and MACAULEY
14 Federal Reserve Plaza
15 600 Atlantic Avenue
16 Boston, MA 02210
17 BY: CHAUNCEY D. STEELE IV, ESQ.
18 (617) 367-9500
19 fax (617) 742-1788
20
21
22
23
24

Page 3

1           INDEX
2  WITNESS:        DON BYRAM
3  EXAMINATION BY      PAGE
4  Mr. McCarthy        4
5
6
7  EXHIBITS          PAGE
8  Exhibit 2, Time Archive Report............ 16
9  Exhibit 3, Risk Control.................... 21
10 Exhibit 4, Inclement Weather Plan Checklist 27
11 Exhibit 5, Safety Sweep Program............ 27
12 Exhibit 6, Safety Sweep Guidelines..........
13 27
14 Exhibit 7, Customer Safety Lesson.......... 27
15 Exhibit 8, Store Housekeeping - Floor Care 27
16 Exhibit 9, General Liability Trip Fall Claims 36
17
18
19
20
21
22
23
24

Page 4

1     DON BYRAM, Deponent, having first been
2  duly sworn, deposes and states as follows:
3
4
5     EXAMINATION BY MR. McCARTHY:
6
7     Q.   For the record, sir, would you
8  give us your full name and residential address.
9     A.   Don Alan Byram. 82 Devon Terrace,
10 Westfield.
11    Q.   That's B-Y-R-A-M?
12    A.   Yes.
13    Q.   You were here when Linda Gacona's
14 deposition was taken. I won't repeat all of
15 those instructions unless you have a question
16 about them, but the same rules about conducting
17 a deposition apply.
18    A.   Yes.
19    Q.   Now you are currently employed by
20 Wal-Mart?
21    A.   Yes.
22    Q.   What is your position?
23    A.   Store manager twenty-one
24 seventy-four.

Page 5

1     Q.   What does twenty-one seventy-four
2  mean?
3     A.   Store number for Westfield, Mass.
4     Q.   Does that mean there are at least
5  two thousand one hundred and seventy-four
6  Wal-Marts?
7     A.   That's right.
8     Q.   How long have you had that job?
9     A.   Approximately four years.
10    Q.   And prior to the year 2000 did you
11 work for Wal-Mart?
12    A.   Yes, I did.
13    Q.   What was your capacity with
14 Wal-Mart?
15    A.   My capacity at Wal-Mart was
16 department manager, assistant manager,
17 co-manager and manager before 2000.
18    Q.   All at the Westfield store?
19    A.   No.
20    Q.   What other stores did you work at
21 for Wal-Mart?
22    A.   I started my career in Conway,
23 Arkansas.
24    Q.   What year was that?

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

DON BYRAM
July 15, 2004

Page 10

1  Q. He is leaving?
2  A. Yes.
3  Q. He or she?
4  A. He.
5  Q. As you know this is a deposition
6  being taken in a lawsuit brought by my client
7  Mrs. Leader and her husband and son against
8  Wal-Mart involving an incident on February 1,
9  2002. Do you have any memory of that?
10 A. No.
11 Q. Do you have any memory of Mrs.
12 Leader at all?
13 A. No.
14 Q. I am going to show you what has
15 been marked as Exhibit 1 in Miss Gacona's
16 deposition. And for the record, would you
17 identify what that is?
18 A. It's a claim management claim
19 number L2711156.
20 Q. Is that a document that you
21 prepared?
22 A. Yes.
23 Q. And when did you prepare it?
24 A. On the date that it says I prepared

Page 11

1  it wherever that is.
2  Q. It's your form.
3  A. It would be 2/1 2002.
4  Q. Is that a computer program that
5  you --
6  A. Yes, it is.
7  Q. -- that you fill in information?
8  A. Yes.
9  Q. And that particular form that you
10 are looking at reflects an injury to Michele
11 Leader, does it not?
12 A. Yes, it does.
13 Q. And it indicates that you were the
14 manager on that day?
15 A. Yes, it does.
16 Q. It indicates that someone named
17 Linda Gacona also has information about the
18 case?
19 A. Yes, it does.
20 Q. Where did you get that information?
21 A. Linda was working the service desk
22 at the time.
23 Q. Right.
24 A. And as a general policy what

Page 12

1  happens is that the person who alerts management
2  that there has been a fall or anything that the
3  management needs to know about, their name ends
4  up on the report.
5  Q. So if somebody comes running up to
6  the service desk and says somebody fell and hurt
7  themselves, that is the person who makes the
8  phone call to you or calls you by the page, is
9  that right?
10 A. Yes.
11 Q. Do you have any memory of
12 responding to that telephone call?
13 A. No, I don't.
14 Q. You have no memory of speaking with
15 Michele Leader whatsoever?
16 A. No.
17 Q. Do you have any memory of the
18 configuration of the entrance way on that day?
19 A. No.
20 Q. Were there mats in the entrance
21 way?
22 A. I don't recall. Personal
23 knowledge, I don't recall. The report says
24 there was a bad weather rug by the service desk.

Page 13

1  Q. Who would have placed a bad weather
2  rug?
3  A. The third shift maintenance.
4  Q. Is there some specific protocols
5  that are involved that the maintenance people
6  have to follow when they put such a rug down?
7  A. No.
8  Q. No protocol whatsoever?
9  A. It needs to be on the floor.
10 Q. It doesn't need to have any kind of
11 warning signs?
12 A. No.
13 Q. Doesn't need to be taped down?
14 A. No.
15 Q. And if Wal-Mart policy says that it
16 should be taped down with red tape, you still
17 say it doesn't have to be taped down?
18 A. If Wal-Mart policy says that it has
19 to be taped down with red tape then that would
20 be how it needs to be done.
21 Q. Have you seen it done that way in
22 your store?
23 A. No.
24 Q. Do you know what a handy cone is?

4 (Pages 10 to 13)

DON BYRAM
July 15, 2004

Page 6

1  A.   1983.
2  Q.   They didn't have two thousand one
3  hundred and seventy-four stores then did they?
4  A.   Not at that time.
5  Q.   What other stores did you work in?
6  A.   I also worked at St. Ann, Missouri,
7  St. Charles, Missouri, Fenton, Missouri, Albany,
8  New York, Rogers, Arkansas and Torrington,
9  Connecticut.
10 Q.   Do you have some specialty as
11 either a start up manager or manager to take
12 over a store that's in trouble, anything of that
13 nature?
14 A.   Nope.
15 Q.   How is it that you got to
16 Westfield?
17 A.   I applied for it.
18 Q.   Tell me a little bit about your
19 educational background. Did you graduate from
20 high school?
21 A.   Graduated from high school.
22 Q.   Where and when?
23 A.   North Little Rock, Arkansas, North
24 East High School.

Page 7

1  Q.   What year?
2  A.   '77.
3  Q.   Did you attend college?
4  A.   I attended college. Hendrix
5  College in Conway, Arkansas and the University
6  of Central Arkansas in Conway.
7  Q.   How many years all together did you
8  go to college?
9  A.   Three years.
10 Q.   What was your major course of
11 study?
12 A.   English.
13 Q.   Did you get a degree?
14 A.   No.
15 Q.   Was Wal-Mart the job that you went
16 to when you stopped going to college?
17 A.   No, sir.
18 Q.   Where did you go to work first?
19 A.   I went to work in St. Louis with a
20 Volkswagen dealership.
21 Q.   Sales?
22 A.   Sales.
23 Q.   And how long did you work at the
24 Volkswagen dealership?

Page 8

1  A.   A year.
2  Q.   Did you then go to Wal-Mart?
3  A.   No.
4  Q.   What did you do next?
5  A.   Went to Tinderbox, a specialty
6  store in the mall, pipes and tobacco in the
7  mall.
8  Q.   How long were you there?
9  A.   Three years.
10 Q.   Retail sales?
11 A.   Retail sales.
12 Q.   What did you do after you left
13 there?
14 A.   Moved to Conway, Arkansas. That's
15 where I started with Wal-Mart.
16 Q.   Were you a manager then or a sales
17 associate?
18 A.   I was a department manager.
19 Q.   Now you said earlier that you had
20 capacity as an assistant manager, a co-manager.
21 Tell me what the difference is between assistant
22 manager and co-manager.
23 A.   An assistant manager is responsible
24 for several areas of the store, either

Page 9

1  operational or merchandising areas of the store.
2  The co-manager is responsible for the entire
3  store, both merchandising and operation.
4  Q.   How many co-managers -- strike
5  that.
6       Do you have a co-manager at the
7  Westfield store?
8  A.   As of today I had one this morning.
9  By the time I get back I will not. He just got
10 promoted. He is waiting for me to get back then
11 I won't have one.
12 Q.   Is that set up so you can always
13 have a manager on at the store while it's open?
14 A.   Partially, yes.
15 Q.   And you guys as co-managers are on
16 equal status so to speak in the company?
17 A.   Yes.
18 Q.   Is there a manager above a
19 co-manager in the store?
20 A.   There is the store manager.
21 Q.   Is that what you are now?
22 A.   That's what I am now.
23 Q.   How many co-managers do you have?
24 A.   One.

3 (Pages 6 to 9)

Page 14

1  A. Yes.
2  Q. What is it?
3  A. It's a devise, usually orange, that
4  warns people there is a wet floor or spill or
5  some safety hazard that you need to be aware of.
6  Q. Do you know if there was a handy
7  cone in the entrance way that day around the
8  mat?
9  A. No, I do not.
10 Q. Do you know whether there should
11 have been?
12 A. Yes, I know if that if there was --
13 yes.
14 Q. And should there have been
15 handy cones around the mat?
16 A. Policy is if you got wet weather
17 then there should be a safety cone out.
18 Q. If they weren't there it would have
19 been a violation of your store policy?
20 A. Yes.
21    MR. McCARTHY: Off the record for a
22 second.
23
24    (Off record conference)

Page 15

1    MR. McCARTHY: Back on the record.
2  Q. (By Mr. McCarthy) Mr. Byram, off
3  the record we reviewed, and I am going to ask
4  you again on the record, a printout. The bottom
5  of the first page, and we will have this marked
6  as Exhibit 2, says Juanita D. Slaughter.
7    Do you know Juanita Slaughter?
8  A. Yes, I do.
9  Q. What is her job responsibility?
10 A. She is a people greeter.
11 Q. What essentially is the people
12 greeter job?
13 A. She greets people as they come into
14 the front door, points them in the direction
15 they need to go.
16 Q. So she is somebody that would be
17 standing by the entrance way to assist customers
18 beyond what the service desk assists?
19 A. Yes.
20 Q. What is this printout? You are
21 looking at page 97 and 98 of a large printout.
22 A. Time clock archive report.
23 Q. For what period of time is it?
24 A. From 1/26/02 through 2/7/02.

Page 16

1  Q. By looking at this report can you
2  tell me whether or not Miss Slaughter was
3  working on February 1, 2002?
4  A. If I can tell you if she was
5  working? Yes, she was.
6  Q. Can you tell us what hours of the
7  day she was working from that?
8  A. She worked from 6:58 in the morning
9  until 4:00 that afternoon with a lunch between
10 12:10 and 1:13.
11 Q. I am going to give you a green
12 marker. Would you circle that area. That's on
13 page 98, correct?
14 A. 97 and 98.
15    (Witness so doing).
16 Q. What you circled are the hours she
17 worked on February 1, 2002 at least according to
18 these records?
19 A. Yes.
20    MR. McCARTHY: Please mark this as
21 Exhibit 2.
22
23    (Exhibit 2, Time Archive
24    Report, marked)

Page 17

1  Q. (By Mr. McCarthy) Now you already
2  told us you have no memory of speaking to Mrs.
3  Leader?
4  A. That's right.
5  Q. Do you know whether or not as a
6  matter of practice you would have said anything
7  to her about paying medical bills?
8  A. Yes. I do know as matter of
9  practice whether I would say something.
10 Q. What is the answer?
11 A. The answer would be no.
12 Q. Now do you know whether or not
13 those safety mats or those bad weather mats,
14 inclement weather mats remained in place for the
15 remainder of that day?
16 A. No.
17 Q. Is there somebody that would know
18 that information?
19 A. I don't know.
20 Q. Would there be any record kept of
21 the mats being put down and then picked up?
22 A. No.
23 Q. The maintenance department doesn't
24 keep that kind of detail?

5 (Pages 14 to 17)