UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER,

Plaintiffs

v.

WAL-MART STORES, INC. and WAL-MART STORES EAST, LP,

Defendant.

Civil Action No. 04-30055-KPN

DEFENDANT'S MOTION IN LIMINE REGARDING SURPRISE WITNESSES

Defendant Wal-Mart Stores East, LP ("Wal-Mart") hereby moves this Court *in limine* for an Order prohibiting Plaintiffs from calling certain witnesses at trial whose identity has been disclosed for the first time on Plaintiffs' witness list. As grounds therefore, Wal-Mart states as follows:

I. BACKGROUND

This is a negligence action in which Plaintiff Michelle Leader claims to have suffered injuries as the result of a trip and fall on February 1, 2002 at the Wal-Mart Store located in Westfield, Massachusetts. It is undisputed that Ms. Leader is the only percipient witness to her alleged accident.

On May 12, 2004, Plaintiffs filed their Initial Disclosures pursuant to F.R.C.P. 26, which listed the Westfield School Department and Blue Cross/Blue Shield of Massachusetts as the only non-medical witnesses likely to have discoverable information about the case. See Pla's Initial Disclosures (attached hereto as Exhibit 1). On July 8, 2004, Plaintiff Michelle Leader served her Answers to Wal-Mart's Interrogatories, which listed "a woman working at the service desk," "the manager," and "an older man" as the only known witnesses to any of the facts alleged in the Complaint. See Pla's Answers to Wal-Mart's Interrogatories (attached hereto as Exhibit 2). Neither the interrogatories nor the aforementioned initial disclosures have been supplemented by the Plaintiffs as required by F.R.C.P. 26(e).

On October 20, 2005, less than a month before the trial in this matter, Plaintiffs served Wal-Mart with a witness list that included the names of several non-medical witnesses whose names have never been seen before (in written discovery) or heard before (in depositions) including Dianne Walton, Ellen Henriques, Eleanor Cook, Dennis Fahey, Norma Forney, Gregory Forney, Patricia Leader, and Denette Shea. See Pla's Proposed Witness List (attached hereto as Exhibit 3).

Plaintiffs should not be permitted to call witnesses at trial whose identity was disclosed for the first time on Plaintiffs' witness list. The purpose of discovery is to allow the parties to obtain facts and information about a case in order to properly prepare for trial. In short, having waited until a few weeks before trial to disclose the identity of the aforementioned "witnesses," it would be unfair to Wal-Mart if the Plaintiffs were allowed to call them at trial.

WHEREFORE, Defendant Wal-Mart respectfully requests that the Court issue an Order *in limine* prohibiting Plaintiffs from calling certain witnesses at trial whose identity has been disclosed for the first time on Plaintiffs' witness list.

Dated: October 21, 2005

Respectfully submitted,

WAL-MART STORES EAST, LP

By its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

Richard E. Quinby BBO#545641
Chauncey D. Steele IV BBO#647207
Craig and Macauley
Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, John J. McCarthy on October 21, 2005 and that I attempted in good faith to resolve this issue.

Chauncey D. Steele IV

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 21, 2005.

Chauncey D. Steele IV

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER,
Plaintiffs,

vs.

WAL-MART STORES, INC.,
Defendant.

CIVIL ACTION NO. 04-30055-MAP

**INITIAL DISCLOSURES OF THE PLAINTIFFS PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE**

The Plaintiffs, MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER ("Plaintiffs"), hereby submit the following sworn statement disclosing the information required pursuant to F.R.C.P. 26(a)(1) and Local Rules 26.1 and 26.2.

**F.R.C.P. Rule 26 (a)(1)(A):** The name and, if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

1. Westfield School Department, Westfield, Massachusetts
22 Ashley Street
Westfield, MA 01085
(413) 572-6550
Employment/Salary Information

2. Blue Cross/Blue Shield of Massachusetts
P.O. Box 9131
North Quincy, MA 02171-9131
Health Insurance Provider

**MEDICAL PROVIDERS**

3. Dr. Armand A. Aliota
48 East Silver Street
Westfield, MA 01085
(413)562-7586

4.  Alliance Imaging, Inc
    46 Jonspin Road
    Wilmington, MA 01887
    (978) 658-5357

5.  American Medical Response
    595 Cottage Street
    Springfield, MA 01104
    (508) 650-5600

6.  American Sleep Diagnostics
    Chicopee Industrial Park
    154 Grove Street, Ste. 24
    Chicopee, MA 01020
    (413) 594-3700

7.  Arthritis Treatment Center
    3377 Main Street
    Springfield, MA 01107-1135
    (413) 734-5661

8.  Dr. Bashir Bashiruddin
    Family Medicine Associates
    75 Springfield Road
    Westfield, MA 01085
    (413) 562-5173

9.  Baystate Medical Associates, Gastroenterology Division
    3300 Main Street
    Springfield, MA 01199
    (413) 794-7030

10. Baystate Medical Center
    759 Chestnut Street
    Springfield, MA 01199
    (413) 794-0000

11. Baystate MRI and Imaging Center
    330 Main Street
    Springfield, MA 01101
    (413) 730-9200

12. Baystate Pathology Associates
    759 Chestnut Street
    Springfield, MA 01199

(413) 794-4500
(See Jeanne McCarthy records)

13. Dr. Paul Bothner
    Family Medicine Associates
    75 Springfield Road
    Westfield, MA 01085
    (413) 562-5173

14. Gregg Condon, PT
    Physical Therapy Partners
    65 Springfield Road
    Westfield, MA 01085
    (413) 568-1388

15. Dr. John Corsetti
    New England Orthopedic Surgeons, Inc.
    300 Birnie Avenue
    Springfield, MA 01107
    (413) 785-4666

16. Dr. David J. Desilets
    Baystate Medical Associates, Gastroenterology Division
    3300 Main Street
    Springfield, MA 01199
    (413) 794-7030

17. Dr. Henry Drinker
    Hampshire Orthopedics and Sports Medicine, Inc.
    65 Springfield Road
    Westfield, MA 01085
    (413) 572-4300

18. Dr. Bruce Dziura
    Life Laboratories
    299 Carew Street
    Springfield, MA 01104
    (413) 748-9500

19. Family Medicine Associates
    75 Springfield Road
    Westfield, MA 01085
    (413) 562-5173

20. Dr. Robert Gray
    Arthritis Treatment Center

3377 Main Street
Springfield, MA 01107-1135
(413) 734-5661

21. Dr. Don Goldenbereg
Newton-Wellesley Hospital
2000 Washington Street
Suite 304
Newton, MA 02462

22. Hampden County Physician Associates, LLC
77 Boylston Street
Springfield, MA 01103
(413) 734-8254

23. Hampshire Orthopedics and Sports Medicine, Inc.
65 Springfield Road
Westfield, MA 01085
(413) 572-4300

24. Jack Jury, PT
Physical Therapy Partners
65 Springfield Road
Westfield, MA 01085
(413) 568-1388

25. Dr. James Katz
Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2100

26. Dr. Jeffrey L. Kaufman
The Vascular Laboratory of Western New England
3500 Main Street, 2nd Floor
Springfield, MA 01107-0126
(413) 781-5059
(see Wolpert records)

27. Dr. Christopher Keroack
Mercy Medical Center
Comprehensive Weight Management Program
300 Stafford Street
Suite 254
Springfield, MA 01104

28. Dr. Jonathan R. Kurtis
    Hampshire Orthopedics and Sports Medicine, Inc.
    65 Springfield Road
    Westfield, MA 01085
    (413) 572-4300

29. Maria Lankowski, MS RNCS, NPC
    Family Medicine Associates
    75 Springfield Road
    Westfield, MA 01085
    (413) 562-5173

30. Dr. Steve Lee
    Baystate MRI and Imaging Center
    330 Main Street
    Springfield, MA 01101
    (413) 730-9200

31. Life Laboratories
    299 Carew Street
    Springfield, MA 01104
    (413) 748-9500

32. The Maple Surgery Center
    298 Carew Street
    Springfield, MA 01104
    (413) 739-9668

33. Jeanne McCarthy, P.A.C.
    Baystate Medical Associates, Gastroenterology Division
    3300 Main Street
    Springfield, MA 01199
    (413) 794-7030

34. Mercy Medical Center
    Comprehensive Weight Management Program
    300 Stafford Street
    Suite 254
    Springfield, MA 01104

35. Dr. James Mueller
    Baystate Pathology Associates
    759 Chestnut Street
    Springfield, MA 01199
    (413) 794-4500
    (See Jeanne McCarthy records)

36. The MRI Center
    3500 Main Street, Suite #203
    Springfield, MA 01107
    (413) 781-9000

37. Dr. Gerald Nash
    Life Laboratories
    299 Carew Street
    Springfield, MA 01104
    (413) 748-9513

38. New England Orthopedic Surgeons, Inc.
    300 Birnie Avenue
    Springfield, MA 01107
    (413) 785-4666

39. Noble Hospital
    115 West Silver Street
    Westfield, MA 01085
    (413) 568-2100

40. Noble Hospital Sports and Rehabilitation
    76 Main Street
    Westfield, MA 01085
    (413) 562-3522

41. Physical Therapy Partners
    65 Springfield Road
    Westfield, MA 01085
    (413) 568-1388

42. Dr. David Peterson
    Noble Hospital
    115 West Silver Street
    Westfield, MA 01085
    (413) 568-2100

43. Dr. David J. Pierangelo
    Hampden County Physician Associates, LLC
    77 Boylston Street
    Springfield, MA 01103
    (413) 734-8254

44. Dr. Jason Port
    The MRI Center

3500 Main Street, Suite #203
Springfield, MA 01107
(413) 781-9000

45. Quest Diagnostics, Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20153
(See Life Laboratories)

46. Dr. George E. Reynolds
Family Medicine Associates
75 Springfield Road
Westfield, MA 01085
(413) 562-5173

47. Dr. Stuart R. Rose
Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2100

48. Dr. Nathan Sherman
Quest Diagnostics, Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20153
(see Life Laboratories)

49. Dr. John F. Wilinsky
Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2811

50. Dr. Lorraine M. Wolpert
Vascular Services of Western New England, P.C.
3500 Main Street
Springfield, MA 01107-1117

**F.R.C.P. Rule 26 (a)(1)(B):** a copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody, or control of the aprty and that the disclosing party may use to support its claims or defenses, unless used solely for impeachment;

See M.G.L. 79G letters sent under separate cover with attached copies of all medical records and bill received to date.

**FRCP Rule 26(a)(1)(C):** a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

| Category of Damages | Amount |
|---|---|
| Hospital Charges | $ 26,041.59 |
| Doctor Charges | $ 14,976.40 |
| Chiropractic/Physical Therapy | $ 3,655.00 |
| Other (Lab fees, diagnostics tech. components, ambulance, medical devices, prescription medication) | $ 16,284.63 |
| Lost wages/benefits | $ 45,900.00 (approx.) |
| Total | $106,857.62 |

Documents upon which calculation is based: Blue Cross/Blue Shield Claims Summary attached hereto as Exhibit 1.

**FRCP Rule 26 a(1)(D):** for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

None.

THE PLAINTIFFS,
MICHELE LEADER, LANCE LEADER,
KURTIS LEADER, PPA LANCE LEADER
by their attorneys,

Date: May 12, 2004

[signature]

John J. McCarthy, Esquire
BBO# 328280
Thomas E. Day, Esquire
BBO# 655409
Doherty, Wallace, Pillsbury, and
Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144
Telephone: 413-733-3111
Facsimile: 413-734-3910

A

# CLAIMS SUMMARY

Subscriber: MICHELE A LEADER
172 HOLYOKE RD
WESTFIELD, MA 01085

ID#: 017642429

| Claim Number | Provider Name | Patient Name | Dates of Service | Type of Service | Total Charge | Deductible | Coinsurance | Co-Pay | Benefits | Paid Date | Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23033182918200 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 11/11/03 - 11/11/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 50.00 | 12/12/03 | |
| 23033174598300 | CHELSEA MRI PC DBA THE | MICHELE A. | 11/03/03 - 11/03/03 | Prof Component | [illegible] | 0.00 | 0.00 | 0.00 | 504.84 | 12/12/03 | |
| 23033162294900 | HAMPDEN COUNTY PHYSICIAN | MICHELE A. | 11/03/03 - 11/03/03 | Medical Care | [illegible] | 0.00 | 0.00 | 10.00 | 50.44 | 12/12/03 | |
| 23033092308300 | MERCY INPATIENT MEDICAL ASS | MICHELE A. | 10/30/03 - 10/30/03 | Consultation | 391.00 | 0.00 | 0.00 | 10.00 | 239.14 | 12/05/03 | |
| 26033070815900 | WEBB FAMILY CHIROPRACTIC LL | MICHELE A. | 10/16/03 - 10/20/03 | Physical Therapy | [illegible] | 0.00 | 0.00 | 10.00 | [illegible] | 12/05/03 | |
| 26033070815800 | WEBB FAMILY CHIROPRACTIC LL | MICHELE A. | 10/08/03 - 10/10/03 | Physical Therapy | [illegible] | 0.00 | 0.00 | 40.00 | 139.00 | 12/05/03 | |
| 23033073566000 | SYSTEM COORDINATED SERVICES | MICHELE A. | 10/28/03 - 10/28/03 | Purchased Lab | [illegible] | 0.00 | 0.00 | 0.00 | 44.37 | 11/20/03 | |
| 23033073564400 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 10/30/03 - 10/30/03 | Medical Care | [illegible] | 0.00 | 0.00 | 10.00 | 50.00 | 11/20/03 | |
| 26033000796000 | WEBB FAMILY CHIROPRACTIC LL | MICHELE A. | 09/30/03 - 10/03/03 | Physical Therapy | 200.00 | 0.00 | 0.00 | 20.00 | 160.54 | 11/20/03 | |
| 26033000795900 | WEBB FAMILY CHIROPRACTIC LL | MICHELE A. | 09/19/03 - 09/26/03 | Physical Therapy | [illegible] | 0.00 | 0.00 | 40.00 | 170.36 | 11/20/03 | |
| 26033000795800 | WEBB FAMILY CHIROPRACTIC LL | KURTIS M. | 10/06/03 - 10/15/03 | Physical Therapy | 319.00 | 0.00 | 0.00 | 30.00 | 188.36 | 11/20/03 | |
| 23032972706200 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 10/21/03 - 10/21/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 50.00 | 11/21/03 | |
| 23032953489900 | SYSTEM COORDINATED SERVICES | MICHELE A. | 10/07/03 - 10/07/03 | Purchased Lab | 71.50 | 0.00 | 0.00 | 0.00 | 38.42 | 11/21/03 | |
| 26012090850600 | ALIOTTA ARMAND | MICHELE . | 06/19/03 - 06/19/03 | Medical Care | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10/27/03 | 0.00 |
| 23032882197100 | SYSTEM COORDINATED SERVICES | MICHELE A. | 10/07/03 - 10/07/03 | Purchased Lab | 190.76 | 0.00 | 0.00 | 0.00 | 83.56 | 11/14/03 | |
| 23032872316900 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 10/07/03 - 10/07/03 | Medical Care | 128.00 | 0.00 | 0.00 | 10.00 | 101.87 | 11/14/03 | |
| 26032790723900 | RUGGIERO THERESA | KURTIS M. | 09/27/03 - 09/27/03 | Medical Care | 100.00 | 0.00 | 0.00 | 10.00 | 83.16 | 11/07/03 | |
| 23032793128700 | ALIOTTA ARMAND | MICHELE A. | 10/02/03 - 10/02/03 | Medical Care | [illegible] | 0.00 | [illegible] | 10.00 | 70.00 | 10/31/03 | |
| 23032692906800 | HAMPDEN COUNTY PHYSICIAN | MICHELE A. | 08/29/03 - 08/29/03 | Surgery | 96.00 | 0.00 | [illegible] | 0.00 | 40.13 | 10/24/03 | |
| 23032[illegible]000900 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | 08/18/03 - 08/18/03 | Medical Care | 102.00 | 0.00 | [illegible] | 10.00 | 123.80 | 10/24/03 | |
| 23032673000200 | FAMILY MEDICINE ASSOCIATES | KURTIS M. | 09/16/03 - 09/16/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 50.00 | 10/31/03 | |
| 23032532870800 | HAMPDEN COUNTY PHYSICIAN | MICHELE A. | 08/29/03 - 08/29/03 | Consultation | 210.00 | 0.00 | [illegible] | 10.00 | 123.44 | 10/10/03 | |
| 24032521238000 | THE TRUSTEES OF NOBLE HOSPI | KURTIS M. | 08/27/03 - 08/27/03 | Ancillaries | 194.80 | 0.00 | 0.00 | 0.00 | 49.04 | 10/17/03 | |
| 23032483471200 | FAMILY MEDICINE ASSOCIATES | LANCE J. | 08/26/03 - 08/26/03 | Medical Care | 103.00 | 0.00 | 0.00 | 10.00 | 80.00 | 10/03/03 | |
| 23032472179700 | SYSTEM COORDINATED SERVICES | MICHELE A. | 08/29/03 - 08/29/03 | Purchased Lab | 93.92 | 0.00 | 0.00 | 0.00 | 40.40 | 10/03/03 | |



| Claim | Provider | Patient | Service Dates / Type | Charge | | | | | Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23032451958100 | HOLYOKE RADIOLOGISTS INC | MICHELE A. | [illegible] Prof Component | [illegible] | 0.00 | 0.00 | 0.00 | 0.00 | 09/05/03 | 0.00 |
| 23032413192800 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 08/26/03 - 08/26/03 Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 48.76 | 09/26/03 | |
| 24032331569902 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 07/14/03 - 07/17/03 Ancillaries | 208.20 | 0.00 | 0.00 | 20.00 | 81.70 | 09/26/03 | |
| 24032331569800 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 08/04/03 - 08/04/03 Ancillaries | 320.00 | 0.00 | 0.00 | 0.00 | 92.13 | 09/26/03 | |
| Total: | | | | $5629.18 | $0.00 | $0.00 | $290.00 | $2779.41 | | |
| 26032300595900 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/19/03 - 05/19/03 Physical Therapy | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 09/12/03 | 0.00 |
| 23032303019000 | HOLYOKE RADIOLOGISTS INC | MICHELE A. | 08/04/03 - 08/04/03 Prof Component | [illegible] | 0.00 | 0.00 | 0.00 | 37.04 | 09/12/03 | |
| 23032303018900 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | 07/23/03 - 07/23/03 Surgery | [illegible] | 0.00 | 0.00 | 0.00 | 745.50 | 09/12/03 | 0.00 |
| 23032272812900 | LAROCCA FILOMENA | [illegible] | [illegible] Physical Therapy | [illegible] | 0.00 | 0.00 | 20.00 | 30.62 | 09/19/03 | |
| 26032260635300 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | [illegible] Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 09/12/03 | 0.00 |
| 26032260635200 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 08/14/03 - 08/14/03 Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 09/05/03 | 0.00 |
| 23032262771500 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | 07/23/03 - 07/23/03 Prof Component | [illegible] | 0.00 | 0.00 | 0.00 | 137.61 | 09/12/03 | |
| 26032230804600 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 08/14/03 - 08/14/03 Physical Therapy | 130.00 | 45.00 | 0.00 | 0.00 | 0.00 | 09/05/03 | 0.00 |
| 24032181018500 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 07/23/03 - 07/23/03 Ancillaries | [illegible] | 0.00 | 0.00 | 0.00 | 1080.63 | 09/12/03 | |
| 23032182343000 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 08/04/03 - 08/04/03 Medical Care | 30.00 | 0.00 | 0.00 | 10.00 | 80.00 | 09/05/03 | |
| 26032110010500 | ALIOTTA ARMAND | MICHELE A. | 08/08/03 - 08/08/03 Consultation | 250.00 | 0.00 | 0.00 | 10.00 | 233.62 | 08/29/03 | |
| 24032050857900 | THE TRUSTEES OF NOBLE HOSPI | KURTIS M. | 07/11/03 - 07/11/03 Ancillaries | 62.60 | 0.00 | 0.00 | 0.00 | 14.03 | 08/29/03 | |
| 23032023811000 | FAMILY MEDICINE ASSOCIATES | KURTIS M. | 07/15/03 - 07/15/03 Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 48.76 | 08/15/03 | |
| [illegible]13000 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | [illegible] Physical Therapy | [illegible] | [illegible] | 0.00 | 0.00 | 0.00 | 08/15/03 | 0.00 |
| 23031982072100 | DON L GOLDENBERG MD PC | MICHELE A. | 07/16/03 - 07/16/03 Consultation | [illegible] | [illegible] | [illegible] | 10.00 | 233.62 | 08/15/03 | |
| 23031982071400 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | [illegible] Medical Care | [illegible] | [illegible] | [illegible] | 20.00 | 123.50 | 08/15/03 | |
| 24031970878600 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 06/18/03 - 06/18/03 Ancillaries | [illegible] | [illegible] | [illegible] | 10.00 | 48.76 | 08/22/03 | |
| [illegible] | FOOTIT SURGICAL SUPPLIES | MICHELE A. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1257.82 | 08/01/03 | 786.1[illegible] |
| 23031882302700 | RADIOLOGY AND IMAGING INC | MICHELE A. | 08/14/03 - 08/14/03 Prof Component | 20.00 | [illegible] | [illegible] | [illegible] | 0.00 | 07/11/03 | 0.0[illegible] |
| 23031773[illegible] | WESTFIELD RADIOLOGY ASSOCIA | MICHELE A. | [illegible] Prof Component | 450.00 | [illegible] | [illegible] | [illegible] | 166.02 | 07/28/03 | |
| 23031773096700 | FAMILY MEDICINE ASSOCIATES | KURTIS M. | 06/18/03 - 06/18/03 Medical Care | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/27/03 | 0.00 |
| 23031762677900 | NEW ENGLAND PATHOLOGY ASSOC | MICHELE A. | [illegible] Diagnostic Lab | [illegible] | [illegible] | [illegible] | [illegible] | 153.23 | 07/28/03 | |
| 23031762677[illegible] | NEW ENGLAND PATHOLOGY ASSOC | MICHELE A. | [illegible] Diagnostic Lab | [illegible] | 0.00 | [illegible] | [illegible] | 26.00 | 07/25/03 | |
| 23031752773100 | FAMILY MEDICINE ASSOCIATES | KURTIS M. | 06/18/03 - 06/18/03 Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 48.76 | 07/18/03 | |
| 23031713085600 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 06/17/03 - 06/17/03 Medical Care | 90.00 | 0.00 | 0.00 | 10.00 | 80.00 | 07/18/03 | |

An Independent Licensee of the Blue Cross and Blue Shield Association



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23031692798300 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 06/11/03 - 06/11/03 | Medical Care | 195.00 | 0.00 | 0.00 | 10.00 | 81.92 | 07/10/03 | |
| 23031602984700 | RADIOLOGY AND IMAGING INC | MICHELE A. | 06/02/03 - 06/02/03 | Prof Component | [illegible] | 0.00 | 0.00 | 0.00 | 91.36 | 07/10/03 | |
| 26031670731700 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 06/11/03 - 06/11/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 07/11/03 | 0.00 |
| 23031673092100 | WESTFIELD EMERGENCY PHYSICI | MICHELE A. | 05/29/03 - 05/29/03 | Emergency Med | 291.00 | 0.00 | 0.00 | 0.00 | 291.00 | 07/11/03 | |
| 23031632802100 | SYSTEM COORDINATED SERVICES | KURTIS M. | 06/04/03 - 06/04/03 | Purchased Lab | [illegible] | 0.00 | 0.00 | 0.00 | 66.87 | 07/11/03 | |
| 26031620746300 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 03/27/03 - 03/27/03 | Physical Therapy | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/27/03 | 0.00 |
| 26031620746200 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 03/21/03 - 03/21/03 | Physical Therapy | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/27/03 | 155.00 |
| 24031621084600 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 05/29/03 - 05/25/03 | Ancillaries | 4623.15 | 0.00 | 0.00 | 25.00 | 1280.31 | 07/10/03 | 0.00 |
| 23031622929400 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 06/06/03 - 06/06/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 48.76 | 07/11/03 | |
| 26031610816200 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/23/03 - 05/23/03 | Medical Care | 36.00 | 24.45 | 0.00 | 0.00 | 0.00 | 06/27/03 | 0.00 |
| 26031610816100 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/23/03 - 05/23/03 | Diagnostic Lab | 62.00 | 0.00 | 0.00 | 0.00 | 13.20 | 07/11/03 | |
| 26031610816000 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/08/03 - 04/08/03 | Medical Care | 105.00 | 0.00 | 0.00 | 10.00 | 81.92 | 07/11/03 | |
| [illegible] | OPEN AIR OF SPRINGFIELD LLC | MICHELE A. | 06/02/03 - 06/02/03 | Tech Component | 1400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/13/03 | 0.00 |
| 26031560645100 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/20/03 - 05/20/03 | Diagnostic Lab | 17.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/06/03 | 0.00 |
| 26031560645000 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/21/03 - 05/21/03 | Diagnostic Lab | 17.00 | 0.00 | 0.00 | 0.00 | 2.84 | 07/04/03 | |
| Total: | | | | | $15440.90 | $69.45 | $0.00 | $155.00 | $6519.78 | | |
| 26031550918600 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/19/03 - 05/19/03 | Physical Therapy | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/27/03 | 0.00 |
| 23031552515902 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/02/03 - 04/02/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 07/11/03 | 0.00 |
| 26031540766900 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/14/03 - 05/14/03 | Tech Component | 64.00 | 0.00 | 0.00 | 0.00 | 29.30 | 06/27/03 | |
| 23031544097100 | SYSTEM COORDINATED SERVICES | MICHELE A. | 05/30/03 - 05/30/03 | Purchased Lab | 27.00 | 0.00 | 0.00 | 0.00 | 10.63 | 07/04/03 | |
| 23031544095700 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 05/30/03 - 05/30/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 48.76 | 06/27/03 | |
| [illegible]544601200 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/22/03 - 05/22/03 | Diagnostic Lab | 17.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/13/03 | 0.00 |
| 260[illegible]530880600 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/14/03 - 05/14/03 | Diagnostic Lab | 87.00 | 0.00 | 0.00 | 0.00 | 11.65 | 06/27/03 | |
| 26031530880500 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/14/03 - 05/14/03 | Medical Care | 105.00 | 0.00 | 0.00 | 10.00 | 81.92 | 06/27/03 | |
| 26031500831800 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/12/03 - 05/12/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/20/03 | 0.00 |
| 26031500831700 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/14/03 - 05/14/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/20/03 | 0.00 |
| 26031460420600 | FOOTIT SURGICAL SUPPLIES | MICHELE A. | 05/14/03 - 05/14/03 | DME | 160.00 | 0.00 | 0.00 | 0.00 | 124.24 | 06/20/03 | |
| 23031432605100 | RADIOLOGY AND IMAGING INC | MICHELE A. | 05/14/03 - 05/14/03 | Prof Component | 57.00 | 0.00 | 0.00 | 0.00 | 22.99 | 06/20/03 | |
| 23031422776700 | QUEST DIAGNOSTICS INC | MICHELE A. | 05/14/03 - 05/14/03 | Purchased Lab | 153.10 | [illegible] | 0.00 | 0.00 | 39.40 | 06/20/03 | |
| 26031410525300 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/07/03 - 05/07/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 10.00 | 35.00 | 06/20/03 | |

| Claim No. | Provider | Patient | Service Dates | Service | Charge | | | | | Paid Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26031410525200 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 05/05/03 - 05/05/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 10.00 | 35.00 | 06/20/03 | |
| 26031390474100 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/30/03 - 04/30/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 05/30/03 | 0.00 |
| 23031353088800 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 05/12/03 - 05/12/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 48.76 | 06/13/03 | |
| 26031280560102 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/16/03 - 04/16/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 10.00 | 35.00 | 05/30/03 | |
| 26031280560002 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/11/03 - 04/11/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 10.00 | 35.00 | 05/30/03 | |
| 26031280559902 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/09/03 - 04/09/03 | Physical Therapy | 130.00 | 0.00 | 0.00 | 10.00 | 35.00 | 05/30/03 | |
| 26031270526202 | FAMILY MEDICINE ASSOCIATES | LANCE J. | 04/09/03 - 04/09/03 | Medical Care | 162.00 | 0.00 | 0.00 | 10.00 | 80.00 | 05/23/03 | |
| 23031283824300 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | 04/15/03 - 04/15/03 | Consultation | 308.00 | 0.00 | 0.00 | 10.00 | 233.62 | 05/30/03 | |
| 26031200601900 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/16/03 - 04/16/03 | Surgery | 226.00 | 0.00 | 0.00 | 10.00 | 68.88 | 05/30/03 | |
| 26031200601800 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/15/03 - 04/15/03 | Diagnostic Lab | 53.00 | 0.00 | 0.00 | 0.00 | 14.03 | 05/30/03 | |
| 26031200601700 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/16/03 - 04/16/03 | Diagnostic Lab | 53.50 | 0.00 | 0.00 | 0.00 | 14.33 | 05/30/03 | |
| 24031181282000 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 04/15/03 - 04/15/03 | Ancillaries | 319.96 | 0.00 | 0.00 | 0.00 | 113.53 | 06/06/03 | |
| 26031120883302 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 04/02/03 - 04/02/03 | Physical Therapy | [illegible] | 0.00 | 0.00 | 10.00 | 35.00 | 05/30/03 | |
| 24031121295600 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 04/07/03 - 04/07/03 | Ancillaries | 690.00 | 0.00 | 0.00 | 0.00 | 127.23 | 05/30/03 | |
| 23031073280000 | WOMENS HEALTH ASSOCITES OF | MICHELE A. | 04/10/03 - 04/10/03 | Medical Care | 167.00 | 0.00 | 0.00 | 10.00 | 101.15 | 05/16/03 | |
| 26031060806900 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 04/01/03 - 04/01/03 | Medical Care | 104.00 | 0.00 | 0.00 | 0.00 | 0.00 | 04/18/03 | 0.00 |
| Total: | | | | | $4244.56 | $0.00 | $0.00 | $130.00 | $1380.42 | | |
| 26031060806700 | STREBEL STEPHEN | MICHELE A. | 04/09/03 - 04/09/03 | Medical Care | 188.00 | 0.00 | 0.00 | 10.00 | 140.13 | 05/16/03 | |
| 26031060806602 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 03/27/03 - 03/27/03 | Physical Therapy | 68.00 | 0.00 | 0.00 | 10.00 | 35.00 | 05/30/03 | |
| 23031062260100 | WESTERN MASS MRI SERVICES I | MICHELE A. | 01/30/03 - 01/30/03 | Tech Component | 1680.00 | 0.00 | 0.00 | 0.00 | 393.76 | 05/16/03 | |
| 23031062259900 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 04/09/03 - 04/09/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 40.76 | 05/16/03 | |
| 23031042896300 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | 04/07/03 - 04/07/03 | Prof Component | 465.00 | 0.00 | 0.00 | 0.00 | 234.33 | 05/09/03 | |
| 23031002557900 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 04/07/03 - 04/07/03 | Medical Care | 90.00 | 0.00 | 0.00 | 10.00 | 80.00 | 05/09/03 | |
| 26030970648802 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 03/21/03 - 03/21/03 | Physical Therapy | 155.00 | 0.00 | 0.00 | 10.00 | 42.00 | 05/30/03 | |
| 26030970648602 | WESTERN MASS MRI SERVICES I | MICHELE A. | 01/30/03 - 01/30/03 | Tech Component | 1680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 06/06/03 | 0.00 |
| 23030973062900 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 04/01/03 - 04/01/03 | Medical Care | 104.00 | 0.00 | 0.00 | 10.00 | 40.76 | 05/02/03 | |
| 23030933013900 | QUEST DIAGNOSTICS INC | MICHELE A. | 03/18/03 - 03/18/03 | Purchased Lab | 191.78 | 0.00 | 0.00 | 0.00 | 96.77 | 05/02/03 | |
| 26030920893200 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 03/18/03 - 03/18/03 | Diagnostic Lab | 97.00 | 0.00 | 0.00 | 0.00 | 18.19 | 05/02/03 | |
| 26030910512600 | RHEUMATOLOGY ASSOCIATES PC | MICHELE A. | 03/18/03 - 03/18/03 | Consultation | 250.00 | 0.00 | 0.00 | 10.00 | 170.49 | 05/02/03 | |
| 26030900551600 | FOOTIT SURGICAL SUPPLIES | MICHELE A. | 03/18/03 - 03/18/03 | DME | 110.00 | 0.00 | 0.00 | 0.00 | 117.94 | 05/02/03 | |







| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24030761605000 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 10/21/02 - 10/22/02 | Ancillaries | 3035.18 | 0.00 | 0.00 | 0.00 | 2546.00 | 04/25/03 | |
| 24030701513000 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 02/05/03 - 02/24/03 | Ancillaries | 336.70 | 0.00 | 0.00 | 70.00 | 95.55 | 04/10/03 | |
| 23030662674300 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 03/03/03 - 03/03/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 40.76 | 04/04/03 | |
| 23030633391900 | WESTFIELD RADIOLOGY ASSOCIA | MICHELE A. | 01/30/03 - 01/30/03 | Prof Component | 232.00 | 0.00 | 0.00 | 0.00 | 101.38 | 06/04/03 | |
| 23030633391600 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 02/25/03 - 02/25/03 | Medical Care | 90.00 | 0.00 | 0.00 | 10.00 | 40.76 | 03/28/03 | |
| 24030590821200 | THE TRUSTEES OF NOBLE HOSPI | KURTIS M. | 02/21/03 - 02/21/03 | Ancillaries | 62.60 | 0.00 | 0.00 | 0.00 | 14.03 | 04/04/03 | |
| 23030522437500 | VASCULAR SERVICES OF WESTER | MICHELE A. | 02/07/03 - 02/07/03 | Medical Care | 105.00 | 0.00 | 0.00 | 10.00 | 50.28 | 03/21/03 | |
| 23030423079500 | WESTFIELD RADIOLOGY ASSOCIA | MICHELE A. | 01/14/03 - 01/14/03 | Prof Component | 89.00 | 0.00 | 0.00 | 0.00 | 28.74 | 03/14/03 | |
| 23030423079400 | VASCULAR SERVICES OF WESTER | MICHELE A. | 02/07/03 - 02/07/03 | Tech Component | 210.00 | 0.00 | 0.00 | 0.00 | 108.90 | 03/14/03 | |
| 24030411433300 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 01/02/03 - 01/27/03 | Ancillaries | 641.90 | 0.00 | 0.00 | 70.00 | 245.63 | 03/21/03 | |
| 23030412464500 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 02/06/03 - 02/06/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 40.76 | 03/07/03 | |
| 23030343364100 | SYSTEM COORDINATED SERVICES | MICHELE A. | 01/29/03 - 01/29/03 | Purchased Lab | 162.00 | 0.00 | 0.00 | 0.00 | 60.70 | 02/28/03 | |
| 23030343363600 | SYSTEM COORDINATED SERVICES | MICHELE A. | 01/13/03 - 01/13/03 | Purchased Lab | 20.45 | 0.00 | 0.00 | 0.00 | 5.30 | 02/28/03 | |
| 23030343363100 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 01/29/03 - 01/29/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 40.76 | 02/28/03 | |
| 23030292934400 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 01/21/03 - 01/21/03 | Medical Care | 90.00 | 0.00 | 0.00 | 10.00 | 40.76 | 02/28/03 | |
| 24030221167300 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 01/14/03 - 01/14/03 | Ancillaries | 372.60 | 0.00 | 0.00 | 0.00 | 161.08 | 02/28/03 | |
| 23030152766300 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 01/13/03 - 01/13/03 | Medical Care | 60.00 | 0.00 | 0.00 | 10.00 | 40.76 | 02/14/03 | |
| 24030100851700 | THE TRUSTEES OF NOBLE HOSPI | KURTIS M. | 01/03/03 - 01/03/03 | Ancillaries | 62.60 | 0.00 | 0.00 | 0.00 | 14.03 | 02/14/03 | |
| 24030090905600 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 12/09/02 - 12/20/02 | Ancillaries | 513.00 | 0.00 | 0.00 | 25.00 | 202.02 | 02/14/03 | |
| 26030080720900 | FOOTIT SURGICAL SUPPLIES | MICHELE A. | 12/10/02 - 12/10/02 | DME | 22.99 | 0.00 | 0.00 | 0.00 | 17.62 | 02/07/03 | |
| 24023601039400 | THE TRUSTEES OF NOBLE HOSPI | KURTIS M. | 12/16/02 - 12/16/02 | Ancillaries | 204.00 | 0.00 | 0.00 | 0.00 | 74.65 | 01/31/03 | |
| Total: | | | | | $11611.50 | $0.00 | $0.00 | $305.00 | $5457.65 | | |
| 23023602276000 | SYSTEM COORDINATED SERVICES | MICHELE A. | 12/16/02 - 12/16/02 | Purchased Lab | 15.00 | 0.00 | [illegible] | 0.00 | 5.30 | 01/24/03 | |
| 23023543179400 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 12/16/02 - 12/16/02 | Medical Care | 60.00 | 0.00 | [illegible] | 5.00 | 53.76 | 01/17/03 | |
| 24023460913000 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 11/12/02 - 11/25/02 | Ancillaries | 363.60 | 156.[illegible] | [illegible] | 0.00 | 0.00 | 12/20/02 | 0.00 |
| 24023460913700 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 10/21/02 - 10/22/02 | Room and Board | 2946.47 | 0.00 | [illegible] | 0.00 | 0.00 | 01/17/03 | 0.00 |
| 23023452682700 | SYSTEM COORDINATED SERVICES | MICHELE A. | 12/04/02 - 12/04/02 | Purchased Lab | 15.00 | 0.00 | 0.00 | 0.00 | 5.30 | 02/10/03 | |
| 23023443224300 | RADIOLOGY AND IMAGING INC | MICHELE A. | 10/21/02 - 10/21/02 | Prof Component | 70.00 | 0.00 | 0.00 | 0.00 | 25.74 | 01/15/03 | |
| 23023402499300 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 12/04/02 - 12/04/02 | Medical Care | 60.00 | 0.00 | 0.00 | 5.00 | 53.76 | 01/03/03 | |
| 23023313124200 | SYSTEM COORDINATED SERVICES | MICHELE A. | 11/20/02 - 11/20/02 | Purchased Lab | 15.00 | 0.00 | 0.00 | 0.00 | 5.30 | 12/27/02 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23023303600900 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 11/20/02 - 11/20/02 | Medical Care | 60.00 | 0.00 | 0.00 | 5.00 | 53.76 | 12/20/02 |
| 26023240771600 | FOOTIT SURGICAL SUPPLIES | MICHELE A. | 11/07/02 - 11/07/02 | DME | 80.00 | 0.00 | 0.00 | 0.00 | 62.12 | 12/20/02 |
| 23023242808600 | SYSTEM COORDINATED SERVICES | MICHELE A. | 11/08/02 - 11/08/02 | Purchased Lab | 18.00 | 0.00 | 0.00 | 0.00 | 5.38 | 12/20/02 |
| 23023233125202 | WESTFIELD RADIOLOGY ASSOCIA | MICHELE A. | 10/24/02 - 10/24/02 | Prof Component | 89.00 | 0.00 | 0.00 | 0.00 | 25.74 | 03/21/03 |
| 23023171929500 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 11/09/02 - 11/09/02 | Medical Care | 60.00 | 0.00 | 0.00 | 5.00 | 53.76 | 12/13/02 |
| 23023171929400 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 11/11/02 - 11/11/02 | Medical Care | 60.00 | 0.00 | 0.00 | 5.00 | 53.76 | 12/13/02 |
| 23023153138500 | VASCULAR SERVICES OF WESTER | MICHELE A. | 11/06/02 - 11/06/02 | Consultation | 160.00 | 0.00 | 0.00 | 5.00 | 128.44 | 12/06/02 |
| 23023153137900 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 11/08/02 - 11/08/02 | Medical Care | 90.00 | 0.00 | 0.00 | 5.00 | 85.00 | 12/06/02 |
| 23023113939500 | BAYSTATE MEDICAL EDUCATION | MICHELE A. | 10/21/02 - 10/21/02 | Emergency Med | 250.00 | 0.00 | 0.00 | 0.00 | 158.98 | 12/06/02 |
| 24023081670902 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 10/18/02 - 10/18/02 | Ancillaries | 4797.18 | 0.00 | 0.00 | 0.00 | 1754.17 | 07/11/03 |
| 23023082857100 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 10/22/02 - 10/26/02 | Medical Care | 360.00 | 0.00 | 0.00 | 0.00 | 256.84 | 11/29/02 |
| 24023080756000 | THE TRUSTEES OF NOBLE HOSPI | MICHELE A. | 10/22/02 - 10/26/02 | Room and Board | 4972.83 | 0.00 | 0.00 | 0.00 | 4201.32 | 12/06/02 |
| 23023042964800 | AMERICAN MEDICAL RESPONSE O | MICHELE A. | 10/22/02 - 10/22/02 | Ambulance | 830.00 | 0.00 | 0.00 | 0.00 | 311.54 | 11/29/02 |
| 23023032872600 | HAMPSHIRE ORTHOPEDICS INC | MICHELE A. | 10/23/02 - 10/23/02 | Consultation | 154.00 | 0.00 | 0.00 | 0.00 | 78.06 | 11/29/02 |
| 23022972825100 | SPRINGFIELD ANESTH SERV INC | MICHELE A. | 10/16/02 - 10/16/02 | Anesthesia | 480.00 | 0.00 | 0.00 | 0.00 | 271.14 | 11/22/02 |
| 23022953143600 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 10/16/02 - 10/16/02 | Surgery | 3884.00 | 0.00 | 0.00 | 0.00 | 690.41 | 11/15/02 |
| 26022900502100 | STREBEL STEPHEN | MICHELE A. | 10/09/02 - 10/09/02 | Medical Care | 225.00 | 0.00 | 0.00 | 5.00 | 199.18 | 11/15/02 |
| 23022902496500 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 10/14/02 - 10/14/02 | Medical Care | 90.00 | 0.00 | 0.00 | 5.00 | 53.76 | 11/15/02 |
| 23022882090400 | FAMILY MEDICINE ASSOCIATES | MICHELE A. | 10/11/02 - 10/11/02 | Consultation | 110.00 | 0.00 | 0.00 | 5.00 | 95.29 | 11/08/02 |
| 26022830751400 | STREBEL STEPHEN | MICHELE A. | 10/03/02 - 10/03/02 | Medical Care | 393.00 | 0.00 | 0.00 | 5.00 | 354.65 | 11/08/02 |
| 23022673189300 | CHELSEA MRI PC DBA THE | MICHELE A. | 09/13/02 - 09/13/02 | Prof Component | [illegible] | 0.00 | [illegible] | [illegible] | 401.23 | 10/25/02 |
| 23[illegible]562845800 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 09/09/02 - 09/09/02 | Medical Care | 90.00 | 0.00 | [illegible] | 5.00 | 53.76 | 10/11/02 |
| 26[illegible]170876800 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 07/17/02 - 07/17/02 | Surgery | 318.40 | 0.00 | [illegible] | 5.00 | 209.97 | 09/06/02 |
| 26021330537500 | RUGGIERO THERESA | KURTIS M. | 04/27/02 - 04/27/02 | Medical Care | 80.00 | 0.00 | 0.00 | 5.00 | 75.00 | 06/07/02 |
| 26021330837200 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 04/29/02 - 04/29/02 | Prof Component | 75.00 | 0.00 | [illegible] | 0.00 | 39.00 | 06/07/02 |
| 22021300039600 | PHYSICAL THERAPY PARTNERS | MICHELE A. | 05/07/02 - 05/07/02 | Physical Therapy | 48.00 | 0.00 | [illegible] | 5.00 | 40.00 | 06/07/02 |
| 23021293177600 | NEW ENGLAND ORTHOPEDIC | MICHELE A. | 04/29/02 - 04/29/02 | Medical Care | 185.00 | 0.00 | 0.00 | 5.00 | 94.92 | 06/07/02 |
| 22021270045600 | PHYSICAL THERAPY PARTNERS | MICHELE A. | 05/02/02 - 05/04/02 | Physical Therapy | 97.00 | 0.00 | 0.00 | 10.00 | 87.00 | 05/31/02 |
| Total: | | | | | $21326.18 | $156.73 | $0.00 | $90.00 | $10132.38 | |
| 24021131137200 | BAYSTATE MEDICAL CENTER INC | MICHELE A. | 04/11/02 - 04/11/02 | Ancillaries | 42.00 | 0.00 | 0.00 | 0.00 | 25.65 | 05/31/02 |

→ I Don't Know what this is