**BlueCross BlueShield of Massachusetts**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23021002511700 | WOMENS HEALTH ASSOCIATES OF MICHELE A. 04/08/02 - 04/08/02 Medical Care | 175.00 | 0.00 | 0.00 | 5.00 | 118.96 05/10/02 |
| 23020802789200 | FAMILY MEDICINE ASSOCIATES KURTIS M. 03/19/02 - 03/19/02 Surgery | 114.00 | 0.00 | 0.00 | 5.00 | 35.02 04/19/02 |
| 23020802789200 | FAMILY MEDICINE ASSOCIATES MICHELE A. 03/19/02 - 03/19/02 Medical Care | $6.00 | $0.00 | 0.00 | 5.00 | $0.91 04/19/02 |
| Total: | | $395.00 | $0.00 | $0.00 | $15.00 | $230.54 |

A. CONSIDERATION CANNOT BE GIVEN FOR THIS SERVICE UNTIL WE RECEIVE INFORMATION SHOWING THE PROVIDER'S BILLING NUMBER. THIS INFORMATION NEEDS TO BE SUBMITTED BY EITHER YOU OR YOUR PROVIDER ON YOUR BEHALF WITHIN THE NEXT 45 DAYS. WE ALSO WOULD APPRECIATE IT IF YOU COULD PLEASE INCLUDE A COPY OF THIS CLAIM SUMMARY WITH THE INFORMATION ATTACHED TO THE BACK. UPON RECEIPT OF THIS INFORMATION, BENEFIT CONSIDERATION WILL BE GIVEN AND A DECISION MADE USUALLY WITHIN FIFTEEN DAYS. IF NO INFORMATION IS PROVIDED WITHIN THIS DAY PERIOD, THEN THIS NOTICE ALSO SERVES AS A NOTICE OF DENIAL OF YOUR CLAIM DUE TO A FAILURE TO SUBMIT ALL THE NECESSARY INFORMATION AND THAT THE INFORMATION WE HAVE DOES NOT SUPPORT BENEFITS FOR THIS CLAIM. YOU CAN APPEAL THIS DECISION IN ACCORDANCE WITH THE PROCESS DESCRIBED IN THIS NOTICE AND IN YOUR PLAN MATERIALS. (F191)

B. BENEFITS ARE NOT AVAILABLE BECAUSE, ACCORDING TO OUR RECORDS, WE HAVE ALREADY RPOCESSED A CLAIM FOR THIS SERVICE. SINCE THIS IS DUPLICATE, NO PAYMENT WILL BE MADE. YOU ARE NOT RESPONSIBLE FOR PAYMENT ON THESE CHARGES. (U301)

C. BENEFITS CANNOT BE PROVIDED BECAUSE THIS OUT OF NETWORK SERVICE IS NOT COVERED UNDER YOUR PLAN.

D. A REFERRAL CANNOT BE FOUND FOR THIS MEMBER AND THE DATE OF SERVICE PROVIDED. WE HAVE ASKED YOUR PROVIDER TO REBILL THIS CLAIM SO CAN PROCESS IT AT THE OUT-OF-NETWORK (SELF-REFERRED) LEVEL OF BENEFITS. THERE IS NO PATIENT BALANCE AT THIS TIME. (P304)

E. WE HAVE REDUCED PAYMENT TO YOUR PROVIDER ON THIS CLAIM BECAUSE HE OR SHE PERFORMED A RELATED PRIMARY PROCEDURE ON THE SAME DAY. ARE NOT RESPONSIBLE FOR ANY BALANCE ON THESE PROCEDURES. (U709)

F. THERE IS NO SEPARATE PAYMENT FOR THIS SERVICE. IT WAS PERFORMED AT THE SAME TIME AS ANOTHER MAJOR PROCEDURE. BENEFITS PAID FOR MAJOR PROCEDURE INCLUDE PAYMENT FOR THIS SERVICE. (U061)

G. BENEFITS CANNOT BE PROVIDED BECAUSE THIS SERVICE IS NOT COVERED IN-NETWORK UNDER YOUR PLAN.

H. WITH PARTIAL PAYMENT OF THIS CLAIM, THE TOTAL BENEFIT ALLOWED UNDER YOUR PLAN HAS BEEN REACHED FOR THIS DURABLE MEDICAL EQUIPMENT. THE BALANCE IS YOUR RESPONSIBILITY. (M011)

I. BENEFITS ARE NOT AVAILABLE FOR THIS CLAIM BECAUSE THE PROVIDER DOES NOT HAVE A PARTICIPATING AGREEMENT WITH BLUE CROSS BLUE SHIELD OF MASSACHUSETTS. (E583)

J. BASED ON OUR MEDICAL POLICY GUIDELINES, SEPARATE BENEFITS ARE NOT AVAILABLE FOR THIS SERVICE BECAUSE IT IS INCLUDED IN THE PAYMENT WE MADE TO YOUR PROVIDER FOR A RELATED PROCEDURE PERFORMED ON THE SAME DAY. YOU ARE NOT RESPONSIBLE FOR ANY BALANCE ON THIS SERVICE PROCEDURE. (U715)

K. WE'VE NOTIFIED YOUR PROVIDER THAT WE CANNOT PAY FOR THIS SERVICE BECAUSE IT DOES NOT MEET OUR MEDICAL TECHNOLOGY ASSESSMENT CRITERIA OR OUR MEDICAL POLICY GUIDELINES FOR THE DIAGNOSIS REPORTED. YOU ARE NOT RESPONSIBLE FOR ANY BALANCE ON THIS SERVICE UNLESS YOUR PROVIDER TOLD YOU BEFORE PERFORMING THE SERVICE THAT IT WAS NOT COVERED. (U228)

L. WE PREVIOUSLY PAID A FEE FOR THIS TEST THAT INCLUDED AN ALLOWANCE FOR ONE TO THREE SPECIMENS.

An Independent Licensee of the Blue Cross and Blue Shield Association

ARROW PRESCRIPTION CENTER #31

1/05/04
0:21
rescription Profile for: MICHELLE LEAD[redacted]
172 HOLYOKE RD
WESTFIELD MA 01085

Soc.Sec#: 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
Birthdate: 01/12/1968
Cust Id#: 562-4109

rom 01/(1/03 To 12/31/03

| Rx# | Type | Date | Doctor | Quantity | Drug | Price | Copay | R.Ph |
|---|---|---|---|---|---|---|---|---|
| 353823 | OI | 4/08/03 | GEORGE REYNOLDS | 60.0 | PROPO-N/APAP 100-650 TA | 15.12 | 10.00 | MK |
| 354224 | OI | 4/11/03 | GEORGE REYNOLDS | 30.0 | PRILOSEC 40MG CR CAP | 172.59 | 15.00 | MK |
| 354224 | RI | 5/12/03 | GEORGE REYNOLDS | 30.0 | PRILOSEC 40MG CR CAP | 172.59 | 15.00 | SP |
| 354224 | RI | 6/17/03 | GEORGE REYNOLDS | 30.0 | PRILOSEC 40MG CR CAP | 172.59 | 15.00 | [redacted] |
| 354224 | RI | 7/17/03 | [redacted] | 30.0 | PRILOSEC 40MG CR CAP | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | | | |
| 354984 | OI | 4/18/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 31.24 | 15.00 | MK |
| 354984 | RI | 5/08/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 31.24 | 15.00 | SN |
| 354984 | RI | 5/29/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 31.24 | 15.00 | SN |
| 354984 | RI | 6/19/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 31.24 | 15.00 | SN |
| 354984 | RI | 7/10/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | SN |
| 354984 | RI | 7/29/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | MK |
| 354984 | RI | 8/18/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | SN |
| 354984 | RI | 9/09/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | MK |
| 354984 | RI | 10/03/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | MK |
| 354984 | RI | 10/24/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | SN |
| 354984 | RI | 11/14/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | MK |
| 54984 | RI | 12/04/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | SN |
| 354984 | RI | 12/26/03 | DEBORAH HARRIS | 21.0 | LOESTRIN 1/20-21 TAB | 24.49 | 10.00 | SS |
| [redacted] | | | | | | | | |
| 351594 | OI | 6/06/03 | I YACTEEN | 60.0 | LOPROX TS 0.77 LOT | 72.91 | 15.00 | MK |
| [redacted] | | | | | | | | |

-out

```
01/05/04                     ARROW PRESCRIPTION CENTER #31                         Page: 3
10:21

Prescription Profile for: MICHELLE LEADER                    Soc.Sec#: 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
                          172 HOLYOKE RD
                          WESTFIELD         MA   01085       Birthdate: 01/12/1968
                                                             Cust Id#: 562-4109
From 01/01/03 To 12/31/03
```

| Rx# | Type | Date | Doctor | Quantity | Drug | Price | Copay | R.Ph |
|---|---|---|---|---|---|---|---|---|
| 360573 | RI | 7/17/03 | GEORGE REYNOLDS | 30.0 | CELEBREX 200MG CAP | 78.27 | 15.00 | SN |
| 360573 | RI | 9/02/03 | GEORGE REYNOLDS | 30.0 | CELEBREX 200MG CAP | 78.27 | 15.00 | SN |
| 360573 | RI | 10/03/03 | GEORGE REYNOLDS | 30.0 | CELEBREX 200MG CAP | 78.27 | 15.00 | MK |
| 360573 | RI | 10/30/03 | GEORGE REYNOLDS | 30.0 | CELEBREX 200MG CAP | 78.27 | 15.00 | SS |
| 360573 | RI | 11/28/03 | GEORGE REYNOLDS | 30.0 | CELEBREX 200MG CAP | 78.27 | 15.00 | MK |
| 360573 | RI | 12/30/03 | GEORGE REYNOLDS | 30.0 | CELEBREX 200MG CAP | 78.27 | 15.00 | MK |
| 361567 | OI | 6/27/03 | GEORGE REYNOLDS | 30.0 | DIOVAN 80MG TAB | 44.65 | 15.00 | MK |
| 361567 | RI | 7/29/03 | GEORGE REYNOLDS | 30.0 | DIOVAN 80MG TAB | 44.65 | 15.00 | MK |
| 361567 | RI | 8/29/03 | GEORGE REYNOLDS | 30.0 | DIOVAN 80MG TAB | 44.65 | 15.00 | MK |
| 361567 | RI | 10/03/03 | GEORGE REYNOLDS | 30.0 | DIOVAN 80MG TAB | 44.65 | 15.00 | MK |
| 361567 | RI | 10/30/03 | GEORGE REYNOLDS | 30.0 | DIOVAN 80MG TAB | 44.65 | 15.00 | SS |
| 361567 | RI | 11/26/03 | GEORGE REYNOLDS | 30.0 | DIOVAN 80MG TAB | 44.65 | 15.00 | MK |
| 361753 | OI | 6/30/03 | MARIE LANKOWSKI | 17.0 | ALBUTEROL 90MCG AER | 13.39 | 10.00 | SN |
| | | 7/29/03 | R. AULETTA | 30.0 | TOPAMAX 25MG TAB | 45.61 | 15.00 | MK |
| | | | | | | 45.61 | 15.00 | |
| | | | GEORGE REYNOLDS | | NEURONTIN 300MG CAP | 109.33 | 15.00 | MK |
| | | 9/02/03 | GEORGE REYNOLDS | 60.0 | PROPO-N/APAP 100-650 TA | 17.12 | 10.00 | |
| | | 10/03/03 | GEORGE REYNOLDS | | PROPO-N/APAP 100-650 TA | 17.12 | 10.00 | |
| | | | GEORGE REYNOLDS | 30.0 | PROPO-N/APAP 100-650 TA | 17.12 | 10.00 | MK |
| | | 12/04/03 | GEORGE REYNOLDS | | PROPO-N/APAP 100-650 TA | 17.12 | 10.00 | SN |
| | | | GEORGE REYNOLDS | 30.0 | TRIAZOLAM 0.25MG TAB | 10.00 | 10.00 | SS |
| | | | GEORGE REYNOLDS | | TRIAZOLAM 0.25MG TAB | | 10.00 | |
| | | | GEORGE REYNOLDS | 30.0 | | 10.00 | 10.00 | SN |
| | | 9/09/03 | | 180.0 | NEURONTIN 300MG CAP | 214.32 | 15.00 | SS |
| | | /03 | R. AULETTA | 60.0 | TOPAMAX 25MG TAB | | 15.00 | MK |
| | | | | 60.0 | TOPAMAX 25MG TAB | | 15.00 | SS |
| | | | AULETTA | | | | 15.00 | MK |
| | | 12/ /03 | R. AULETTA | 60.0 | | | 15.00 | MK |
| 372892 | OI | 10/30/03 | MARIE LANKOWSKI | 60.0 | NYSTAT/TRIAM CRE | 10.00 | 10.00 | SS |
| | | | MARIE LANKOWSKI | | | | 15.00 | SS |
| | | | | | 100MG CAP | 87.07 | 15.00 | MK |
| | | 12/04/03 | DAVID P | | | 8.47 | 8.47 | SS |
| | | 12/04/03 | DAVID P | | | 8.47 | 8.47 | SN |
| 376464 | OI | 12/14/03 | | | 150MG TAB | 142.41 | 15.00 | SS |
| 376465 | OI | 12/ /03 | | | 200 TAB | 41.74 | 15.00 | SS |
| 376744 | OI | 12/ /03 | | | MYLPRED 4MG PAK | 7.24 | 7.24 | MK |
| | OI | 12/18/ | | | 10MG TAB | 38.70 | 15.00 | SS |
| | OI | 12/29/ | | | 15MG CAP | 11.30 | 10.00 | SS |
| | OI | 12/ /03 | | | 80MG TAB | 44.65 | 15.00 | MK |
| | OI | 12/ /03 | | | 25MCG/MK DIS | 66.87 | 30.00 | MK |
| | OI | 12/30/03 | MARIE LANKOWSKI | 176.0 | PROPO-N/APAP 100-650 TA | 32.16 | 10.00 | MK |

```
Type: O=original   I=insurance                                   7608.78   1879.99
      R=refill     C=A/R charge
                                         TOTAL OUT OF POCKET    1879.99
Pharmacist Signature: ___Star Nowak___
              ARROW PRESCRIPTION CENTER #31          DEA#: BS3906976
              427 NORTH ELM STREET
              WESTFIELD        MA   01085
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER, LANCE )
LEADER, KURTIS LEADER, )
PPA LANCE LEADER, )
    Plaintiffs )
)
) Civil Action No. 04-30055-MAP
v. )
)
WAL-MART STORES, INC. )
    Defendant. )

## PLAINTIFF MICHELE LEADER'S RESPONSES TO INTERROGATORIES PROPOUNDED BY DEFENDANT WAL-MART STORES, INC.

**OBJECTION:** The Plaintiff, Michele Leader, will not be bound by any instructions, definitions, directions or other similar materials which precede, or are contained within, or which follow, the Defendant's Interrogatories. The Plaintiff will respond in accordance with Fed. R. Civ. P. 26 and Fed. R. Civ. P. 33.

1. Please identify yourself fully, giving your full name, date of birth, social security number, residential address, business address, occupation, and, if married, the name of your spouse.

**Response # 1:**

| | |
|---|---|
| Name: | Michele Leader; |
| DOB: | January 12, 1968; |
| SSN: | 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; |
| Address: | 172 Holyoke Road, Westfield, MA; |
| Spouse: | Lance Leader |

231960-1

2. Please describe the incident which you allege in your Complaint took place on or about February 1, 2002 (hereinafter referred to as "said incident") as completely and accurately as possible, including in your answer the date, exact location and time of said incident.

**Response # 2:**

**The incident took place at around 9:15 a.m. on the morning of February 1, 2002 just inside the main entrance to the Wal-Mart store on Westfield Street in Westfield, Massachusetts. As I was walking into the store, I tripped on a mat that was placed in the entranceway in such a way that it was overlapping with another mat. I fell on both of my knees, landing on the floor.**

3. Please identify the names and addresses of all known witnesses (both percipient witnesses and any witnesses to any of the facts alleged in Plaintiff's complaint) and their relationship with you.

**Response # 3:**

There was a woman working at the service desk nearby who came upon the scene shortly after I fell. I do not know if she actually witnessed my fall or not. I did not get her name. She called the manager, a man, who came upon the scene shortly thereafter. I recall that his last name was Byram. I believe there was also an older man who came upon the scene after I fell and, with the manager, helped me to the concession area to sit down. I did not get his name.

4. Please set forth in full and complete detail the substance of all oral communications between you and anyone else at the scene of said incident.

**Response # 4:**

I remember that, shortly after I fell and before the manager came upon the scene, the woman from the service desk said "I knew this was going to happen," or something to that effect, but she did not say this directly to me and I do not recall any direct conversation with her.

I spoke with the manager at the scene for some time as I waited for my husband to arrive. I recall that there was some conversation regarding the specifics of who should be called, where I worked, etc., because the Manager called both my school and my husband. I also

231960-1                                    2

recall discussing with him why I had come to the store, the school his children attended in Westfield and the school system in general, and other topics of small talk.

I also recall the manager saying that someone from the claims department would be calling me within a couple of days. The Manager gave me his name and phone number and gave me a $25 gift card.

5. Please identify fully and in complete detail all injuries, ailments or pains which you claim to have suffered as a result of said incident, stating the parts of the body so affected, the severity of said injuries, ailments or pains and how long each lasted.

**Response # 5:**

**I suffered injuries to both knees due to the fall. As a result of the fall, I was required to have surgery on my right knee. After the knee surgery, I suffered DVT and developed arthritis in the knees. I have developed fibromyalgia which, I understand, may be related to the trauma of the accident or the DVT. I also have been severely limited in my ability to get around due to my injuries. As a result of this physical inactivity, I gained weight, which damaged my health. I was forced to undergo gastric bypass surgery to alleviate the weight gain.**

6. If as a result of the injuries, ailments or pains referred to in Interrogatory No. 5 you received medical or any other treatment, please state:

    (a)    the name and address of any and all persons or institutions from which you received said medical or other treatments;

    (b)    the dates you received said medical or other treatment; and

    (c)    an itemized account of all expenses incurred from each medical provider.

**Response # 6:**

**Please see medical records and bills previously submitted to defense counsel as part of the Plaintiff's Initial Disclosures, the Plaintiff's Response to the Defendant's Rule 34 Request,**

and the Plaintiff's submissions pursuant to M.G.L. 233, §79G, which are hereby incorporated by reference.

(a)  Dr. Armand A. Aliota
     48 East Silver Street
     Westfield, MA 01085
     (413)562-7586

     Alliance Imaging, Inc.
     46 Jonspin Road
     Wilmington, MA 01887
     (978) 658-5357

     American Medical Response
     595 Cottage Street
     Springfield, MA 01104
     (508) 650-5600

     American Sleep Diagnostics
     Chicopee Industrial Park
     154 Grove Street, Ste. 24
     Chicopee, MA 01020
     (413) 594-3700

     Arthritis Treatment Center
     3377 Main Street
     Springfield, MA 01107-1135
     (413) 734-5661

     Dr. Bashir Bashiruddin
     Family Medicine Associates
     75 Springfield Road
     Westfield, MA 01085
     (413) 562-5173

     Baystate Medical Associates, Gastroenterology Division
     3300 Main Street
     Springfield, MA 01199
     (413) 794-7030

     Baystate Medical Center
     759 Chestnut Street
     Springfield, MA 01199
     (413) 794-0000

Baystate MRI and Imaging Center
330 Main Street
Springfield, MA 01101
(413) 730-9200

Baystate Pathology Associates
759 Chestnut Street
Springfield, MA 01199
(413) 794-4500
(See Jeanne McCarthy records)

Dr. Paul Bothner
Family Medicine Associates
75 Springfield Road
Westfield, MA 01085
(413) 562-5173

Gregg Condon, PT
Physical Therapy Partners
65 Springfield Road
Westfield, MA 01085
(413) 568-1388

Dr. John Corsetti
New England Orthopedic Surgeons, Inc.
300 Birnie Avenue
Springfield, MA 01107
(413) 785-4666

Dr. David J. Desilets
Baystate Medical Associates, Gastroenterology Division
3300 Main Street
Springfield, MA 01199
(413) 794-7030

Dr. Henry Drinker
Hampshire Orthopedics and Sports Medicine, Inc.
65 Springfield Road
Westfield, MA 01085
(413) 572-4300

Dr. Bruce Dziura
Life Laboratories
299 Carew Street

Springfield, MA 01104
(413) 748-9500

Family Medicine Associates
75 Springfield Road
Westfield, MA 01085
(413) 562-5173

Dr. Robert Gray
Arthritis Treatment Center
3377 Main Street
Springfield, MA 01107-1135
(413) 734-5661

Dr. Don Goldenbereg
Newton-Wellesley Hospital
2000 Washington Street
Suite 304
Newton, MA 02462

Hampden County Physician Associates, LLC
77 Boylston Street
Springfield, MA 01103
(413) 734-8254

Hampshire Orthopedics and Sports Medicine, Inc.
65 Springfield Road
Westfield, MA 01085
(413) 572-4300

Jack Jury, PT
Physical Therapy Partners
65 Springfield Road
Westfield, MA 01085
(413) 568-1388

Dr. James Katz
Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2100

Dr. Jeffrey L. Kaufman
The Vascular Laboratory of Western New England
3500 Main Street, 2nd Floor

Springfield, MA 01107-0126
(413) 781-5059
(see Wolpert records)

Dr. Christopher Keroack
Mercy Medical Center
Comprehensive Weight Management Program
300 Stafford Street
Suite 254
Springfield, MA 01104

Dr. Jonathan R. Kurtis
Hampshire Orthopedics and Sports Medicine, Inc.
65 Springfield Road
Westfield, MA 01085
(413) 572-4300

Maria Lankowski, MS RNCS, NPC
Family Medicine Associates
75 Springfield Road
Westfield, MA 01085
(413) 562-5173

Dr. Steve Lee
Baystate MRI and Imaging Center
330 Main Street
Springfield, MA 01101
(413) 730-9200

Life Laboratories
299 Carew Street
Springfield, MA 01104
(413) 748-9500

The Maple Surgery Center
298 Carew Street
Springfield, MA 01104
(413) 739-9668

Jeanne McCarthy, P.A.C.
Baystate Medical Associates, Gastroenterology Division
3300 Main Street
Springfield, MA 01199
(413) 794-7030

Mercy Medical Center
Comprehensive Weight Management Program
300 Stafford Street
Suite 254
Springfield, MA 01104

Dr. James Mueller
Baystate Pathology Associates
759 Chestnut Street
Springfield, MA 01199
(413) 794-4500
(See Jeanne McCarthy records)

The MRI Center
3500 Main Street, Suite #203
Springfield, MA 01107
(413) 781-9000

Dr. Gerald Nash
Life Laboratories
299 Carew Street
Springfield, MA 01104
(413) 748-9513

New England Orthopedic Surgeons, Inc.
300 Birnie Avenue
Springfield, MA 01107
(413) 785-4666

Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2100

Noble Hospital Sports and Rehabilitation
76 Main Street
Westfield, MA 01085
(413) 562-3522

Physical Therapy Partners
65 Springfield Road
Westfield, MA 01085
(413) 568-1388

Dr. David Peterson

Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2100

Dr. David J. Pierangelo
Hampden County Physician Associates, LLC
77 Boylston Street
Springfield, MA 01103
(413) 734-8254

Dr. Jason Port
The MRI Center
3500 Main Street, Suite #203
Springfield, MA 01107
(413) 781-9000

Quest Diagnostics, Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20153
(See Life Laboratories)

Dr. George E. Reynolds
Family Medicine Associates
75 Springfield Road
Westfield, MA 01085
(413) 562-5173

Dr. Stuart R. Rose
Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2100

Dr. Nathan Sherman
Quest Diagnostics, Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20153
(see Life Laboratories)

Dr. John F. Wilinsky
Noble Hospital
115 West Silver Street
Westfield, MA 01085
(413) 568-2811

Dr. Lorraine M. Wolpert
Vascular Services of Western New England, P.C.
3500 Main Street
Springfield, MA 01107-1117

(b) The dates of the medical treatment provided by the above-listed medical providers span the period of time from the date of the accident to the present.

(c) The expenses incurred from each provider are as follows:
1. American Medical Response of Massachusetts, Inc,.    $530.00
2. Dr. Armand A. Aliotta                                $510.00
3. Dr. Corsetti/N.E.Orthopedic Surgeons                 $3,964.40
4. Hampshire Orthopedics and Sports Medicine, Inc.      $154.00
5. Family Medicine Associates                           $848.00
6. Dr. Don L. Goldenberg                                $425.00
7. The MRI Center                                       $1295.00
8. Noble Hospital                                       $12,538.07
9. Physical Therapy Partners                            $142.00
10. Dr. David J. Pierangelo                             $476.00
11. Dr. Lorainne M. Wolpert                             $475.00

The Plaintiff, Michele Leader reserves the right to supplement her response to this interrogatory.

7. Please describe any future medical treatment, if any, that any physician or other medical provider has recommended for you, including in your description the type of procedures to be performed and the estimated costs.

**Response # 7:**

At this time, I continue to treat for my fibromyalgia, DVT, and the traumatic injuries to my knees and resulting arthritis. I may have to continue treating for some or all of these conditions for the rest of my life.

8. Please describe fully and in complete detail any illnesses, injuries, diseases, or operations (all hereafter referred to as "injuries") which you may have had or suffered from:

(a) within five years prior to the time of said incident, setting forth the date of each injury; and/or

(b) at any time after the said incident, not caused by or arising from the same, setting forth the date of each injury.

**Response # 8:**

**(a)  In 1994, I was involved in an automobile accident and suffered a pinched nerve in my back. I was not fully recovered at the time of the fall at Wal-Mart.**

**In 1999, I had my gall bladder removed.**

**In February of 2001, I fell in my driveway on ice and injured my left knee. I was treated by Dr. Henry Drinker for injury to my left knee.**

**(b)  Since the injury, I have suffered from severe fibromyalgia. I am unsure whether this condition is related to the trauma, arthritis, weight gain and/or DVT I suffered due to the fall at Wal-Mart. Please see Response to Interrogatories 5 and 6.**

9. Please set forth the names and addresses of all medical providers who provided care or treatment for the aforementioned injuries described in your answers to Interrogatory No. 8, including but not limited to physicians, hospitals, physical therapists and chiropractors.

**Response # 9:**

**1994 Car Accident:**
**Immediately after the accident, I was treated at the Noble Hospital Emergency Room.**

**I also treated with Dr. Garrity a chiropractor in Westfield, MA.**

**I also saw a Doctor at the Kaiser Permanente facility in West Springfield, Massachusetts regarding injuries I received in the 1994 car accident. I believe this facility has since closed and I do not recall the doctor's name.**

**Gallbladder surgery:**
**Dr. Kulin Shah**
**75 Springfield Street**
**Westfield, MA**

**Left Knee Injury:**
**Dr. Henry Drinker**
**Hampshire Orthopedics and Sports Medicine, Inc.**
**65 Springfield Road**
**Westfield, MA 01085**
**(413) 572-4300**

      10. If as a result of said incident you lost any time from any occupation, employment or schooling which you may have then had, please state as accurately as possible:

    (a)    your occupation or place of schooling at the time of said incident;

    (b)    the full name and address of your employer or school;

    (c)    the dates on which or between which you were absent from work or school, if at all, allegedly as a result of said incident;

    (d)    the dates on which or between which you were incapacitated;

    (e)    the average weekly income received by you from work to for the calendar year immediately prior to the occurrence of said incident; and

    (f)    the cost of all schooling which you were not able to attend as a result of said incident.

**Response # 10:**

a.     **Special Education Teacher, Westfield Public Schools**
b.     **Westfield School Department, Westfield, Massachusetts**
        **22 Ashley Street**
        **Westfield, MA 01085**
        **(413) 572-6550**
c.     February 1, 2002 to approximately February 22, 2002. October 16, 2002 to present.
d.     See answer to c, above.
e.     I believe that my rate of pay for the year prior to the accident was $40,000 a year. It is my understanding that, since I stopped working, the salary rate for my position has increased to $44,002.00.
f.     None.

11. Please state the full name and address of each person whom you expect to call as an expert witness at trial stating:

   (a)   the subject matter on which the expert is expected to testify;

   (b)   the substance of the facts and opinions to which the expert is expected to testify; and

   (c)   a summary on the grounds for each opinion.

**Response # 11:**

**This has not yet been determined. The Plaintiff reserves the right to supplement this response.**

12. Are you now receiving or have you ever received any disability pension, income or insurance or any Workers' Compensation benefits from any agency, company, person, corporation, state or government. If so, please state:

   (a)   the nature of any such payment;

   (b)   the dates you received such income; and

   (c)   the injuries or disability you received and how such injury occurred or disability arose.

**Response # 12:**

**a. I have received short-term disability benefits from Unum/Provident Insurance Company.**
**b. I received disability benefits from April, 2003 to January 2004.**
**c. OBJECTION: This improperly seeks to have the Plaintiff form legal and/or expert opinions and/or conclusions and does not seek facts. Without waiving this objection and subject to it, the Plaintiff responds as follows:**
**These payments were for time out of work due to the injuries which resulted from the fall at Wal-Mart and due to the ensuing fibromyalgia, the cause of which has yet to be determined.**

231960-1                                    13

13. Please describe all claims made or legal actions commenced by you against any person and/or business entity as a result of personal injury and/or property damage, including, but not limited to, the following:

    (a)     The court in which a Complaint was filed;

    (b)     The Civil Action Number assigned by the Court;

    (c)     The names of the parties appearing on the Complaint;

    (d)     The names of the attorney who represented you and the names of the attorney who represented the defendant(s); and

    (e)     Any insurance companies providing liability coverage to the defendant(s).

**Response # 13:**

**With regard to the 1994 automobile accident in which I was involved, I filed a claim with the insurance company for the other driver, the name of which I do not recall. There was no lawsuit filed. The attorney who represented me was Atty. Frasco of Westfield, Massachusetts.**

14. If you have been convicted of a felony in the last ten (10) years or a misdemeanor in the last five (5) years in any court in the Commonwealth of Massachusetts or in any court in any other state, please state the following:

    (a)     The court and docket number of the case in which you were a defendant and pursuant to which a conviction was entered;

    (b)     The date when the conviction was entered;

    (c)     The specific charge, including reference to any criminal statute under which you were charged;

(d)  The sentence imposed by the court; and

(e)  The date you were discharged from custody or probation or the date you are scheduled to complete probation.

**Response # 14:**

**Not applicable.**

Signed under the pains and penalties of perjury this ___8___ day of July, 2004.

_____
Michele Leader

As to Objections:

_____
John J. McCarthy, Esquire
DOHERTY, WALLACE, PILLSBURY
& MURPHY, P.C.
1414 Main Street, 19th Floor
Monarch Place
Springfield, Massachusetts 01144
Telephone: 413-733-3111
Facsimile: 413-734-3910
BBO #328280

## CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, first class mail, to Chauncey D. Steele, Esq., Craig and Macauley, Federal Reserve Plaza, 600 Atlantic Ave., Boston, MA 02210.

Date: 7/8/04    _____
John J. McCarthy

231960-1

15