

Case 3:04-cv-30055-KPN    Document 46-2    Filed 10/26/2005    Page 1 of 12

**Kirk H. Johnson, M.D., P.C.**
33 Oak Avenue
Worcester, MA 01605
(508) 752-1304
Fax: (508) 752-4603
E-mail: khj@kirkjohnsonmd.com

November 21, 2004

Mr. John M. Flynn
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

**PATIENT:**  LEADER, MICHELE (FORNEY)

Dear Mr. Flynn:

I have been presented with 750 pages of medical records of the patient, Michele (Forney) Leader for review.  It is important to note that this is an orthopedic record review only and does not include examination of the patient nor does it include history obtained directly from the patient.

The records have been provided from multiple sources.  These records have been arranged in chronological order for the purposes of review.

Records begin in 1998 with a primary care note dated October 28, 1998. The patient's weight is 262 pounds with a primary complaint of cholelithiasis and conjunctivitis.  Conservative measures are recommended.  Discussion focuses on possible surgical management of the gallstones.

On January 18, 1999, an imaging study of the liver is described, indicating no obstruction of the cystic duct.

Continued primary care notes through early 1999 indicate evaluation for complaints of back pain, urinary tract infection, "right side" and back pain requiring narcotic prescriptions.

On February 8, 1999, an admission to Noble Hospital is detailed with performance of a laparoscopic cholecystectomy.

Subsequent notes focus on seasonal allergies, management of toe nail discoloration, asthma symptoms with various medications recommended for the above.

On August 6, 1999, a consultation with primary care focuses on an impression of "depression."  Medications are recommended for management. At the same time, the patient is noted to have heartburn requiring medication management.  Throughout this year of primary care notes, mention is repeatedly made of the patient's obesity.

On April 3, 2000, primary care notes indicate severe left-sided headache associated with an upper respiratory infection.  Medications recommended.  In spite of various conservative treatments, the problem persists with a recommended CT scan for work up.  Subsequent primary

General Orthopaedic Surgery – Joint Replacement of Hip & Knee
Knee Arthroscopy

care visits focus on refills of various medications including antidepressant medication, antiasthma inhalers, etc.

A May 23, 2000 Noble Hospital emergency visit focuses on continued complaint of headache with documentation of prior CT scan. The medication list upon presentation includes Tylenol, ibuprofen, albuterol inhaler, Rhinocort, and other steroid inhaler, Allegra, Celexa, and birth control pills. The patient is given intravenous Reglan and intramuscular Demerol.

The patient is seen by primary care the following day for followup of headaches with further modifications made in medication management. Further narcotics are prescribed and administered. Questions are raised as to possible sinusitis as a contributing diagnosis. By June 27, 2000, the patient's migraine headaches are intermittent, but to some degree, persistent. Again, multiple medication modifications are documented including continued use of narcotics.

On October 12, 2000, the patient's weight is 284 pounds. Primary care problem list again includes severe headaches and sinus infection. Toward the end of 2000, complaints include cough, chest congestion, persistent headaches, along with the ongoing need for antidepressant medication and bronchodilators (inhalers).

Primary visits in 2001 again focus on the patient's pulmonary disease with modifications made in bronchodilators (inhalers) as well as focus on possible recurrent sinusitis. By February 2, 2001, the patient's asthma medication list includes Flovent, Serevent, Flonase, and albuterol.

On September 13, 2001, primary care note indicates the patient's weight at 256 pounds. The primary complaints at the time of this visit are need for medications relative to question sinus infection and **left knee pain.** History provided includes a history of a fall on the left knee in February 2001 (7 months previous) with complaints of intermittent pain and a "lump." Examination reveals no swelling, tenderness below the patella, full range of motion, and stable. Diagnosis, "left knee pain." Radiographs taken at Noble Hospital 5 days later reveal a small osteophyte at the insertion of the quadriceps tendon. It is notable that the x-ray includes 3 views of the left knee. The impression is "no acute process, no significant abnormality detected."

One month later, Michele Leader presents to primary care to discuss the x-ray of the left knee with complaints of continued tenderness, especially when standing for long periods of time. Examining physician records a "lump" in the lateral left knee and also records the osteophyte revealed by the x-ray with recommendation for orthopedic referral.

On November 1, 2001, the patient is seen at Hampshire Orthopedics & Sports Medicine Inc., specifically by Dr. Henry Drinker. The history recorded by Dr. Drinker is a fall in February 2001 directly on the front of the left knee with a significant contusion from the distal pole of the patella down to the tibial tubercle. Further history reveals that the major acute problem resolved after several weeks, but left the patient with pain over the tibial tubercle that is notable after prolonged standing or prolonged walking.

Dr. Noble observes that the x-rays taken in September 2001 do reveal a small osteophyte. He does not feel the osteophyte "has anything to do with her symptoms." His exam confirms that the patient is obese at 5'3" tall. He notes prominence of both tibial tubercles with acute sensitivity on the left as compared to the right with the remainder of the knee "more or less normal." He concludes a chronic patellar tendonitis stimulated by the direct contusion and aggravated by the additional strain subsequently. He goes on to state that the patient has "lost considerable amount of weight" with subjective improvement. Surgical treatment is suggested as a possibility, specifically debridement of chronic granulation at the tendon insertion.

November 15, 2001, a primary care note indicates evaluation for cervical strain with recommendation of physical therapy.

**February 1, 2002** Noble Hospital Emergency Department report indicates a presentation by Michele Leader status post fall, bilateral knee pain. The history indicates that the patient was at Wal-Mart, tripped over a rug, falling forward, landing on both knees, presents complaining of bilateral knee pain, more severe with weightbearing and ambulation, alleviated by rest. The emergency visit reviews the patient's past medical history and her lengthy medication list. Physical examination is described in detail. The extremity exam reveals a superficial abrasion over the anterior aspect of the right knee without significant swelling or joint effusion. The right knee has full range of motion with mild pain with associated tenderness diffusely throughout the joint without visible or palpable soft tissue or bony deformity present. There is no instability, yet exam is difficult in light of the patient's discomfort. Neurovascular status appears satisfactory. The left lower extremity, skin is intact without soft tissue swelling or joint effusion, full range of motion, mild discomfort on flexion-extension, no instability, again, difficult assessment in light of the patient's discomfort. Again, sensory exam is satisfactory. X-rays of the right and left knees are "both normal." The official radiology report from Noble Hospital reveals 3 views of the right knee and 3 views of the left knee read as normal on both right and left knees. It is important to note that the 3 views included are anterior, shoot-through lateral, and tunnel projections.

One month later, the patient was seen by Dr. Henry Drinker. He confirmed the fall in the supermarket, the presence of an abrasion on the right knee with sensitivity noted. The radiographs from Noble Emergency Room were reviewed. The patient's exam is limited with a conclusion of contusion, both knees. Dr. Drinker further concludes "she simply has bruised her knees because of her obesity and her preexisting tendonitis."

On March 19, 2002, 6 weeks later, the patient is seen by her primary care physician complaining of continued knee pain following the fall onto her knees. Observation is made that there is pain and swelling with stair climbing and standing. The patient is seeking another opinion.

On April 29, 2002, the patient is seen at New England Orthopedic Surgeons. The history reveals that the patient presents with a complaint of "bilateral anterior knee pain, present for several years…several falls onto the knees." Intermittent use of Naprosyn is observed. Examination reveals a patient 5'4" tall, 250 pounds, with full motion of both knees, patellofemoral crepitus noted, no signs of meniscal pathology, and alignment satisfactory. Radiographs are taken showing mild PF malalignment. Diagnosis, "patellofemoral syndrome with chondral breakdown in an obese woman." Recommendations are made for physical therapy, avoidance of activities, with clear indication that prognosis is guarded "given her size…already advanced chondral breakdown…somewhat pessimistic that she is going to do well and may require arthroscopy."

On May 2, 2002, the patient Michele Leader is seen at Physical Therapy Partners in Westfield, Massachusetts with a diagnosis of bilateral patellofemoral syndrome/chondromalacia. The intake visit establishes starting point for treatment, and statement of short and long-term goals. Following the intake visit of May 2, 2002, there are recorded visits the following day and then subsequently only one follow-up visit on May 7, 2002 with a no-show on May 10, 2002, and a discharge on June 24, 2002.

A note of July 17, 2002 at New England Orthopedic Surgeons indicates findings of lateral subluxation of the patella on Merchant view. Documentation of poor tolerance of therapy, continued discomfort and pain, cortisone injections delivered as directed by Dr. Corsetti, and questions raised as to possible open realignment.

Two months later, on September 9, 2002, the patient is seen by Dr. Corsetti with continued complaints of knee pain, right greater than left. Observation of prior therapy and cortisone injections recorded. Notable patellofemoral crepitus is again seen with the diagnosis of patellofemoral chondrosis. Various operative options are presented, including arthroscopy with or without lateral release and formal patellar realignment. Dr. Corsetti concludes by recommending arthroscopy with chondral debridement, possible lateral release, quoting a failure rate of 35-45%, discouraging open realignment possibilities.

On September 12, 2002, MRI is performed indicating minimal meniscal degenerative change medially with mild osteoarthritic spurring along the lateral joint line and anterior aspect of the lateral femoral condyle with no evidence of internal derangement.

On October 16, 2002, at the Maple Surgery Center, the patient Michele Leader undergoes surgery by Dr. Corsetti. Procedure, patellar chondroplasty. The body of the operative note indicates that the undersurface of the patella showed diffuse grade 3 wear involving the entire lateral facet. There was relative sparing of the trochlea with lateral tracking of the patella. Several areas of full thickness cartilage loss with exposed bone were seen. A debridement procedure was described. The balance of the knee was essentially benign.

Five days later, the patient was seen at Baystate Medical Center Emergency Department with a complaint of increased pain and swelling with a focus of findings in the calf and associated numbness in the foot. A diagnosis of deep vein thrombosis

was made by ultrasound. The patient was started on Lovenox as well as Coumadin with the anticipation of admission due to inability to ambulate. Apparently, because of a lack of a hospital bed, the patient was transported by ambulance to Noble Hospital where she was admitted on October 22, 2002. She remained in the hospital for 4 days receiving weight-adjusted Lovenox as well as Coumadin. Discharge summary indicates that she had gradual resolution of her pain. During her hospital stay, she was seen in consultation by Dr. Kurtis with focus on her knee incisions following her arthroscopy. A Noble Hospital DVT ultrasound was performed on October 24, 2002, 2 days prior to her discharge. "No ultrasonic evidence of deep venous thrombosis was found."

On November 5, 2002, Dr. Corsetti evaluated the patient almost 3 weeks following her arthroscopy. He examined the knee and recorded his findings, indicating flexion to 90 degrees and small effusion. He recommended gentle therapy and continued management of presumed DVT.

On November 6, 2002, the patient Michele Leader is seen by Dr. Wolpert of Vascular Services of Western New England. The noted evaluation reviews the patient's history of surgery, subsequent diagnosis of DVT at Baystate Medical Center, and treatment with Coumadin. Physical examination is performed, indicating no evidence of compartment syndrome. Recommendations are made for compression of the leg with leg elevation. Dr. Wolpert observes that the patient's obesity is an additional problem, reducing her mobility responsible for her sensory deficit, etc.

Two days later, the patient was seen by primary care confirming the orthopedic and vascular followups. Discussion focuses on the patient's headaches, raising the question of "possible MS versus migraine." The patient was seen again the following day with evidence of "red blotches all over body." Two days later, another primary care visit again focuses on the skin lesion question "hot tub folliculitis."

On November 12, 2002, Dr. Corsetti (orthopedic surgeon) again evaluates the patient 4 weeks following arthroscopy. Confirmation of the vascular evaluation is described and examination of the knee is again described. Focus on rehabilitation of the leg is coupled with the concerns of the deep venous thrombosis.

On November 12, 2002, a Noble Hospital physical therapy evaluation is performed, focusing on rehabilitation of the knee including range and improved strength. A note of November 25, 2002 indicates 4 total visits over the previous 2 weeks with improved range and exercise endurance, yet still limited flexion starting at 36 degrees now 72 degrees with comparison of 96 degrees on the opposite side. A note of December 16, 2002 confirms further range of motion. Continued PT progress notes confirm ongoing therapy through January 2003 and February 2003 with very slow, but continued progress made. A discharge note of May 2, 2003 indicates that the patient completed a total of 23 visits from November 13, 2002 through February 24, 2003.

Concurrent with these physical therapy visits, the patient continues to be followed closely by primary care, dealing with the full spectrum of problems including migraines, impairment of function in the lower extremity, etc.

On November 26, 2002, Dr. Corsetti again evaluates the patient noting the progress being made with regard to motion and strength, continued monitoring of anticoagulation, and recommendations made for gradual weaning off the crutches.

Primary care notes in December 2002 focus on the patient's problem list, including asthma, migraines, phlebitis, etc.

On December 17, 2002, Dr. Corsetti again evaluates the patient, noting a continued impairment of the lower extremity using a knee brace, utilizing antiinflammatories along with Coumadin as an anticoagulant.

Primary care notes in January 2003 addressed the patient's asthma, migraine, and phlebitis. Medications include muscle relaxants and narcotics. With some increase in right lower extremity complaints, a repeat ultrasound was performed in the right lower extremity on January 14, 2003, indicating no evidence of deep venous thrombosis.

On January 21, 2003, Dr. Corsetti of New England Orthopedic Surgeons evaluates the patient once again following up on her arthroscopic surgery, now 3 months previously. Dr. Corsetti records that the patient is still on Coumadin, ambulating with a cane, attending physical therapy, and complaining of occasional symptoms of buckling. He describes physical findings and confirms that her management at this point is appropriate, including her anticoagulation efforts, compression stockings, anticoagulation, physical therapy, etc.

In January 2003, an MRI of the head is performed and read as normal (work up of severe headaches monitored by primary care).

A February 7, 2003 evaluation by Dr. Kaufman of the Vascular Laboratory of Western New England confirms a normal deep venous architecture and no evidence of DVT (right leg). A note of the same day by Dr. Wolpert is written to Dr. Reynolds confirming the normal vascular study and recommending cessation of Coumadin therapy.

On February 25, 2003, Dr. Corsetti again evaluates the patient noting her cessation of Coumadin, continued muscle relaxant management, continued complaints of lower extremity pain, and calf pain. He concludes that the observation of the patient "continues to come along extraordinarily slowly." He observes that the patient's symptoms are absent when she is in a pool and returns when she gets out of the pool, and further concludes that her symptoms are, in great part, related to her body weight, stating "that it would be reasonable for her to see a nutritionist and that this is really going to be the only way to entirely get her out of this."

Three weeks later, the patient is seen at the "Arthritis Treatment Center." The principal reason for evaluation is back and neck complaints "for years." The pain diagram indicates that the patient has sharp or burning pain over the majority of her body including head, neck, shoulders, mid-back, elbows, forearms, right calf, with aching or dull pain in the low back, and both knees. A 3-page letter by Dr. Robert Gray is written to Dr. Reynolds regarding the patient following rheumatology consultation at the Arthritis Treatment Center. In this note, Dr. Gray reviews the

patient's history of complaints, injuries, medication management, and associated migraines. He reviews the patient's past medical history, drug allergies, and extensive medication list including Skelaxin, Lexapro, Loestrin, Celebrex, Allegra, Axert, Flonase, Serevent, Flovent, albuterol, Darvocet, and Prilosec. He concludes a diagnosis of fibromyalgia, active poorly controlled, patellofemoral arthralgia/chondromalacia, asthma, migraine, hypertension, sicca syndrome without other features in Sjögren's and hand paresthesias.

Two weeks later, the patient was seen by Dr. Corsetti who confirmed her evaluation by Dr. Gray with observation that the patient has pain throughout her body after she was taken off the Celebrex and started on salsalate. Dr. Corsetti discourages any consideration of further surgical intervention.

On April 7, 2003, EMG/nerve conduction studies are performed at the Baystate Medical Center indicating bilateral mild median nerve entrapment at the wrist (carpal tunnel syndrome).

Concurrent with these specialist visits are ongoing primary care notes that again described treatment of the problem list previously stated, now including fibromyalgia.

On April 8, 2003, Dr. Gray again reports to Dr. Reynolds an evaluation of the patient, observing changes made in medication management. He again reviews the extensive medication list and makes observations regarding the change in treatment plan. Continued primary care visits and Arthritis Treatment Center visits are recorded with frequent notes noting modifications in medication management. On April 16, 2003, a left knee aspiration is performed with injection of steroid.

On April 16, 2003, Dr. Desilets writes to Dr. Reynolds regarding his evaluation of patient, Michele Leader for a problem of reflux disease. Endoscopy is recommended by way of work up.

On May 8, 2003, Dr. Aliotta (neurologist) evaluates the patient and writes to Dr. Bothner and Dr. Reynolds. The focus of the visit is headache frequency. The note confirms review of the patient's history, a brief description of neurologic examination including "a complicated case." Recommendations made for utilization of a Medrol Dosepak and cessation of certain medications. Again, concurrent with these specialist visits is documentation of ongoing primary care visits on a regular basis.

On May 14, 2003, Michele Leader is again seen by Dr. Gray at the Arthritis Treatment Center. He again describes a history and a detailed note reviewing the patient's polypharmacy, recording physical findings with a similar problem list created, and an extensive treatment plan, including additional blood work, and additional diagnostic studies. X-rays of the forearm on the right side are recommended, performed, and read as normal.

Two weeks after this visit, the patient presented to the Noble Hospital Emergency Department with abdominal pain with an evaluation performed, and etiology a question.

On June 2, 2003, an MRI of the forearm on the right is performed, indicating no significant findings. Concurrent primary care notes confirm ongoing management with a similar problem list. The patient's weight during this time is in the neighborhood of 280 pounds.

On June 6, 2003, a follow-up GI evaluation is performed by Dr. Desilets with conservative measures recommended.

On June 11, 2003, Dr. Gray again evaluates the patient with a primary diagnosis of fibromyalgia with various complaints of hand paresthesias, migratory pain, fatigue, etc. Medication modifications are described with a similar problem list created, and a treatment plan recorded.

On July 16, 2003, Dr. Don Goldenberg, rheumatologist to Newton-Wellesley Hospital writes to Dr. Gray confirming Dr. Gray's diagnosis of fibromyalgia. He reviews the patient's extensive medication list, her work up to date. He observes, on examination, her obesity and presence of diffuse pain with no neurologic abnormalities. He recommends again medication modification with the addition of Neurontin, confirming the potential benefit of weight reduction, etc.

Three days later, the patient is seen at Noble Hospital Physical Therapy with a primary complaint of neck pain.

On July 23, 2003, endoscopy is performed with findings recorded by Dr. Desilets. Colonoscopy performed at the same time.

On August 4, 2003, cervical spine x-rays are taken at Noble Hospital and recorded as normal. Lumbar spine x-rays taken indicating degenerative disk disease at L5-S1. Again, concurrent with these subspecialty visits and diagnostic studies, the patient is followed closely by her primary care physicians with appropriate notes recording recommendations made at the time of these visits.

From May 2003 through October 2003, the patient is seen on a fairly regular basis by Dr. Alliota (neurologist) with the focus being management of headaches. Notes record normal neurologic exam throughout with various modifications made in medication management.

On September 2, 2003, a sleep apnea study is performed, various sleep apnea equipment is discussed with poor likelihood of compliance recognized.

On September 19, 2003, the patient Michele Leader is evaluated for the first time by Russell Webb (chiropractor). The patient concerns include headaches, carpal tunnel syndrome, neck pain, wrist pain, and low back pain. The patient begins regular visits on that day, seen 3 times in September 2003, 12 times in October 2003, with decreasing frequency during the remainder of 2003 through the spring months of 2004. Again, concurrent with chiropractic visits are regular visits with Michele's primary care physician addressing her problem list, including hypertension, asthma, fibromyalgia, depression, etc.

On November 3, 2003, an MRI of the cervical spine indicates a small disk protrusion at C3-4. Otherwise, an unremarkable study. On December 9, 2003, a rheumatology evaluation by Dr. Pierangelo was

performed assessing fibromyalgia, confirming the appropriateness of management including Zoloft and nortriptyline.

The primary care notes toward the end of 2003 address pain management. A recommendation for an analgesic patch is first made in December 2003 with increasing dosage recommended by January 2004. Concurrent visits by the neurologist focus on headaches with medication modifications made. By January 20, 2004, primary care notes reveal an increase in analgesic recommendations to Duragesic 75 mg every 3 days.

On January 25, 2004, an emergency transport note indicates patient's involvement in a rear-end accident as a restrained driver. Airbag did deploy. The patient was transported with complaints of "multisystem trauma," complaining of neck and shoulder pain. She was brought to the emergency department at Baystate Medical Center with these complaints. The patient was evaluated per routine with appropriate radiographs and a final assessment of "muscle strain" made. After 3 hours in the emergency room, the patient was discharged home.

On February 8, 2004, the patient Michele Leader is seen by Dr. Pierangelo. The visit is described in note to Dr. Bothner. The focus is a second opinion of fibromyalgia. The details of the patient's history are described with the patient's past medical history and physical findings again noted. Dr. Pierangelo states that the patient's diagnosis is most likely fibromyalgia, and the patient's management is to be reviewed.

On February 27, 2004, the patient's medication management is reviewed with the frequency of Duragesic Patch increased to every 48 hours at the same dosage. Mention is made of a gastric bypass surgery scheduled for March 10, 2004. On April 9, 2004, primary care note indicates that the surgery was performed.

A May 6, 2004 note by Dr. Kasper reveals that the patient is doing well with a 44-pound weight loss. Concurrent primary care visits from Hampton County Physician Associates again reflects ongoing care. The medication list is reviewed in detail, including 19 various medications consistent with the past.

On June 7, 2004, Dr. Kasper of the New England Surgical Group notes the patient has lost 56 pounds with some complications described, including frequent vomiting with associated abdominal pain. These same complaints are reflected in primary care notes concurrently. On June 18, 2004, a primary care note confirms a 78-pound weight loss since bypass surgery of March 10, 2004.

On June 30, 2004, Dr. Desilets (GI) evaluates the patient because of increased liver function studies felt to be likely secondary to some of the medications. A followup by Dr. Desilets in July 2004 again reviews the patient's liver panel, noting the normalization of some of the studies.

On July 13, 2004, Dr. Pierangelo reports that the patient has lost 70 pounds, continuing to complain of low back pain. He observes that the patient looks depressed, multiple points of tenderness with an assessment of back pain and fibromyalgia.

A lengthy note by Dr. Kasper is written to a Springfield Massachusetts law firm as a narrative regarding his medical care of the patient. Dr. Kasper describes the patient's indications for bypass surgery, the details of the operative intervention, and the patient's subsequent followups. As of the writing of this note, he noted a reduction to 232 pounds from her intake of 288 pounds. Finally, he reports that she will be continuously followed.

On July 19, 2004, Dr. Goldenberg (rheumatology) writes a TWIMC letter regarding his management of the patient with a diagnosis of fibromyalgia, obviously responding to questions regarding disability and prognosis.

Finally on August 11, 2004, Dr. Corsetti writes to an Atty. John McCarthy regarding his care of Michele Leader. In this note, he confirms that the patient described an onset of left knee pain in February 2001 and an injury to both knees in February 2002. He goes on to describe his examination of the patient from the point of her initial presentation to him in April 2002, including cortisone injections and subsequent arthroscopy. He describes his arthroscopic findings, subsequent development of deep venous thrombosis, and complications of that syndrome. He goes on to further describe the patient's treatment with Dr. Gray regarding the patient's fibromyalgia. He concludes a diagnosis of left knee patellofemoral chondrosis, right knee patellofemoral chondrosis, and postoperative deep venous thrombosis. He states in a paragraph titled "Causality," that the fall of February 2002 is a major causal factor with reference to the patient's knee complaints. He does indicate the likelihood of preexisting disease necessitating cortisone injections and recognizing the complaints following the injury of February 2001. Furthermore, he states that had the patient not fallen, "it is unlikely that the patient would have required medical care and surgery on her right knee." He finally concludes that the injury of February 2002 is the "major contributor to her ongoing clinical syndrome." He finally concludes, based upon the patient's history and examination, a 10% permanent loss of function in each lower extremity on the basis of the injuries described.

**ASSESSMENT:** Longstanding history of obesity; longstanding knee complaints; preexisting degenerative disease of patellofemoral joint; status post arthroscopy with postoperative deep venous thrombosis.

**COMMENT:** The patient's history of obesity is well established. The patient, Michele Leader first complained of knee pain in September 2001 describing a fall 7 months earlier. A patellar osteophyte is seen on radiographs of September 18, 2001.

Just 2-1/2 months after the patient's February 2002 fall, Dr. Corsetti evaluates the patient observing pain "present for several years...several falls." He notes bilateral crepitus, radiographic evidence of patellofemoral alignment, and concludes "patellofemoral syndrome with chondral breakdown in an obese woman." He further states that "given her size...she already has advanced chondral breakdown." In essence, he concludes a poor prognosis in light of her obesity and clear evidence of advanced disease.

On October 22, Dr. Corsetti again reiterates that the patient is being brought to the operating room with a "long history of refractory

anterior knee pain and crepitus that has failed conservative management." At the time of arthroscopy, he describes grade III-IV chondral wear.

In short, Dr. Corsetti's assessment at the time of his first treatment of the patient is not consistent with his assessment in his letter of August 11, 2004. In the face of the findings stage III-IV articular change, it is inconsistent to state that "had this fall not occurred it is unlikely that the patient would have required medical care and surgery on her right knee."

*

Based upon the review of records, there is ample documentation that the patient's principal underlying preexisting problem was her obesity and longstanding patellofemoral disease, not injury or trauma secondary to the fall of February 2002.

Sincerely,

_____
Kirk Johnson, M.D.
KHJ/asp.md/cnc:cve/+
D: 11/21/04 T: 11/23/04

I am a duly licensed physician authorized to practice under the laws of Massachusetts. Subscribed and sworn to under the pains and penalties of perjury.

_____
Kirk Johnson, M.D.

LEADER_MICHELE_2004-11-21 john0143