

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER, | ) ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) ) |
| WAL-MART STORES, INC. and WAL-MART STORES EAST, LP, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 04-30055-KPN

## AFFIDAVIT OF AMY E. VERCILLO

I, Amy E. Vercillo, state under the penalties of perjury:

1.   I am a vocational specialist with Rehabilitation and Re-Employment, 28 Bradfield Avenue, Boston, MA 02131.

2.   On May 20, 2005, I produced a report regarding Michelle Leader's loss of earning capacity claim in the above-referenced matter.

3.   In producing said report, I reviewed a number of documents including the report of Dr. Kirk H. Johnson, which was the only medical report available at the time discussing the effects of Ms. Leader's alleged accident at Wal-Mart.

4.   Since then, I have had an opportunity to review the report of Dr. Thomas P. Goss. Dr. Goss's report confirmed my report, and I rely upon his report to provide my opinion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 25 DAY OF OCTOBER, 2005.

Amy E. Vercillo, M.S.,
L.R.C., C.R.C., C.D.M.S.

OCT 25, 2005 08:39                    6177421788                         page 2