

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER,<br><br>Plaintiffs<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART STORES EAST, LP,<br><br>Defendant. | Civil Action No. 04-30055-KPN |

### AFFIDAVIT OF THOMAS P. GOSS, M.D.

I, Thomas P. Goss, M.D., state under the penalties of perjury:

1. I am an orthopedic surgeon licensed in the Commonwealth of Massachusetts.

2. On June 13, 2005, I produced a report regarding my medical records review and independent medical evaluation of Michelle Leader.

3. In producing said report, I reviewed a number of documents including the report of Dr. Kirk H. Johnson.

4. Dr. Johnson's report merely confirmed my independently-arrived-at opinion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 25th DAY OF OCTOBER, 2005.

_____
Thomas P. Goss, M.D.