DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: DWPM@DWPM.COM

FAXED

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE'
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*'
MICHAEL J. BONANNO*

MATTHEW J. RYAN, JR
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

' REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

June 1, 2005

**VIA FACSIMILE NO.: (617) 742-1788**
**and FIRST-CLASS MAIL**

Richard B. Quinby, Esquire
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

***Re:*** ***Michele A. Leader, et al. v. Wal-Mart Stores, Inc., et al.***
***United States District Court, Civil Action No. 04-CV-30055-KPN***
***DWPM File No. 5390023-0***

Dear Attorney Quinby:

I am in receipt of your letter dated May 31, 2005 and addressed to Attorney John J. McCarthy of this office. Attached, please find Plaintiff Michele Leader's Supplemental Responses to Interrogatories Propounded by Defendant, Wal-Mart Stores, Inc. I received these signed Supplemental Responses last week and hereby provide the same to you. As you can see, the Supplemental Answer to your Interrogatory No. 11 identifies Dr. Lorraine Mayer-Wolpert Berman as an expert witness.

Please also find attached a copy of my letter to Attorney Chad Steele, dated April 21, 2005 and sent via certified mail disclosing Dr. Berman as an expert witness pursuant to Fed.R.Civ.P. 26(a)(2). Also attached, please find the return receipt for this letter indicating that it was received by your office on April 25, 2005. Finally, please also find attached a copy of the Plaintiff's Affidavit of Compliance with Scheduling Order, dated May 17, 2005, a copy of which was provided to Attorney Steele. Please note that Paragraph 2 of this Affidavit indicates that I designated Dr. Lorraine Berman as a trial expert by letter to you dated April 21, 2005. In light of all of the above, we certainly did designate Dr. Wolpert-Berman as an expert in this case.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Thomas E. Day

TED/cas
Enclosures

cc: John J. McCarthy, Esquire *(w/out encs.)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER,
Plaintiffs

v.

WAL-MART STORES, INC.
Defendant.

Civil Action No. 04-30055-MAP

**PLAINTIFF MICHELE LEADER'S SUPPLEMENTAL RESPONSES TO INTERROGATORIES PROPOUNDED BY DEFENDANT WAL-MART STORES, INC.**

3. Please identify the names and addresses of all known witnesses (both percipient witnesses and any witnesses to any of the facts alleged in Plaintiff's complaint) and their relationship with you.

**Response # 3:**

**There was a woman working at the service desk nearby who came upon the scene shortly after I fell. I do not know if she actually witnessed my fall or not. I did not get her name. She called the manager, a man, who came upon the scene shortly thereafter. I recall that his last name was Byram. I believe there was also an older man who came upon the scene after I fell and, with the manager, helped me to the concession area to sit down. I did not get his name.**

**Supplemental answer:**

**Lance Leader, husband**
**172 Holyoke Road**
**Westfield, MA 01085**

**Kurtis Leader, son**
**172 Holyoke road**
**Westfield, MA 01085**

**Dianne Walton, friend**
**Center Street**
**Ludlow, MA 01056**

**Ellen Henriques, friend**
**Westfield, MA**

**These people have all witnessed the impact of this accident on my life.**

**In addition, Ms. Eleanor Cook, the Special Education Superviser at South Middle School and Mr. Dennis Fahey, the Principal at South Middle School are witnesses as to the particulars of my job as a Special Education Teacher at South Middle School, my performance of my duties, the particular duties my job required, and my ability to perform these duties in light of my current physical limitations.**

**It is not clear to the Plaintiff whether the above information is responsive to Defendant's Interrogatory No. 3 (which requests the names and addresses of "both percipient witnesses and any witnesses to any of the facts alleged in the Plaintiff's Complaint.")**

11. Please state the full name and address of each person whom you expect to call as an expert witness at trial stating:

(a) the subject matter on which the expert is expected to testify;
(b) the substance of the facts and opinions to which the expert is expected to testify; and
(c) a summary on the grounds for each opinion.

**Response # 11:**

**This has not yet been determined. The Plaintiff reserves the right to supplement this response.**

**<u>Supplemental answer:</u>**

**Dr. John Corsetti**
**New England Orthopedic Surgeons**
**300 Birnie Avenue**
**Springfield, MA 01107**

a) Please see Plaintiff's expert disclosure, dated April 21, 2005.
b) Please see Plaintiff's expert disclosure, dated April 21, 2005.
c) Please see Plaintiff's expert disclosure, dated April 21, 2005.

**Dr. Lorraine Mayer-Wolpert Berman**
**3500 Main Street, Suite 201**
**Springfield, MA 01107-1117**

a) Please see Plaintiff's expert disclosure, dated April 21, 2005.
b) Please see Plaintiff's expert disclosure, dated April 21, 2005.
c) Please see Plaintiff's expert disclosure, dated April 21, 2005.

**Dr. John D. Kasper**
**New England Surgical Group, LLP**
**401 Chestnut Street, Suite 1**
**Springfield, MA 01104-3477**

a) Please see Plaintiff's expert disclosure, dated April 21, 2005.
b) Please see Plaintiff's expert disclosure, dated April 21, 2005.
c) Please see Plaintiff's expert disclosure, dated April 21, 2005.

**Signed under the pains and penalties of perjury this 23 day of May, 2005.**

**Michele Leader**

## CERTIFICATE OF SERVICE

I, John J. McCarthy, Esquire, do hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, first class mail, to Chauncey D. Steele, Esq., Craig and Macauley, Federal Reserve Plaza, 600 Atlantic Ave., Boston, MA 02210.

Date: 5/ /05

John J. McCarthy

2. Article Number

7160 3901 9848 5876 6411

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* Yes

1. Article Addressed to:

Chauncey D. Steele, IV, Esquire
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature

X

Agent
Addressee

D. Is delivery address different from item 1? Yes
If YES, enter delivery address below: No

APR 25 20

Reference Information

Leader v. Wal Mart

Thomas E. Day, Esq.

PS Form 3811, July 2001 Domestic Return Receipt

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: DWPM@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR.
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE'
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*'
JOHN E. BONINI*
MICHAEL J. BONANNO*

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

' REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

April 21, 2005

**VIA CERTIFIED MAIL NO.: 7160 3901 9848 5876 6411**
**and FIRST-CLASS MAIL**
**and VIA FACSIMILE NO.: (617) 742-1788**

**Certified Article Number**
7160 3901 9848 5876 6411
**SENDERS RECORD**

Chauncey D. Steele, IV, Esquire
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

*Re:* *Michele Leader, Lance Leader, Kurtis Leader, ppa Lance Leader v. Wal-Mart, Inc.*
*Civil Action No.: 04-30055-MAP*
*DWPM File No.: 5390023-0*

Dear Attorney Steele:

Pursuant to Fed.R.Civ.P. 26(a)(2), enclosed please find the narrative report of Dr. Lorraine Berman along with her office notes considered in preparation of this report. Also attached is a copy of Dr. Berman's qualifications, including all publications which she has offered. Dr. Berman was paid $50.00 to prepare the narrative report. It is anticipated that Dr. Berman will testify at deposition in this matter. Her fee for this testimony will be $250.00 per hour. Dr. Berman has not provided testimony, either at deposition or trial, in any other case.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Thomas E. Day

TED/cas
Enclosure

265597-1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL DWPM@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR.
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. MCCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
MICHAEL J. BONANNO*

MATTHEW J. RYAN JR
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

May 18, 2005

Clerk of the Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

***Re:*** ***<u>Michele Leader, Lance Leader, Kurtis Leader, ppa Lance Leader v. Wal-Mart, Inc.</u>***
***Hampden County Superior Court Civil Action No.: 04-186***
***United States District Court Civil Action No.: 04-30055-MAP***
***DWPM File No.: 5390023-0***

Dear Clerk:

Enclosed for filing, please find *Affidavit of Compliance with Scheduling Order*.

Thank you for your assistance in this matter.

Very truly yours,

Thomas E. Day

TED/dlb
Enclosures

cc: Chauncey D. Steele, IV, Esquire *(w/encs.)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

MICHELE LEADER, LANCE LEADER, KURTIS LEADER PPA LANCE LEADER,
Plaintiffs,

vs.

WAL-MART STORES, INC.,
Defendant.

CIVIL ACTION NO. 04-30055-MAP

## AFFIDAVIT OF COMPLIANCE WITH SCHEDULING ORDER

I, Thomas E. Day, Esquire, depose and say as follows:

1. I am the attorney of record for the Plaintiffs.

2. By letter dated April 21, 2005, I designated Dr. Lorraine Wolpert-Berman as a trial expert and disclosed the relevant information regarding Dr. Berman to Attorney Chauncey V. Steele, attorney for the Defendant. I provided this disclosure to Attorney Steele via facsimile, first-class mail and certified mail.

3. By certified mail letter dated October 22, 2004, Attorney John McCarthy, of my office, provided Attorney Steele with a copy of the narrative report of Dr. John Corsetti. By letter dated April 21, 2005, I provided Attorney Steele with other relevant information regarding Dr. Corsetti and designated Dr. Corsetti as an expert. I provided this information to Attorney Steele via facsimile, first-class mail and certified mail.

4. By letter dated April 21, 2005, I designated Dr. John Kasper as a trial expert for the Plaintiff and provided Attorney Steele with the relevant information regarding Dr. Kasper. I provided this information to Attorney Steele via facsimile, first-class mail and certified mail.

5. In addition to the above, this office has provided Attorney Steele with information regarding the following medical providers for the Plaintiff. The information provided includes all currently available medical records and bills.

1. Dr. Armand Aliotta
2. Alliance Imaging
3. American Medical Response
4. American Sleep Diagnostics
5. Arthritis Treatment Center
   - Dr. Robert Gray
6. Baystate Medical Associates
   - Jean McCarthy, PAC
   - Dr. David Desilets
7. Baystate Medical Center

8. Baystate MRI & Imaging
9. Family Medicine Associates
   - -Dr. George Reynolds
   - -Dr. Paul Bothner
   - -Dr. Bashir Bashiruddin
   - -Maria Langkowski, RN
10. Footit Surgical Supply
11. Dr. Don Goldenberg
12. Hampden County Physicians Associates
   - -Dr. David Pierangelo
13. Hampshire Orthopedics
   - -Dr. Henry Drinker
14. Dr. Christopher Keroack
15. Maple Surgery Center
16. Mercy Hospital
17. The MRI Center
18. New England Orthopedic Surgeons
   - -Dr. John Corsetti
19. New England Surgical Group
   - -Dr. John Kasper
20. Noble Hospital
21. Physical Therapy Partners
22. Rheumatology Associates, P.C.
23. Dr. Julio A. Martinez-Silvestrini
24. Springfield Anesthesia Service
25. Vascular Services of Western New England
   - -Dr. Lorraine Wolpert-Berman
26. Webb Family Chiropractic

The Plaintiffs,
**MICHELE LEADER, LANCE LEADER, KURTIS LEADER PPA LANCE LEADER,**
By their attorney,

Dated: May 17, 2005

John J. McCarthy, Esquire
BBO# 328280
Thomas E. Day, Esquire
Doherty, Wallace, Pillsbury, and Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

**CERTIFICATE OF SERVICE**

I, Thomas E. Day, counsel of record, do hereby certify that I served a copy of the foregoing document on the parties to the case by mailing a copy of the same, postage prepaid to:

**Chauncey D. Steele IV, Esq.**
**Craig and Macauley**
**Federal Reserve Plaza**
**600 Atlantic Avenue**
**Boston, MA 02210**

Dated: May 17, 2005

Thomas E. Day

Job Code No. ______________

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111
TELECOPIER (413) 734-3910
EMAIL

# TELECOPIER COVER SHEET

DATE: June 1, 2005 CLIENT NO.: 5390023-0

Please deliver the following page(s) to:

TO: Richard B. Quinby, Esquire FAX: (617) 742-1788

FROM: Thomas E. Day, Esquire

RE: *Michele A. Leader, et al. v. Wal-Mart Stores, Inc.*

Total number of pages (including this cover sheet): **12**

*If there are any problems receiving this transmission, please call our Fax Operator at (413) 733-3111 x363.*

## MESSAGE

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT DISCLOSING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED, AND THAT THE DOCUMENT SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE TELEPHONE US IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS AT NO COST TO YOU. THANK YOU FOR YOUR COOPERATION.

## Confirmation Report – Memory Send

COMPLETED

Time : 06-01-2005 10:54am
Tel line : 4137887567
Name : DOHERTY WALLCE

| | | |
|---|---|---|
| Job number | : | 816 |
| Date | : | 06-01 10:49am |
| To | : | 145#1000#25#16177421788# |
| Document pages | : | 012 |
| Start time | : | 06-01 10:51am |
| End time | : | 06-01 10:54am |
| Pages sent | : | 012 |
| Status | : | OK |

Job number : 816 *** SEND SUCCESSFUL ***

Job Code No. ______________

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111
TELECOPIER (413) 734-3910
EMAIL

## TELECOPIER COVER SHEET

DATE: June 1, 2005 CLIENT NO.: 5390023-0

Please deliver the following page(s) to:

TO: Richard B. Quinby, Esquire FAX: (617) 742-1788

FROM: Thomas E. Day, Esquire

RE: *Michele A. Leader, et al. v. Wal-Mart Stores, Inc.*

Total number of pages (including this cover sheet): 12

*If there are any problems receiving this transmission, please call our Fax Operator at (413) 733-3111 x363.*

**MESSAGE**

CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT DISCLOSING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED, AND THAT THE DOCUMENT SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE TELEPHONE US IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS AT NO COST TO YOU. THANK YOU FOR YOUR COOPERATION.

258573-1