UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

2005 OCT 28 A 9: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

HAMPDEN, ss.

| | | |
|---|---|---|
| MICHELE LEADER ET AL, | ) | CIVIL ACTION NO. 04-30005-KPN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

JOINT MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE

Now come the parties and jointly move the Court to reschedule the Pretrial Conference from October 28, 2005 to November 1, 2005. As grounds counsel for the plaintiff states that he has an unavoidable conflict in his schedule, and is required to appear in the Chicopee District Court at the same date and time of the currently scheduled Conference in this matter. The parties respectfully request that this case be scheduled for Pretrial Conference on November 1, 2005 at 10:00 a.m.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| MICHELE LEADER | WAL-MART STORES, INC. |
| BY HER ATTORNEY | BY THEIR ATTORNEY |
| Date: 10/27/05 | Date: 10/27/05 Richard E. Quinby (JJM) |
| John J. McCarthy, Esquire | Richard E. Quinby, Esq. |
| Doherty, Wallace, Pillsbury, and Murphy, P.C. | Craig and Macauley |
| One Monarch Place | Federal Reserve Plaza |
| 1414 Main Street | 600 Atlantic Avenue |
| 19th Floor | Boston, MA 02210 |
| Springfield, MA 01144-1900 | |
| Telephone: 413-733-3111 | |
| Facsimile: 413-734-3910 | |
| BBO# 328280 | |

287313.1