UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD

| | |
|---|---|
| MICHELE LEADER, LANCE LEADER, KUTIS LEADER, PPA LANCE LEADER,<br>　　Plaintiffs<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART STORES EAST, LP<br>　　Defendants | Civil Action No. 04-300055-KPN |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

　　Please enter the notice of my appearance on behalf of the Plaintiffs Michele Leader et al.

　　　　　　　　　　　　　　　　　　　THE PLAINTIFFS, MICHELE LEADER
　　　　　　　　　　　　　　　　　　　ET AL,
　　　　　　　　　　　　　　　　　　　BY THEIR ATTORNEY

Date: 11-8-05　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　Michele A. Rooke, Esquire
　　　　　　　　　　　　　　　　　　　Doherty, Wallace, Pillsbury & Murphy, P.C.
　　　　　　　　　　　　　　　　　　　One Monarch Place
　　　　　　　　　　　　　　　　　　　1414 Main Street, 19th Floor
　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts, 01144-1900
　　　　　　　　　　　　　　　　　　　Phone: (413) 733-3111
　　　　　　　　　　　　　　　　　　　Fax: (413) 734-3910
　　　　　　　　　　　　　　　　　　　B.B.O. Number 643632

288809.1

## CERTIFICATE OF SERVICE

I, Michele A. Rooke, Esquire, hereby certify that I served a copy of the foregoing on the Plaintiff by mailing a copy of the same postage prepaid to:

Chauncey D. Steele IV, Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Dated: 11-8-05

_____
Michele A. Rooke, Esquire

288809.1