```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
                         WESTERN DIVISION
```

|   |   |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER,<br><br>    Plaintiffs<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART STORES EAST, LP,<br><br>    Defendant. | Civil Action No. 04-30055-KPN |

### AFFIDAVIT OF NOTICE OF INTENTION TO USE MEDICAL, DENTAL, OR HOSPITAL BILLS AND/OR REPORTS AS EVIDENCE IN TORT OR CONTRACT ACTION

1.  I, Chauncey D. Steele IV, attorney for the defendant Wal-Mart Stores, East, LP ("Wal-Mart") in the above-captioned case, make oath that on November 4, 2005, I gave notice in writing pursuant to Massachusetts General Law Chapter 233, Section 79G, together with copies of said bills and/or reports, of my intention to offer into evidence at the trial in the above-captioned case, bills and/or reports for medical, dental or hospital services rendered to the plaintiffs.

2.  Such notice of intent and copies of the bills and/or reports was given by mailing the same, certified mail, return receipt requested, to John J. McCarthy, Esq.



Doherty, Wallace, Pillsbury, and Murphy, P.C., One Monarch Place, 1414 Main Street, 19th Floor, Springfield, MA 01144

3. The certified mail, return receipt, indicates that such notice was received by the Plaintiff's counsel on November 7, 2005.

4. A copy of said notice and the return receipt of the certified mail, are attached hereto.

Signed this 10th day of November, 2005, under the pains and penalties of perjury.

WAL-MART STORES EAST, LP

By its attorneys,

CRAIG AND MACAULEY
   PROFESSIONAL CORPORATION

Richard E. Quinby BBO# 545641
Chauncey D. Steele IV BBO #647207
Craig and Macauley
   Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 10, 2005.

Chauncey D. Steele IV