**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

November 4, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
No. 7003 3110 0003 2988 3462

John J. McCarthy, Esq.
Doherty, Wallace, Pillsbury, and Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144

Re:   Michele Leader v. Wal-Mart Stores, Inc. and Wal-Mart Stores, East, LP
      United Stated District Court, Civil Action No. 04-CV-30055-MAP

Dear Attorney McCarthy:

In accordance with M.G.L. ch. 233, § 79G, and Fed. R. Civ. P. 803 (3) and notice is hereby given of our intention to offer into evidence the enclosed copies of medical records and/or reports from the following providers:

1. Noble Hospital
2. The Arthritis Treatment Center
3. Armand Aliotta, MD
4. Bay State Medical Associates
5. American Medical Response
6. New England Orthopedic Surgeons
7. Donald Goldenberg, MD
8. Bay State Medical Center
9. Hampshire Orthopedics and Sports Medicine
10. Russell Webb, DC
11. Vascular Services of Western New England
12. Physical Therapy Partners
13. Hampden County Physician Associates
14. New England Surgical Group
15. Christopher Keroack, MD
16. American Sleep Diagnostics

**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

      17. Julio A. Martinez-Silvestroini, MD and
      18. Family Medicine Associates

Please call if you have any questions.

Very truly yours,

John M. Flynn
Paralegal

Enclosure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery<br>11-7 ___ |
| 1. Article Addressed to:<br>John J. McCarthy, Esq.<br>Doherty, Wallace, Pillsbury<br>One Monarch Place<br>1414 Main St., 19th Floor<br>Springfield, MA  01144 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>X☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer f    7003 3110 0003 2988 3462 | | |
| PS Form 3811, February 2004 | Domestic Return Receipt  #3541-504 | 102595-02-M-1540 |