UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| MICHELE LEADER, LANCE LEADER, KURTIS LEADER, PPA LANCE LEADER,<br><br>　　Plaintiffs<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART STORES EAST, LP,<br><br>　　Defendant. | Civil Action No. 04-30055-KPN |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW
AT THE CLOSE OF ALL EVIDENCE**

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure Defendant Wal-Mart Stores East, LP ("Defendant") hereby moves this Honorable Court for Judgment as a Matter of Law in its favor with respect to all counts in Plaintiffs' Complaint. In support of its Motion, Defendant states that, after the close of all evidence and upon the facts and the law, Plaintiffs have failed to establish the elements necessary to recover against Defendant as a matter of law.

　　In further support, Defendant incorporates by reference its previously-filed Trial Brief. Moreover, arguments advanced and facts alleged in Defendant's prior Motion for Judgment as a Matter of Law are hereby re-alleged and incorporated as if fully

set forth herein. Finally, any additional grounds set forth in the oral argument on this motion are herein incorporated by reference as if fully set forth herein.

Dated: November 17, 2005

Respectfully submitted,

WAL-MART STORES EAST, LP

By its attorneys,

CRAIG AND MACAULEY
 PROFESSIONAL CORPORATION

_____
Richard E. Quinby, (BBO #545641)
Chauncey D. Steele IV, (BBO #647207)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on November 17, 2005.

_____
Richard E. Quinby

2