UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELE LEADER, LANCE LEADER, )
and KURTIS LEADER ppa LANCE )
LEADER, )
                Plaintiffs )
)
)
v. ) Civil Action No. 04-30055-KPN
)
)
WAL-MART STORES EAST, LP )
                Defendant )

SPECIAL VERDICT
November 18, 2005

### A. Michele Leader's Negligence Claim

1. Has Plaintiff, Michele Leader, proven by a preponderance of the evidence that Defendant, Wal-Mart Stores East, LP, was negligent?

    _____ Yes          __X__ No

**If you have answered "Yes" to question 1, go on to question 2. If you answered "No," you must enter a verdict in favor of Defendant by completing the signature and date lines at the end of this form, and returning to the courtroom.**

2. Has Michele Leader proven by a preponderance of the evidence that Defendant's negligence proximately caused her injuries?

    _____ Yes          _____ No

**If you have answered "Yes" to question 2, go on to question 3. If you have answered "No," you must enter a verdict in favor of Defendant by completing the signature and date lines at the end of this form, and returning to the courtroom.**

    3. Has Defendant proven by a preponderance of the evidence that Michele Leader was comparatively negligent?

    _____ Yes            _____ No

**If you have answered "Yes" to question 3, go on to question 4. If you have answered "No," proceed to question 6.**

    4. Has Defendant proven by a preponderance of the evidence that Michele Leader's own negligence was a proximate cause of her injuries?

    _____ Yes            _____ No

**If you have answered "Yes" to question 4, go on to question 5. If you have answered "No," proceed to question 6.**

    5. Taking 100% as the total amount of fault in causing the injury at issue, what relative percentages of total fault do you attribute to Michele Leader and Defendant?

    _____ Michele Leader

    _____ Defendant

    100% Total

**If the percentage of fault attributed to Michele Leader is fifty percent or less, then proceed to question 6. Otherwise, proceed to question 7.**

    6. Disregarding any negligence or fault on the part of Michele Leader herself, what amount of money will fairly and adequately compensate her for her injuries?

    $ _____ (in figures)

    $ _____ (in words)

B. **Lance Leader's Claim for Loss of Consortium**

7. If your answer to question 2 is "Yes," have Plaintiffs proven by a preponderance of the evidence that Defendant's liability with regard to Michele Leader's injury proximately caused Lance Leader to suffer the loss of his wife's consortium?

_____ Yes          _____ No

8. If your answer to question 7 is "Yes," what amount of money will fairly and adequately compensate Lance Leader for his loss?

$ _____ (in figures)

$ _____ (in words)

C. **Kurtis Leader's Claim for Loss of Parental Services**

9. If your answer to question 2 is "Yes," have Plaintiffs proven, by a preponderance of the evidence, that Defendant's liability with regard to Michele Leader's injury proximately caused plaintiff Kurtis Leader to suffer the loss of his mother's services?

_____ Yes          _____ No

10. If your answer to question 9 is "Yes," what amount of money will fairly and adequately compensate Kurtis Leader for his loss?

$ _____ (in figures)

$ _____ (in words)

**Complete the signature and date lines and return to the courtroom.**

_James S. Salvatore_          _11-18-05_
Foreperson                    Date

3