UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| MICHELE LEADER, LANCE LEADER, and KURTIS LEADER ppa LANCE LEADER,<br>            Plaintiffs<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br>            Defendant | JUDGMENT IN A CIVIL CASE<br><br><br><br>Civil Action No. 04-30055-KPN |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Wal-Mart Stores East, LP, against Plaintiffs Michele Leader, Lance Leader, and Kurtis Leader, in accord with the jury verdict returned on November 18, 2005.

November 22, 2005                                   Sarah A. Thornton
Date                                                           Clerk

                                                     By:   /s/ Bethaney A. Healy
                                                              Deputy Clerk


                                                     APPROVED AS TO FORM:

                                                     /s/ Kenneth P. Neiman
                                                     United States Magistrate Judge